Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL  60637
Tel: (323) 533-4416
Fax:  (610) 885-2187
jbuse@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization, | Case No._____ |
| Plaintiff, | **COMPLAINT** |
| v. | **(Environmental Matter)** |
| **Environmental Protection Agency**, and **Stephen Johnson,** Administrator, U.S. EPA | |
| Defendants. | |

## INTRODUCTION

1.     This action challenges the failure of defendant Environmental Protection Agency ("EPA") to consult with the United States Fish and Wildlife Service ("FWS") pursuant to Section 7(a)(2) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2), regarding the effects of EPA-registered pesticides on eleven endangered and threatened species in the San Francisco Bay Area ("Bay Area").

2.      The Center for Biological Diversity ("the Center") seeks an order declaring that EPA has violated Sections 7(a)(2) of the ESA by failing to undergo consultation with FWS concerning pesticide use and its effects on eleven endangered and threatened species in the Bay Area.

3.      The Center seeks an order compelling EPA to begin and complete the consultation process as required by Section 7(a)(2) of the ESA.  The Center also seeks an order enjoining EPA from allowing pesticide uses that result in pesticides entering occupied habitat or designated critical habitat for the eleven species within the San Francisco Bay watershed area until the consultation process has been completed and EPA has brought its pesticide registrations into compliance with Section 7(a)(2).

## JURISDICTION AND VENUE

4.      The court has jurisdiction over this action by virtue of 28 U.S.C. § 1331 (federal question), § 2201 (declaratory judgment), and § 2202 (injunctive relief).  This court also has jurisdiction pursuant to the ESA citizen suit provision, 16 U.S.C. § 1540(g) to enjoin violations of the ESA and its implementing regulations.  This action is brought to address Defendants' violations of federal law.

5.      As required by the ESA, 16 U.S.C. § 1540(g)(2)(A), EPA was provided with 60 days notice of intent to sue by letter sent to EPA on January 9, 2007.  This 60-day notice letter was received by EPA and Secretary Dirk Kempthorne on January 16, 2007.  A copy of the notice is attached as Exhibit 1.

6.      EPA has not remedied the violations set out in the 60-day notice.

7.      Venue is properly vested in this court pursuant to 16 U.S.C. § 1540(g)(3)(A) and 28 U.S.C. § 1391(e)(2) because a substantial part of Defendants' violations of the ESA occurred and continue to occur in this district and injury to Plaintiff and its members occurred and continues to occur in this district.

## INTRADISTRICT ASSIGNMENT

8.      Pursuant to Civil Local Rules 3-2(c) and 3-2(d), the appropriate intradistrict assignment of this case is to either the San Francisco Division or the Oakland Division because a substantial part of Defendants' violations of the ESA occurred and continue to occur in the counties of Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma.

1

## PARTIES

2      9.      Plaintiff CENTER FOR BIOLOGICAL DIVERSITY is a non-profit corporation with

3  offices in San Francisco, Joshua Tree, Los Angeles, Shelter Cove, and San Diego, California; Portland,

4  Oregon; Buxton, North Carolina; Pinos Altos, New Mexico; Tucson and Phoenix, Arizona; and

5  Washington, D.C..  The Center is actively involved in species and habitat protection issues throughout

6  the continental United States, Alaska, and Hawaii, as well as outside of the United States.  The Center

7  has 32,000 members that live throughout these regions, including the Bay Area.  The Center and its

8  members and staff include local residents with educational, moral, spiritual, scientific, and recreational

9  interests in the Bay Area, its ecosystems and the species dependent upon a healthy and thriving

10  environment.  The Center and its members and staff also enjoy the biological, recreational, and aesthetic

11  values of the areas inhabited by these Bay Area species.  The Center and its members and staff have

12  participated and continue to participate in efforts to protect and preserve the Bay Area habitats these

13  species are dependent upon.  The Center brings this action on its own behalf and on behalf of its

14  adversely affected members and staff.

15      10.      Plaintiff's members use and enjoy the Bay Area for recreational, scientific, educational,

16  moral, spiritual, and aesthetic purposes.  Plaintiff's members derive recreational, scientific, educational,

17  moral, spiritual, and aesthetic benefits from the existence in the wild of the listed species identified in

18  this complaint through wildlife observation, study, photography, restoration activities, and educational

19  programs.  The past, present, and future enjoyment of these benefits by Plaintiff's members has been, is

20  being, and will continue to be irreparably harmed by EPA's disregard of its statutory duties.  The above-

21  described educational, moral, spiritual, scientific, recreational, and aesthetic interests of Plaintiff, its

22  staff, and members have been adversely affected by the EPA's failure to comply with the ESA and

23  continual registration and authorization of pesticides known to be harmful to these species.  Unless the

24  relief requested is granted, Plaintiffs' interests will continue to be adversely affected and injured by

25  EPA's failure to consult with the FWS, as well as by the ongoing and continual harm to habitat and take

26  of these species as a result of ongoing pesticide use.

27      11.      Defendant ENVIRONMENTAL PROTECTION AGENCY ("EPA") is the federal agency

28  charged with registering pesticides under the Federal Insecticide, Fungicide, and Rodenticide Act

---

COMPLAINT                                    3

("FIFRA") and with ensuring that the pesticide uses it authorizes will not have unreasonable adverse effects on the environment, including on threatened and endangered species and their habitat.  7 U.S.C. §§ 136-136y.  EPA also has duties to regulate and restrict pesticide uses under the Federal Food, Drug, and Cosmetic Act, as amended by the Food Quality Protection Act, 21 U.S.C. §§ 307-397.  EPA is further charged with complying with the ESA with respect to its programs, authorities, and actions. 16 U.S.C. § 1536.

12.     Defendant STEPHEN JOHNSON is the Administrator of EPA.  He is sued in his official capacity as EPA Administrator.

## LEGAL BACKGROUND

### I.     The Endangered Species Act.

13.     When a species has been listed as threatened or endangered under the Endangered Species Act ("ESA" or the "Act"), federal agencies must ensure that their programs and activities are in compliance with the Act.

14.     Section 7(a)(2) of the ESA requires that "each federal agency shall, in consultation with and with the assistance of the Secretary, insure that any action authorized, funded, or carried out by such agency (hereinafter in this section referred to as an 'agency action') is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of habitat of such species which is determined by the [FWS] . . . to be critical."  16 U.S.C. § 1536(a)(2).

15.     The Act establishes an interagency consultation process to assist federal agencies in complying with their Section 7(a)(2) duty to guard against jeopardy to listed species or destruction or adverse modification of critical habitat.  Under § 7(a)(2), federal agencies must consult with FWS to determine whether their actions will jeopardize listed species' survival or adversely modify designated critical habitat and if so, to identify ways to modify the action to avoid that result.  50 C.F.R. § 402.14.

16.     An agency must initiate consultation under Section 7 whenever it undertakes an action that "may affect" a listed species or critical habitat. 50 C.F.R. § 402.14(a).  Conversely, an agency is relieved of the obligation to consult on its actions only where the action will have "no effect" on listed species or designated critical habitat.  Effects determinations are based on the direct, indirect, and

cumulative effects of the action when added to the environmental baseline and other interrelated and interdependent actions.  50 C.F.R. § 402.02 (definition of "effects of the action").

17.     Regulations implementing Section 7 broadly define the scope of agency actions subject to consultation to encompass "all activities or programs of any kind authorized, funded, or carried out, in whole or in part, by Federal agencies," including the promulgation of regulations and the granting of licenses.  50 C.F.R. § 402.02 (definition of "action").

18.     Agencies must also consult on ongoing agency actions over which the federal agency retains, or is authorized to exercise, discretionary involvement or control.  50 C.F.R. § 402.16 (reinitiation of consultation).  Agencies must consult on such ongoing agency actions "if new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered; if the identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion; or if a new species is listed . . . that may be affected by the identified action."  Id.

19.     To initiate consultation, an agency must assess the impacts of the action on listed species and their habitat and provide all relevant information about such impacts to FWS.  50 C.F.R. § 402.14(c).  If the action agency determines that an action "may affect," but is "not likely to adversely affect" the listed species or its critical habitat and FWS concurs in writing in that determination, the agency does not have to undergo formal consultation.  50 C.F.R. § 402.13.  However, if FWS does not concur, or if the action agency has determined that the action is "likely to adversely affect" the listed species, the agencies must conduct a formal consultation.  Id. at §§ 402.02, 402.14(a).  In 2004, EPA, along with FWS and the National Marine Fisheries Service issued joint counterpart regulations concerning the consultation process for the registration of pesticides.  Those regulations were found by a federal court to violate the ESA in August of 2006.

20.     The end product of formal consultation is a biological opinion in which FWS determines whether the action will jeopardize the survival and recovery of listed species or will destroy or adversely modify the species' critical habitat.  16 U.S.C. § 1536(b).  In order to make this determination, FWS must review all relevant information and provide a detailed evaluation of the action's effects, including the cumulative effects of federal and nonfederal activities in the area, on the listed species.  16 U.S.C. §

1536(b)(3)(A); 50 C.F.R. § 402.14(g)-(h).  FWS has a statutory duty to use the best available scientific information in an ESA consultation.  16 U.S.C. § 1536(a)(2); 50 C.F.R. § 402.14(g)(8).  If FWS determines that the action is likely to jeopardize the species, the biological opinion must specify reasonable and prudent alternatives that will avoid jeopardy.  16 U.S.C. § 1536(b); 50 C.F.R. § 402.14(h)(3).  FWS must also formulate discretionary conservation recommendations to reduce or minimize the action's impacts on listed species or critical habitat.  50 C.F.R. § 402.14(g)(6).

21.    Not only does a Section 7(a)(2) consultation assist the action agency in discharging its duty to avoid jeopardy, but the biological opinion also affects the agency's obligation to avoid the "take" of listed species.  Under ESA Section 9, 16 U.S.C. § 1538(a)(1)(B), it is illegal for any person—whether a private or governmental entity—to "take" any endangered species of fish or wildlife listed under the ESA.  "Take" is defined to mean harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to engage in such conduct. Id. at § 1532(19).  FWS has defined "harm" to include "significant habitat modification or degradation which actually kills or injures fish or wildlife by significantly impairing essential behavioral patterns, including breeding, spawning, rearing, migrating, feeding or sheltering."  50 C.F.R. § 222.102.

22.    As part of a consultation, FWS determines whether to authorize the incidental take of listed species through the issuance of an incidental take statement.  An incidental take statement may be issued only if the action can proceed without causing jeopardy.  16 U.S.C. § 1536(b)(4).  An incidental take statement must: (1) specify the impact of the incidental take on the listed species; (2) specify reasonable and prudent measures the agency considers necessary to minimize that impact; and (3) set forth mandatory terms and conditions.  Id.

23.    An incidental take statement insulates the federal agency from liability for a take of a threatened or endangered species, provided the agency complies with the statement's terms and conditions.  This insulation extends further to any entity receiving a federal permit, license, authorization, or funding subject to, and in compliance with, the statement.  Thus, the Act provides that:

> [A]ny taking that is in compliance with the terms and conditions specified in a written
> statement provided under subsection (b)(4)(iv) of this section shall not be considered to
> be a prohibited taking of the species concerned.

1    16 U.S.C. § 1536(o)(2).

2    **II.    The Federal Insecticide, Fungicide, And Rodenticide Act.**

3        24.    The Environmental Protection Agency is responsible for the oversight of pesticide sales

4    and use in the United States.  Specifically, the Federal Insecticide, Fungicide, and Rodenticide Act

5    ("FIFRA") charges the EPA with registering, reviewing, and reregistering chemicals and chemical

6    formulations for use as insecticides, fungicides, rodenticides, and pesticides (collectively "pesticides") in

7    the United States.  7 U.S.C. §§ 136-136y.  Under FIFRA, a pesticide generally may not be sold or used

8    in the United States unless it has an EPA registration for that particular use.  7 U.S.C. § 136a(a).  EPA

9    may register a pesticide if it makes the following determinations: (1) the labeling complies with

10   FIFRA's requirements; (2) the composition claims are warranted; (3) the pesticide will perform its

11   intended function; and (4) the pesticide will not cause unreasonable adverse effects on the environment.

12   7 U.S.C. § 136a(c)(5).  The culmination of the registration process is EPA's approval of a label for the

13   particular pesticide.  FIFRA makes it unlawful to use a pesticide in a manner inconsistent with the label,

14   id. at § 136j(2)(G), or to make any claims that differ substantially from the label.  Id. at § 136j(1)(B).

15       25.    EPA must classify pesticides as general or restricted use pesticides, depending on the risk

16   posed to the environment.  Where necessary to guard against unreasonable adverse environmental

17   effects, EPA must classify a pesticide as restricted use.  7 U.S.C. § 136a(d)(1)(C).  Restricted use

18   pesticides are subject to additional regulatory restrictions, particularly concerning application of the

19   pesticide.  Id.  EPA must reclassify pesticides as restricted use pesticides where necessary to prevent

20   unreasonable adverse effects on the environment.  Id. at § 136a(d)(1)(C)(2).

21       26.    After approving a pesticide registration, EPA retains discretionary involvement and

22   control over that registration.  EPA must periodically review pesticide registrations with a goal of

23   reviewing each pesticide registration every 15 years.  7 U.S.C. § 136a(g)(1).  EPA has the authority to

24   compel registrants to submit data necessary for a reregistration review.  Id. at 136a(g)(2).  Registrants

25   are required to submit to EPA any information about registered pesticides' unreasonable adverse effects

26   on the environment.  Id. at § 136a(d)(2).  EPA considers such information in reviewing and, where

27   necessary, modifying the pesticide registrations.

28

COMPLAINT                              7

27.     The EPA Administrator has the authority to cancel pesticide registrations whenever "a pesticide or its labeling or other material required to be submitted does not comply with the provisions of this Act or, when used in accordance with widespread and commonly recognized practice, generally causes unreasonable adverse effects on the environment." 7 U.S.C. § 136d(b). The Administrator may immediately suspend a pesticide registration to prevent an imminent hazard. Id. § 136d(c). An announcement by the Administrator of an intent to cancel a pesticide use often results in the registrant's voluntary cancellation of, or agreement to further constraints upon that use.

28.     In 1988, amendments to FIFRA established a comprehensive reregistration scheme, which EPA has been using since its enactment. 7 U.S.C. § 136a–1. The 1988 amendments required reregistration of all pesticide active ingredients initially registered before November 1, 1984. The 1988 amendments established a reregistration process consisting of five phases: Phase 1 required EPA to list all active ingredients; Phase 2 required registrants (pesticide producers) to notify EPA whether or not they intended to reregister their products, to identify and commit to providing necessary studies, and to pay a reregistration fee; Phase 3 required registrants to submit summaries and reformat acceptable studies, flag studies indicating adverse effects, re-commit to satisfying all applicable data requirements, and pay the final installment of the registration fee; Phase 4 required EPA to review all Phase 2 and Phase 3 submissions and required registrants to meet any unfulfilled data requirements; Phase 5 required EPA to review all the studies that have been submitted for a case, and decide whether or not pesticide products containing the active ingredient(s) are eligible for reregistration. EPA is still in the Phase 5 process of making reregistration decisions.

29.     EPA's "reregistration decisions" require EPA to determine whether the pesticide causes unreasonable adverse effects to people or the environment when used according to product labeling. Id. at § 136a–1(g)(2)(C). The results of EPA's review are presented in a Reregistration Eligibility Decision ("RED") document.

30.     The RED contains a human health assessment and an environmental assessment. The environmental assessment evaluates the likelihood that exposure to that pesticide may cause harmful ecological effects. The effects can be direct (e.g. fish die from a pesticide entering waterways, or birds do not reproduce normally after ingesting contaminated fish), or indirect (a birds become sick from

1   ingesting contaminated fish).  The studies conducted in the environmental assessment include: defining

2   the chemical properties of the pesticide; determining how the pesticide behaves in the environment; and

3   assessing its impact on plants and animals not targeted by the pesticide (nontarget organisms).  To

4   determine how the pesticide behaves in the environment, EPA measures the interaction of the pesticide

5   with soils, air, sunlight, surface water, and ground water.  Some of the basic questions that must be

6   answered to determine the "environmental fate" of the pesticide include: how fast and by what means

7   does the pesticide degrade; what are the breakdown chemicals; how much of the pesticide or its

8   breakdown chemicals will travel from the application site; and where will the pesticide or its breakdown

9   chemicals accumulate in the environment.  Environmental fate analyses help to develop estimates of

10  pesticide concentrations in the environment.  EPA establishes the risk assessment by comparing possible

11  exposures to a pesticide, based on the environmental fate analyses, with resulting harmful effects on

12  plants and animals.  The result will indicate the likelihood of hazard to plants and animals from use of

13  the pesticide.

14      31.     The environmental assessment does not assess or consider the cumulative effects posed

15  by multiple pesticides, with or without similar toxicity mechanisms, on the environment.  The

16  environmental assessment also does not consider the synergistic effects associated with the use of the

17  registered pesticide interacting with other pesticides, both direct and indirect, on the environment.

18      32.     The environmental assessment also does not assess the impact of "inert" ingredients.  An

19  inert ingredient means any substance (or group of structurally similar substances if designated by the

20  Agency), other than an active ingredient, which is intentionally included in a pesticide product.  Inert

21  ingredients play a key role in the effectiveness of a pesticidal product. For example, inert ingredients

22  may serve as a solvent, allowing the pesticide's active ingredient to penetrate a plant's outer surface.  In

23  some instances, inert ingredients are added to extend the pesticide product's shelf-life or to protect the

24  pesticide from degradation due to exposure to sunlight.  Pesticide products can contain more than one

25  inert ingredient, but federal law does not require that these ingredients be identified by name or

26  percentage on the label.  Only the total percentage of inert ingredients is required to be on the pesticide

27  product label.

28

1     33. In September 1997, the Environmental Protection Agency issued Pesticide Regulation

2   Notice 97-6, which encourages manufacturers, formulators, producers, and registrants of pesticide

3   products to voluntarily substitute the term "other ingredients" as a heading for the "inert" ingredients in

4   the ingredient statement on the label of the pesticide product. EPA made this change after learning the

5   results of a consumer survey on the use of household pesticides. Many comments from the public and

6   the consumer interviews prompted EPA to discontinue the use of the term "inert." Many consumers are

7   mislead by the term "inert ingredient," believing it to mean "harmless." Since neither federal law nor

8   the regulations define the term "inert" on the basis of toxicity, hazard or risk to humans, non-target

9   species, or the environment, it should not be assumed that all inert ingredients are non-toxic.

10     34. The types of measures included in REDs to reduce risks that are of concern include:

11   voluntary cancellation of pesticide products or deletion of uses; declaring certain uses ineligible or not

12   yet eligible (and then proceeding with follow-up action to cancel the uses or require additional

13   supporting data); restricting use of products to certified applicators; limiting the amount or frequency

14   use; improving use directions and precautions; adding more protective clothing and equipment

15   requirements; requiring special packaging or engineering controls; requiring no-treatment buffer zones;

16   employing ground water, surface water, or other environmental and ecological safeguards; and other

17   measures.

18     35. In 1996, Congress further amended FIFRA with the Federal Food, Drug, and Cosmetic

19   Act ("FFDCA"), 21 U.S.C. § 346a, as amended by the Food Quality Protection Act ("FQPA"), Pub.L.

20   104-170, which established new safety standards for pesticide residue in food. Under FQPA, EPA must

21   further determine with "reasonable certainty that no harm" will come to infants, children or other

22   sensitive individuals exposed to pesticides from food, water, and home and garden use. FQPA also

23   requires EPA to consider the cumulative effects of pesticides with common mechanisms of toxicity

24   when evaluating the safety of individual pesticides. EPA is satisfying FQPA's requirements by

25   reassessing all existing "tolerances" (maximum limits for pesticide residues in foods). EPA is using the

26   reregistration program to accomplish the tolerance reassessments.

27     36. Interim REDs ("IREDs") are issued for pesticides that are undergoing reregistration,

28   require a reregistration eligibility decision, and also must be included in a cumulative assessment under

---

**COMPLAINT**         10

FQPA because they are part of a group of pesticides that share a common mechanism of toxicity. An IRED is issued for each individual pesticide in the cumulative group when EPA has completed the pesticide's risk assessment and risk management decision. An IRED may include measures to reduce food, drinking water, residential, occupational, and/or ecological risks, to gain the benefit of these changes before the RED can be issued, following the Agency's consideration of cumulative risks for the group.

37.     EPA also issues Reports on FQPA Tolerance Reassessment Progress and Interim Risk Management Decisions, known as TREDs, for pesticides that require tolerance reassessment decisions under the FQPA but do not require a reregistration eligibility decisions at present because: the pesticide was first registered after November 1984; EPA completed a RED for the pesticide before the FQPA was enacted; or the pesticide is not registered for use in the United States but tolerances are established that allow crops treated with the pesticide to be imported from other countries. Like IREDs, some TREDs will not become final until EPA considers the cumulative risks of all the pesticides in the cumulative group.

38.     After EPA has issued a RED and declared a pesticide reregistration case eligible for reregistration, individual end-use products that contain pesticide active ingredients included in the case still must be reregistered. This concluding part of the reregistration process is referred to as "product reregistration." In issuing a completed RED document, EPA calls in any product-specific data and revised labeling needed to make final reregistration decisions for each of the individual pesticide products covered by the RED.

39.     In November of 2005, EPA published a final notice for its Field Implementation of its Endangered Species Protection Program ("ESPP"). The ESPP was established to address compliance with the ESA in the pesticide registration process. The foundation of the ESPP relies upon the use of Endangered Species Protection Bulletins ("Bulletins"). Prior to issuance of the final ESPP, these Bulletins were voluntary. While the ESPP maintains that it will contain enforceable use limitations as identified in the Bulletins, as of yet there are no new Bulletins. Existing county bulletins are not enforceable pesticide use limitations.

# FACTUAL BACKGROUND

**I.    The San Francisco Bay Area.**

40.    The San Francisco Bay Area is valued for its extensive open space and the spectacular San Francisco Bay, which provide scenic views and recreational opportunities for nearly 10 million people.  The unique Bay Area wildlands, which provide many with inspiration and a connection to nature, harbor a rich biological diversity, and the varied ecosystems around the Bay provide habitat for numerous endangered species of animals and plants.

41.    The overall health of the Bay Area and the diverse habitats it provides are at risk due to extensive agricultural and urban pesticide use.  The pesticides that are sprayed on our food, our soil and our lawns find their way into local creeks and ultimately the San Francisco Bay, posing a significant threat to water quality and jeopardizing endangered species.

42.    At least 30 of the 51 federally endangered or threatened animal species that occur in the Bay Area may be adversely affected by the annual use of more than 8 million pounds of pesticides in the Bay Area.  Listed fish, birds, insects, mammals and plants all may be adversely affected from the registered use of pesticides in the following nine Bay Area counties: Marin, Sonoma, Napa, Solano, Contra Costa, Alameda, Santa Clara, San Mateo and San Francisco.

43.    More than two billion pounds of pesticides are sold each year in the U.S. for agricultural, commercial, and home uses.  The EPA has registered more than 18,000 pesticides and over 900 are registered for use in California.  Based on reported uses alone, over 61 million pounds of pesticide active ingredients were applied in the Bay Area from 1999 through 2005. Over 9.2 million pounds of pesticide active ingredients were reported applied over 2 million acres in the Bay Area in 2005 alone.  In addition, some portion of the estimated 150 million pounds of pesticides applied to crops in the Central Valley each year is transported to the San Francisco Bay and Delta.

44.    Actual pesticide use may have been up to several times the identified amount since home and garden pesticide use and most industrial, commercial and institutional pesticide applications not made by professional applicators do not have to be reported to the state of California.  For example, the San Francisco Estuary Project's *Pesticides in Urban Surface Waters*: *Urban Pesticides Use Trends*

*Annual Report 2005* estimated that about 73% of California pesticide use in 2003 did not require reporting.

**II.     Waterways Throughout the Bay Area Are Contaminated With Pesticides.**

45.     Agricultural and urban runoff transport pesticides away from their application areas, with pesticides either dissolved in water or bound to suspended sediments in the water.

46.     Over the last decade, the U. S. Geological Survey ("USGS") has released several reports on nationwide water quality surveys, documenting the astounding prevalence of pesticides in our nation's waterways, particularly in streams and ground water in basins with significant agricultural or urban development.

47.     This polluted runoff can pose acute and chronic problems to wildlife and plants. Not surprisingly, the USGS noted a direct correlation between the amounts and types of pesticides used and their frequency in nearby surface waters.  Pesticides were found at concentrations exceeding established levels of concern and mixtures of multiple pesticides were commonly found in stream samples.

48.     However, the USGS studies only represent a brief snapshot of pesticides in our environment, since they do not assess aquatic pesticide concentrations through daily monitoring over the entire seasons that pesticides are used.  With limited sampling size, the studies most likely do not reflect the highest concentrations and fail to measure the duration pesticides persist in our waters.

49.     Despite the fact that pesticides are found in waterways in various combinations, the EPA only assess the risk of pesticides on an individual basis.  This type of assessment fails to consider cumulative and synergistic effects pesticides pose to the environment and threatened and endangered species.

50.     The Sacramento-San Joaquin Delta is a complex system of tidally influenced, interconnected sloughs and channels.  The hydrologic complexity is further increased by freshwater inputs to the Delta from several rivers and sloughs.  500,000 pounds of over 30 different herbicides are applied annually on agricultural lands in the Delta, and an additional 5 million pounds are applied upstream in three other watersheds: the Sacramento River, San Joaquin River, and French Camp Slough. The Delta watershed encompasses agricultural areas that receive intense applications of various herbicides.  A study conducted in 1997 detected 13 herbicides in one or more water samples.  The

1  herbicide concentrations varied considerably spatially and temporally and several pesticides were

2  detected frequently and at elevated concentrations.

3      51.    USGS has also studied and tracked the concentrations and movement of dormant spray

4  pesticides used on orchards in the Central Valley as they moved through the Sacramento-San Joaquin

5  Delta.  All the concentrations of diazinon measured in the rivers and bay throughout the study were

6  above the guideline recommended by the National Academy of Sciences for the protection of aquatic

7  life.  Other pesticides including chlorpyrifos, methidathion and carbaryl were also routinely detected.

8      52.    Pesticide contamination of waterways is an ongoing problem in the San Francisco Bay

9  Area. Most of the San Francisco Bay and Delta is listed as "impaired" or not meeting EPA water quality

10  standards due to high concentrations of the pesticides chlordane, DDT, diazinon and dieldrin.  The

11  Sacramento-San Joaquin Delta, Carquinez Strait, Suisun Bay, Richardson Bay, San Pablo Bay, the

12  central basin, central, lower and southern San Francisco Bay, the Oakland Inner Harbor and San

13  Leandro Bay are of particular concern.  In 2005 the California Regional Water Quality Control Board

14  proposed adding several water bodies to the impaired list due to pesticides: Lake Chabot for chlordane,

15  DDT and dieldrin; San Pablo Reservoir for chlordane, dieldrin, heptachlor and toxaphene; and San

16  Leandro Bay, Stege Marsh in Richmond and Stevens Creek for chlordane and dieldrin.

17      53.    Thirty-seven creeks draining into San Francisco Bay are also listed as impaired due to

18  high concentrations of the pesticide diazinon, including: Arroyo Corte Madera Del Presidio, Corte

19  Madera Creek, Coyote Creek, Gallinas Creek, Miller Creek, Novato Creek, San Antonio Creek and San

20  Rafael Creek in Marin County; the Petaluma River in Sonoma County; Laurel Creek, Ledgewood Creek

21  and Suisun Slough in Solano County; Mount Diablo Creek, Pine Creek, Pinole Creek, Rodeo Creek, San

22  Pablo Creek, Walnut Creek and Wildcat Creek in Contra Costa County; Alameda Creek, Arroyo De La

23  Laguna, Arroyo Del Valle, Arroyo Las Positas, Arroyo Mocho, lower San Leandro Creek and San

24  Lorenzo Creek in Alameda County; Calabazas Creek, Coyote Creek, the Guadalupe River, Los Gatos

25  Creek, Matadero Creek, Permanente Creek, San Felipe Creek, Saratoga Creek and Stevens Creek in

26  Santa Clara County; and San Francisquito Creek and San Mateo Creek in San Mateo County.

27

28

III.    **Sediment in the Bay Area Is Contaminated With Pesticides.**

54.    The health of the Bay's sediment is important since it provides habitat for benthic organisms at the bottom of the food chain such as clams and insects, which are a food source for fish. The presence of pesticides in Bay sediments or on stream bottoms also indicates the pesticides are or were present in the Bay or in the water of a stream.

55.    Stream sediments can act as a reservoir for contaminants, with pesticides entering and leaving stream bottom sediments through numerous pathways.  Settling of contaminated suspended sediments, re-suspension and export of sediments in the water column, adsorption onto and release from mineral or organic sediments, interactions with stream-bottom organisms, ingestion or absorption by organisms, and elimination of wastes and release from decaying contaminated organisms can contaminate stream sediments.  Pesticides can persist and accumulate in sediment and in aquatic organisms through these processes even at concentrations too low to be detected using conventional methods.

56.    Pesticides of concern enter the water and active sediment of San Francisco Bay in runoff from the Central Valley and local watersheds.  The USGS is studying sediments transported into the San Francisco Bay Estuary from the Sacramento and San Joaquin Rivers, which carry waters from the Central Valley where more than 500 different pesticides are used.

57.    In a study of the suspended sediments transported into estuaries by the "first flush" runoff event from the first major storm of the year, USGS found an average of 10 of 19 analyzed pesticides in each of the 15 samples taken.  Samples contained chlordane, chlorpyrifos, dacthaql, molinate, oxyfluorfen, pebulate, thiobencarb, alachlor, endosulfan, eptam, sulfotep and trifluralin.  Pesticides in sediments may account for much of the pesticides transported to estuaries, where they have different environmental effects than dissolved pesticides, affecting aquatic life differently than dissolved pesticides and posing particular risk to filter-feeding pelagic and benthic organisms.  The majority of suspended sediments move into estuaries in annual pulse flows with the first flush of runoff from the first major winter storm, and remain longer in estuaries than water.

**IV.    Aquatic Species May be Adversely Affected From Continued and Ongoing Exposure to Pesticides.**

58.    Fish in the Sacramento-San Joaquin Delta, San Francisco Bay and its tributaries inhabit an ecosystem already stressed by dams and water diversions, urban development and invasion of exotic species.  The large concentrations of toxic pesticides that enter the Bay affect many aquatic species.

59.    A 1999 Pesticide Action Network North America ("PANNA") report, *Disrupting the Balance: Ecological Impacts of Pesticides in California*, documented the impact of pesticides on wildlife statewide.  The report found that multiple pesticides are often found in California waters and sediments at concentrations exceeding levels lethal to zooplankton, a primary food source for fish.  The PANNA report also discussed the effects of routine toxic pulses of diazinon and chlorpyrifos in California streams during critical stages in fish development.  Pesticide contamination of the Bay Area's waterways is an ongoing problem and as detailed in this report, aquatic species are particularly vulnerable to pesticides.  Much of the San Francisco Bay and Delta and many Bay Area streams are listed as "impaired" or not meeting water quality standards due to high concentrations of pesticides such as chlordane, chlorpyrifos, DDT, diazinon and dieldrin.  Although some organophosphate chemicals such as chlorpyrifos and diazinon are being gradually phased out for household use, the agrochemical industry is turning to pyrethroid pesticides that are known to accumulate in aquatic sediment and be highly toxic.

60.    While maintaining healthy, viable invertebrate communities in our natural waters is an objective in and of itself, these invertebrates are also ecologically important as food for priority fish populations.  Numerous studies have documented that virtually all of the priority fish populations in the Sacramento-San Joaquin River basins and the San Francisco Estuary rely upon these invertebrates, particularly during their vulnerable early life stages.  Pulses of pesticides through these aquatic ecosystems diminish the available invertebrate resources that occur at critical periods, such as when fish fry are dependent on invertebrates for food, adversely affecting fish populations.  The period when toxicity in these waters occurs (January-June) coincides with the presence of early life stages of most of the fish populations currently in decline, including delta smelt, chinook salmon, longfin smelt,

Sacramento splittail, steelhead trout, and green sturgeon, all of which have been identified as "Priority Species" by the CALFED Bay-Delta program.

61.    Acutely toxic pulses of pesticides move down the Sacramento and San Joaquin Rivers and local San Francisco Bay streams and through the estuaries and Bay Delta with "remarkable persistence and relatively little dilution," according to the U.S. Fish and Wildlife Service.  Researchers have reported episodic toxicity in the Delta involving peaks of organophosphate pesticides, as well as carbofuran, chlorpyrifos, trifluralin and atrazine. Such pulsed introduction of pollutants may increase the time of exposure to pesticides or expose fish and other aquatic organisms during biologically sensitive times.

62.    There is growing evidence that numerous fish species in the Delta are suffering direct mortality or additional stress from the presence of toxic substances such as pesticides. There is also evidence that the plankton upon which Delta fish feed may be depleted by these highly concentrated pulses of pesticides.  The Delta's open water forage fish populations are collapsing in a crisis that potentially threatens the entire estuarine food web.  From 2004 to the present, delta smelt, longfin smelt and juvenile striped bass in the Delta have fallen to their lowest ever recorded levels and copepods, the main food source for small fish in the Delta, have also fallen to extremely low levels. Toxic chemicals including pesticides and herbicides are suspected to play a role in these alarming declines.

**V.    Amphibian Species May be Adversely Affected From Continued and Ongoing Exposure to Pesticides.**

63.    Pesticides have serious adverse impacts on the growth and development of amphibians.

64.    Carbamates, organophosphates, and triazines have all been shown to disrupt hormone systems.  Endocrine disruptors are synthetic chemicals that mimic natural hormones, disrupting natural processes by sending false messages, blocking real messages, preventing synthesis of the body's own hormones, and accelerating the breakdown and excretion of hormones.  Endocrine disruption affects how an organism develops and functions.  Reproductive disorders, immune system dysfunction, thyroid disorders, types of cancer, birth defects and neurological effects have all been linked to endocrine disruption.

65.     Several studies have documented the impact of endocrine disruptors, including numerous registered pesticides, on amphibians.

66.     For example, interference with reproduction in red-spotted newts (*Notopthalmus viridescens*) from exposure of endosulfan, a commonly-used pesticide and recognized endocrine disruptor, was recently documented at extremely low levels.

67.     A USGS study found that atrazine exposure to larval tiger salamanders affected both growth and hormonal responses.

68.     Another study recently found that amphibians are likely to be far more sensitive to pesticides in the real world than traditional laboratory tests used to establish regulatory standards would indicate. The study found that low contamination levels of carbaryl cause significant mortality due to the length of exposure. Long-term exposure to low levels of carbaryl in combination with added biological stressors, such as the presence of predators, dramatically increased mortality.  The study suggests that it is highly likely that the current regulatory science has dramatically underestimated the impacts of many pesticides.

69.     Recent studies on the impact of atrazine have found that it can disrupt sexual development of frogs at concentrations 30 times lower than levels allowed by EPA. Studies have exposed frogs to low levels of atrazine (levels which can often be found in the environment) and found that these low levels of atrazine demasculinized male frogs, preventing male characteristics from fully forming.  As a result, studies have concluded that due to the pervasive nature of atrazine at levels that can disrupt sexual development, aquatic environments are at risk.

70.     EPA's newly drafted criteria for atrazine for the protection of aquatic life is 12 parts per billion (ppb). Studies have found hermaphroditism in frogs at exposure levels as low as 0.1 ppb, far below the level established by EPA as safe for aquatic organisms.  The effective doses demonstrate the sensitivity of amphibians to the presence of pesticides in the environment.  U.C. Berkeley researcher Tyrone Hayes has noted that amphibians are at great risk because the highest atrazine levels coincide with the breeding season for amphibians.  Additionally, the low-dose endocrine-disrupting effects are of great concern because the described effects are all internal and may go unnoticed by researchers.  Thus,

COMPLAINT                                        18

1   "exposed populations could decline or go extinct without any recognition of the developmental effects

2   on individuals."

3        71.    Another study focusing on the reproductive system of the northern leopard frog, (*Rana*

4   *pipiens*) and the green frog (*Rana clamitans*) tested frogs from eight breeding sites, four of which were

5   situated in apple orchards. Embryos and larvae were subjected to *in-situ* and ambient pond water

6   (laboratory) assays and to toxicity tests of pesticides used in orchards.  The *in-situ* embryos and larvae

7   suffered high mortality at some of the orchard sites, while high hatching success was found in the

8   reference sites, indicating that mortality in orchard ponds was probably due to stressful environmental

9   conditions. Toxicity tests revealed that diazinon and the formulations Dithane DG, Gunthion 50WP, and

10  Thiodan 50WP cause mortality, deformities, and/or growth inhibition in embryos and tadpoles.

11  Residues of three of these compounds were detected at the *in-situ* sites.

12       72.    Another study focused on the synergistic effects of trematode infections and pesticide

13  exposure on frogs and found that amphibian limb deformities were exacerbated by the stress of pesticide

14  exposure.

15       73.    Skeletal malformations to tadpoles have also been attributed to pesticide exposure.

16       74.    Reduced testicular development to tadpoles was documented in a 2001 Canadian study.

17  This study found that exposure of tadpoles to atrazine at 21 µg/L for 48 hours during gonadal

18  differentiation resulted in decreased testicular volume among males.

19       75.    In 2000, a USGS study documented that pesticides are instrumental in the decline of

20  several amphibian species in California.  The study found that pesticides, including diazinon are

21  reducing cholinesterase activity in tadpoles.

22       76.    As evidenced from the studies highlighted above, numerous studies have documented

23  significant impacts from pesticide exposure to amphibians.  Many of these findings have gone through

24  peer-review and been published in well-respected environmental toxicology digests.  EPA pesticide

25  review teams should be well aware of these studies when assessing the environmental affects of

26  registered pesticides on species, including endangered and threatened species, in the environmental risk

27  assessment chapter of a pesticide's RED.

28

**VI.    Avian Species May be Adversely Affected From Continued and Ongoing Exposure to Pesticides.**

77.    Pesticides also affect our songbirds, waterfowl, and raptors.  For example, the pesticides carbofuran and diazinon are responsible for the majority of bird kills in California, with as many as 17 birds killed for every 5 acres treated with carbofuran.

78.    Synthetic pyrethroids, similar to organochlorines, are suspected to have reproductive effects on birds.  Sub-lethal exposure to pesticides can chronically affect avian behavior, reproduction and nervous system function.  Birds exposed to pesticides can become more susceptible to predation, experience weight loss and have decreased resistance to disease.  Pesticide exposure can also reduce interest in mating and defending territory and cause birds to abandon their nestlings.

**VII.    Insect Species May be Adversely Affected From Continued and Ongoing Exposure to Pesticides.**

79.    Broad-spectrum pesticides used to destroy pest insects can disrupt the natural balance between pest and predator insects and indiscriminately kill beneficial insects needed for pollination and other ecosystem services as well.  Many beneficial insects play essential roles in pollination, soil aeration, nutrient cycling and pest control.  Pest insect populations can often recover more rapidly than beneficial insects because of their larger numbers and ability to develop resistance to pesticides.  With rapid reproduction and no predators to check their numbers, this can cause a resurgence of the target pest and secondary pests.  Escalating pesticide applications can result in pests with even greater resistance to pesticides, and the "pesticide treadmill" goes around and around.  Although nationwide insecticide use increased 10-fold from 1945 to 1989, crop losses from insects nearly doubled and now more than 500 pest species are resistant to pesticides nationwide.

**VIII.    EPA's Registration of Pesticides May Adversely Affect the Following Bay Area Species.**

<u>SAN FRANCISCO BAY AND DELTA FISH SPECIES</u>

<u>The Tidewater Goby (*Eucyclogobius newberryi*)</u>

80.    The tidewater goby is a small fish that inhabits brackish water along the coast of California.  It is found in Marin, Sonoma and San Mateo Counties; it is extirpated from Contra Costa, Alameda and San Francisco Counties.  The tidewater goby was listed as endangered in 1994.  The FWS

is concerned about high diazinon levels that can cause water column toxicity in lagoons that are tidewater goby habitat, noting that some creeks in Marin County are considered by the State Water Resources Control Board (SWRCB) to be "Water Quality Limited" due to diazinon in urban runoff. Anywhere from 250,000 to 1 million pounds of diazinon were used from 1999-2003 in the Bay Area. FWS published a Recovery Plan for the species in 2005.  Exhibit A of the Center's NOI shows an overlap of tidewater goby observations and pesticide use in southern coastal San Mateo County.

<u>The Delta Smelt (<em>Hypomesus transpacificus</em>)</u>

81.     The delta smelt is a nearly translucent steely-blue fish found only in the brackish waters from Suisun Bay upstream through the Sacramento-San Joaquin River Delta in Contra Costa, Sacramento, San Joaquin, Solano and Yolo Counties. It was listed as threatened in 1993.  FWS published a five-year review for the species reaffirming threatened status in 2004.  Delta smelt spawn in backwater sloughs and along channels with tidal influence.

82.     Delta smelt habitat in the Sacramento-San Joaquin Delta estuary receives flushes of high concentrations of agricultural pesticides such as carbofuran, chlorpyrifos, and diazinon. The SWRCB lists all the important water bodies in the smelt's range as impaired by one or more contaminants, commonly including pesticides such as diazinon, chlorpyrifos, malathion, chlordane, DDT and dieldrin. Up to 1 million pounds each of chlorpyrifos, diazinon and malathion were applied in the Bay Area from 1999-2003. However, CDPR has not yet identified which pesticides are used in Delta smelt habitat.

83.      Recent research indicates that toxicity of certain contaminants in smelt habitat occurs in episodes, often in runoff from rainstorms following periods of use of the chemicals. Acutely toxic pulses of pesticides move down the rivers and through the estuary with "remarkable persistence and relatively little dilution." Researchers report episodic toxicity in winter associated with organophosphate pesticide treatment of dormant orchards; carbofuran and chlorpyrifos in the San Joaquin River and Delta in spring, possibly associated with treatment of alfalfa; rice pesticides in late spring and early summer with release of rice field water; and a variety of herbicides from irrigation tail water during the summer. Peaks of numerous other chemicals, including the herbicides trifluralin and atrazine, have also been found.

84.     It is unknown what direct effect these toxins have on delta smelt, but there is growing evidence that other fish species in the Delta are suffering direct mortality or additional stress from the presence of toxic substances.  There is also evidence that the plankton upon which the smelt feed may be depleted by these highly concentrated pulses of pesticides through the Delta.  The Delta's open water fish populations are mysteriously collapsing, with open water forage species including Delta smelt in severe decline.  From 2004 to the present, Delta smelt have fallen to their lowest ever recorded levels.  The delta smelt population has declined nearly 90% since the late 1980s.  A report by the USGS attributes pesticide toxicity as one possible cause for the decline.

85.     In 1998-1999, USGS studied the impact of pesticides on the delta smelt.  It found a complex mixture of pesticides in delta smelt habitat and noted that delta smelt were exposed to this complex mixture of pesticides for extended periods during their larval and juvenile stages.  The median number of pesticides detected per sample was 4.  Metolachlor, molinate, simazine and thiobencarb were frequently detected.  The study found that the highest concentrations of delta smelt co-occurred with the highest concentrations of dissolved pesticides both in the Delta and in the confluence.  Exhibit B of Plaintiff's NOI indicates overlap of delta smelt critical habitat and pesticide use in eastern Solano, eastern Contra Costa and extreme northeastern Alameda counties.

## TIDAL MARSHLAND AND ESTUARINE SPECIES

### The California Clapper Rail (*Rallus longirostris obsoletus*)

86.     The California clapper rail is a coot-sized bird that inhabits cordgrass marshes only around San Francisco Bay.  The clapper rail eats invertebrates such as mollusks and crustaceans.  The number of clapper rails has plummeted primarily because of loss and degradation of its tidal marsh habitat, including introduction of non-native cordgrass, and predation by non-native red foxes.  The clapper rail was listed as endangered in 1970.  The population estimate as of 1992 was only 800-1,000 clapper rails.  The FWS considers the clapper rail vulnerable to contaminants from urban runoff that can affect its food sources.  Over 130 pesticides are used in proximity to California clapper rail habitat in the Bay Area.  CDPR identified the following pesticide use within one mile of California clapper rail habitat: acephate, aldicarb, azinphos-methyl, chlorpyrifos, endosulfan, naled, permethrin, and S-fenvalerate.  Exhibit C of Plaintiff's NOI shows overlap of clapper rail observations and pesticide use in

1   western Contra Costa County.  Use of pesticides upstream of clapper rail observations is seen in

2   Sonoma, Napa, Solano, San Mateo, Santa Clara, Alameda and Contra Costa Counties.

3                   The Salt Marsh Harvest Mouse (*Reithrodontomys raviventris*)

4          87.     The salt marsh harvest mouse is a small, mostly nocturnal rodent that lives in tidal and

5   diked salt marshes, only around the San Francisco Bay and its tributaries.  Harvest mice have declined

6   primarily because thousands of acres of wetlands habitat in the San Francisco Bay have been filled,

7   degraded, or converted for agricultural use.  Flood control and mosquito abatement activities as well as

8   introduced predators and competitors are also threats.  The harvest mouse was listed as endangered in

9   1970.

10         88.     Pesticides that enter marsh habitats are also a threat to remaining harvest mouse

11  populations.  Over 110 pesticides are used in proximity to salt marsh harvest mouse habitat in the Bay

12  Area, including carbaryl, chlorothalonil, chlorpyrifos, 2,4-D, diazinon, and permethrin.  The FWS has

13  concluded that use of eight rodenticides (brodifacoum, bromadiolone, bromethalin, chlorophacinone,

14  cholecalciferol, diphacinone, warfarin, and zinc phosphide) in harvest mouse habitat could jeopardize

15  the continued existence of the species, but reported use of these rodenticides in the Bay Area counties

16  where the harvest mouse occurs was minimal in 2003.

17         89.     The 1993 Biological Opinion on the Effects of 16 Vertebrate Control Agents on

18  Threatened and Endangered Species ("1993 BO") found that brodifacoum, bromadiolone, bromethalin,

19  chlorophacinone, diphacinone, pival, vitamin D3, warfarin, and zinc phosphide jeopardized the harvest

20  mouse.  The 1993 BO assigned Reasonable and Prudent Alternatives ("RPAs") for all of these control

21  agents.

22         90.     The regulations implementing section 7 of the ESA (50 C.F.R. § 402.02) define

23  reasonable and prudent alternatives as alternative actions, identified during formal consultation, that (1)

24  can be implemented in a manner consistent with the intended purpose of the action, (2) can be

25  implemented consistent with the scope of the action agency's legal authority, (3) are economically and

26  technologically feasible, and (4) would avoid the likelihood of jeopardizing the continued existence of

27  listed species and/or avert the destruction or adverse modification of critical habitat.

28

91. A 1996 letter from FWS to EPA ("FWS 1996 letter") approved of two EPA Bulletins for grain bait and pelletized rodenticides and burrow fumigants for species covered in the 1993 biological opinion. The FWS 1996 letter identified that measures set out in the county bulletins could be substituted for the RPAs and Reasonable and Prudent Measures ("RPMs") for the salt marsh harvest mouse set out in the 1993 BO.

92. Reasonable and Prudent Measures, along with terms and conditions, are nondiscretionary measures included in an incidental take statement that FWS considers necessary to minimize and reduce impact to listed species and avoid jeopardy.

93. A 1999 FWS memo identified acephate, chlorpyrifos, endosulfan, and permethrin pesticide use within one mile of the mouse's habitat. Exhibit D of Plaintiff's NOI shows overlap of salt marsh harvest mouse observations and pesticide use in western Contra Costa and Napa Counties. Use of pesticides upstream of salt marsh harvest mouse observations is seen in Sonoma, Napa, Alameda and Contra Costa Counties.

## FRESHWATER AND WETLANDS SPECIES

### The California Tiger Salamander (*Ambystoma californiense*)

94. The California tiger salamander is a colorful amphibian that breeds in seasonal ponds or vernal pools and is particularly susceptible to environmental contaminants.

95. The FWS considers exposure to toxic agricultural chemical contaminants and landscaping chemicals to be a potentially serious threat to the species, cautioning that even if toxic or detectable amounts of pesticides are not found in the breeding ponds or groundwater, "salamanders may still be directly affected, particularly when chemicals are applied during the migration and dispersal seasons." Tiger salamander populations were listed as threatened and endangered throughout different counties of California in 2004. Critical habitat was designated in 2005.

96. The FWS highlighted use of acephate, azinphos-methyl, chlorpyrifos, endosulfan, fenamiphos, malathion, maneb, metam sodium and methyl bromide as pesticides thought to be particularly harmful to tiger salamanders. Salamanders can readily absorb the chemical chlorpyrifos through their permeable skins, especially when migrating through recently treated fields. Use of azinphos-methyl in the vicinity of tiger salamander habitat could affect salamander recruitment and

1   survival directly or indirectly affect their food supply.  The FWS cited studies reporting severe toxicity

2   to amphibians from exposure to endosulfan, including extensive paralysis, delayed metamorphosis and

3   high death rates, noting that "endosulfan is extremely toxic at low concentrations to amphibians."

4       97.    Use of over 1.3 million pounds of metam sodium, 1.1 million pounds of methyl bromide,

5   250,000 pounds of chlorpyrifos, 33,000 pounds each of acephate and maneb, 25,000 pounds of

6   malathion, 20,000 pounds of azinphos-methyl and 9,800 pounds of endosulfan were reported from 1999-

7   2003 for the five Bay Area counties where the tiger salamander occurs.

8       98.    FWS also noted that poisons (i.e. rodenticides) typically used on ground squirrels are

9   likely to have a disproportionately adverse effect on California tiger salamanders, which inhabit rodent

10  burrows, are smaller than the target species, and have permeable skins.  Furthermore, use of pesticides

11  such as methoprene in mosquito abatement may have an indirect adverse effect on the California tiger

12  salamander by reducing the availability of prey.

13      99.    In the South Sacramento Draft Habitat Conservation Plan ("HCP"), FWS noted that

14  toxicants, even at sub-lethal levels may still cause adverse effects such as developmental abnormalities

15  in larval salamanders and behavioral abnormalities in adult salamanders.  The Draft HCP went on to

16  note that sources of chemical pollution, which may adversely affect the salamander include pesticides

17  used in agricultural, landscaping, roadside maintenance, and rodent and vector control activities, as well

18  as stormwater from residential and urban lawn care.  In regards to rodent control, FWS noted that the

19  salamander spends the majority of its life aestivating underground in burrows and that widespread

20  burrowing mammal control likely poses a significant threat to the salamander.  Besides the possible

21  direct adverse affects associated with rodenticides and fumigants, California ground squirrel and pocket

22  gopher control operations may also indirectly affect the salamander by reducing the number of upland

23  burrows available to them.

24      100.    FWS designated critical habitat for the salamander in 2005.  EPA did not consult on the

25  impacts of pesticides on the salamander after critical habitat was designated.  FWS cited pesticide

26  application as a threat for East Bay Unit 11 (Braen Canyon Unit, Santa Clara County, 6,991 acres –

27  Southern Santa Clara County generally west of Gilroy, south of Kelly Lake, east of Pacheco Lake, and

28  north of Jamison Road) and Unit 12 (San Felipe Unit, Santa Clara and San Benito Counties, 6,642 acres

COMPLAINT            25

1    – Generally west of Camadero, south of Kickham Peak, east of San Joaquin Peak, and north of

2    Dunneville).  Exhibit E of Plaintiff's NOI also shows an overlap of pesticide use and tiger salamander

3    observations in Sonoma county (Sonoma population) and an overlap of pesticide use and tiger

4    salamander observations in eastern Contra Costa, central and eastern Alameda and Santa Clara counties

5    (Central California population).

6                    The San Francisco Garter Snake (*Thamnophis sirtalis tetrataenia*)

7            101.    All known populations of the San Francisco garter snake occur in San Mateo County near

8    freshwater marshes, ponds, and slow-moving streams along the coast.  The garter snake was designated

9    as endangered in 1967.  FWS published a five-year review for the species reaffirming endangered status

10   in 2006.

11           102.    The San Francisco garter snake may be threatened by pesticide use on private lands where

12   it still occurs.  The FWS has noted that pesticides are a threat to other aquatic garter snakes in

13   California.  Pesticides used in proximity to San Francisco garter snake habitat in the Bay Area include

14   carbaryl, carbofuran, chlorothalonil, chlorpyrifos, diazinon, dinocap and permethrin.  A total use of over

15   52,000 pounds of these pesticides was reported for San Mateo County from 1999-2003.

16           103.    A 1999 FWS memo identified acephate, azinphos-methyl, bendiocarb, carbofuran,

17   chlorpyrifos, endosulfan, naled, permethrin and trifluralin pesticide use within one mile of the San

18   Francisco garter snake's habitat.

19           104.    The 1993 BO made jeopardy determinations for the San Francisco garter snake for

20   aluminum phosphide, magnesium phosphide, potassium nitrate and sodium nitrate.  These are all

21   rodenticides.  RPAs were identified to avoid jeopardy and included prohibition of use during hibernation

22   period and a monitoring enforcement program.  Intended use on burrows could result in exposure to

23   garter snakes during hibernation.

24           105.    A 1996 FWS letter to EPA approved of two EPA Bulletins for grain bait and pelletized

25   rodenticides and burrow fumigants for species covered in the 1993 biological opinion.  The 1996 FWS

26   letter identified that measures set out in the county bulletins could be substituted for the RPAs and

27   RPMs for the San Francisco garter snake set out in the 1993 BO.  Exhibit F of Plaintiff's NOI shows

28   overlap of San Francisco garter snake observations and pesticide use in San Mateo County.

The California Freshwater Shrimp (<em>Syncaris pacifica</em>)

106.    California freshwater shrimp are found only in low elevation perennial streams or intermittent streams with perennial pools in the northern San Francisco Bay Area.  Freshwater shrimp require low gradient streams with diverse habitat structure including undercut banks, exposed roots, woody debris and overhanging vegetation.  The freshwater shrimp was listed as endangered in 1988. FWS initiated a five-year review for the species in 2006.

107.    Among other factors, shrimp populations and habitat are threatened by inadvertent introduction of herbicides and pesticides into creek water through aerial drift, spills, and runoff. Freshwater shrimp may also be sensitive to pesticides commonly used in vineyards.  Over 85 pesticides are used in proximity to California freshwater shrimp habitat in the Bay Area, including chlorpyrifos, diazinon and diuron.

108.    While a June 14, 1989 Biological Opinion on the National Pesticide Consultation (1989 BO) reviewed the impact of pesticides on the California freshwater shrimp and found that none of the reviewed pesticides were likely to affect the shrimp, a 1999 FWS memo noted that acephate and chlorpyrifos are used within one mile of its habitat.  Exhibit G of Plaintiff's NOI shows an overlap of California freshwater shrimp observations and pesticide use in Sonoma County and pesticide use upstream of California freshwater shrimp observations in Napa County.

TERRESTRIAL SPECIES

The San Joaquin Kit Fox (<em>Vulpes macrotis mutica</em>)

109.    The San Joaquin kit fox is the smallest member of the dog family in North America, with an average weight of about 5 pounds.  San Joaquin kit foxes inhabit grasslands in the San Joaquin Valley and eastern Bay Area Counties.  In the eastern Bay Area, kit foxes mostly prey on California ground squirrels.  Kit foxes either dig their own dens or use dens constructed by other animals.  The primary threat to kit foxes is the loss and degradation of suitable habitat due to agricultural, industrial, and urban developments.  The kit fox was listed as endangered in 1967.  FWS initiated a five-year review for the species in 2006.

110.    Hundreds of San Joaquin kit foxes were destroyed in the past by strychnine poisoned bait used for coyote control.  The federal government began controlling use of rodenticides in 1972 and

1  prohibited above-ground application of strychnine within the range of the kit fox in 1988. However, use

2  of 28 pounds of strychnine was reported in 2003 for pest control in the East Bay counties where the kit

3  fox occurs.

4       111.   Intensive agricultural use in the Central Valley still exposes kit foxes to a wide array of

5  pesticides and rodenticides.

6       112.   The use of more than 22,000 pounds of aluminum phosphide was reported from 1999-

7  2003 in the East Bay counties where the kit fox occurs. At least 27 San Joaquin kit foxes were killed

8  from poisoning recently in the Central Valley and two were poisoned in 1992 in the East Bay, primarily

9  by the rodenticides brodifacoum, chlorphacinone, and bromadiolone. Brodifacoum is a deadly

10  rodenticide widely available to the public as an active ingredient in rat and mouse baits such as Talon,

11  Havoc, and D-Con.

12       113.   Pesticides and rodenticides may indirectly affect the survival of kit foxes by reducing the

13  abundances of their staple prey species. For example, California ground squirrels, the staple prey of kit

14  foxes in the northern portion of their range, were eliminated from Contra Costa County in 1975 by

15  extensive rodent eradication programs. This severely reduced kit fox abundance through secondary

16  poisoning and elimination of prey.

17       114.   In the 1999 FWS memo, FWS noted that 13 of the 15 pesticides assessed (acephate,

18  aldicarb, azinphos-methyl, bendiocarb, carbofuran, chlorpyrifos, endosulfan, S-fenvalerate, naled,

19  parathion, permethrin, phorate, and trifluralin) are all used within one mile of San Joaquin kit fox

20  habitat. The kit fox is likely to come into contact with these chemicals via runoff or from aerial drift as

21  well as through direct contact with sprays and treated soils, or through the consumption of contaminated

22  prey. FWS also noted that pest control practices affect kit foxes directly, secondarily and indirectly by

23  reducing prey populations.

24       115.   The FWS determined in the 1993 BO that use of some burrow fumigants (aluminum and

25  magnesium phosphide), anticoagulant rodenticides (chlorphacinone, diphacinone, and pival), and gas

26  cartridges (potassium nitrate and sodium nitrate) in kit fox habitat could jeopardize the species. The

27  1993 BO made "no jeopardy" determinations for brodifacoum, bromadioline, zinc phosphide, provided

28  RPMs were followed. The 1996 FWS letter to EPA approved of two EPA Bulletins for grain bait and

1   pelletized rodenticides and burrow fumigants for species covered in the 1993 biological opinion.  The

2   1996 FWS letter identified that measures set out in the county bulletins could be substituted for the

3   RPAs and RPMs for the San Joaquin kit fox set out in the 1993 BO.  Exhibit H shows an overlap of the

4   San Joaquin kit fox range and pesticide use in eastern Contra Costa, northeastern Alameda, and Santa

5   Clara counties.

6                    The Alameda Whipsnake (*Masticophis lateralis euryxanthus*)

7          116.   The Alameda whipsnake is a slender snake with black dorsal coloring and distinctive

8   yellow-orange racing stripes down each side.  Adult whipsnakes grow from three to four feet in length.

9   Whipsnakes are extremely fast moving and hold their heads high off the ground in a cobra-like manner

10  while hunting for potential prey, which includes lizards, small mammals, snakes, and nesting birds.

11  Alameda whipsnakes occupy disappearing northern coastal scrub and chaparral habitats broken by

12  grassland and rocky hillsides, primarily in Contra Costa and Alameda Counties.  Whipsnake habitat has

13  been severely reduced and fragmented by urban sprawl, road construction, livestock grazing, and fire

14  suppression.  The whipsnake was listed as threatened in 1997.  FWS published a Recovery Plan for the

15  species in 2003.  Critical habitat was redesignated in 2006.

16         117.   The FWS is concerned about exposure to rodenticides, herbicides and pesticides

17  adversely affecting the Alameda whipsnake directly or indirectly through prey reduction or habitat

18  alteration.

19         118.   CDPR identifies the following pesticide use in Alameda whipsnake habitat: 2,4-D,

20  chlorophacinone, diphacinone, and lindane.  The 1996 letter from FWS to EPA approved of two EPA

21  Bulletins for grain bait and pelletized rodenticides and burrow fumigants for species covered in the 1993

22  BO, but noted that reinitiation was necessary for several species covered in the bulletins but not subject

23  to the 1993 consultation, including the Alameda whipsnake.  EPA has not consulted on the use of

24  pesticides, including rodenticides and burrow fumigants on the Alameda whipsnake.  Exhibit I of

25  Plaintiff's NOI shows overlap of Alameda whipsnake observations and/or whipsnake critical habitat and

26  pesticide use in Alameda County.

27

28

1

The Valley Elderberry Longhorn Beetle (*Desmocerus californicus dimorphus*)

2          119.    The valley elderberry longhorn beetle is a colorful cylindrical beetle less than an inch

3    long, associated with riparian elderberry trees during its entire life cycle.  Riparian fragmentation and

4    destruction due to urbanization, agricultural conversion, and waterway maintenance are the primary

5    threats to this insect.  Insecticide and herbicide use in agricultural areas and along roadsides may be

6    factors limiting the beetle's distribution.  The longhorn beetle was listed as threatened in 1980.  In 1999,

7    the FWS released Conservation Guidelines for the valley elderberry longhorn beetle, which cautioned

8    that pesticides or herbicides should not be sprayed within 100 feet of elderberry beetle habitat.  FWS

9    published a 5-year review for the species in 2006.

10          120.    The 1999 FWS memo determined that acephate, bendiocarb, chlorpyrifos, fenthion,

11    naled, permethrin, and S-fenvalerate jeopardize the longhorn beetle and that the registered uses of

12    acephate, bendiocarb, fenthion, naled and permethrin for mosquito or gypsy moth control are likely to

13    adversely modify designated critical habitat by contaminating elderberry plant surfaces or tissues on

14    which the beetle lives and feeds.  FWS also found that while not likely to cause jeopardy, aldicarb,

15    azinphos-methyl, carbofuran, endosulfan, parathion and phorate may adversely affect the species.

16    However, FWS based its proposed no-jeopardy determinations on the implementation of RPMs.  The

17    1999 FWS memo noted that critical habitat for the valley elderberry longhorn beetle may be adversely

18    modified by acephate, bendiocarb, fenthion, naled and permethrin (for mosquito or gypsy moth control).

19    Exhibit J of Plaintiff's NOI shows an overlap of valley elderberry longhorn beetle observations and

20    pesticide use in northern Solano County.

21

Bay Checkerspot Butterfly (*Euphydryas editha bayensis*)

22          121.    The bay checkerspot butterfly depends upon several different host plants during its life

23    cycle: eggs are laid on a native plantain, which the larvae feed upon; if this food is not sufficient for

24    development the larvae may move onto owl's clover; the larvae then generally enter dormancy until the

25    following winter, then emerge to feed again, pupating in late winter; finally the adults emerge shortly

26    thereafter.  The checkerspot butterfly was listed as threatened in 1987.  FWS designated critical habitat

27    for this species in 2001.

28

122.    Populations of bay checkerspots historically occurred in numerous areas around the San Francisco Bay including the San Francisco peninsula, the mountains near San Jose, the Oakland hills, and several spots in Alameda County.  Most of these have been eliminated due to explosive urban development, and populations now remain only in San Mateo and Santa Clara counties.

123.    Pesticides have contributed to reduced numbers of bay checkerspots, and application or drift of pesticides may also affect their critical habitat.  Precautions may be needed for pesticide use on California oakworm or other pests near bay checkerspot localities.  Over 60 pesticides are used in proximity to bay checkerspot butterfly habitat in the Bay Area.

124.    The 1989 BO did not review the impact of pesticides on the bay checkerspot butterfly.  However, in the 1999 FWS memo, FWS identified acephate, azinphos-methyl, bendiocarb, chlorpyrifos, fenthion, naled, permethrin and S-fenvalerate as pesticides which jeopardize the butterfly.  The memo also found that endosulfan, parathion, and phorate were likely to cause mortality or harm to bay checkerspot adults, eggs, larvae, and in the case of trifluralin harm to annual host and nectar plants.  However, FWS based its proposed no-jeopardy determinations on the implementation of RPMs.  Since FWS issued its memo, critical habitat has been designated for the bay checkerspot butterfly.  Use of these pesticides may adversely affect the bay checkerspot butterfly's critical habitat.  Exhibit K of Plaintiff's NOI shows overlap of bay checkerspot butterfly observations, pesticide use and bay checkerspot butterfly critical habitat in central Santa Clara County.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)
### (The EPA's Failure To Consult On Pesticide Registrations That May
### Affect Endangered and Threatened Species in the Bay Area)

125.    Each and every allegation set forth above in this Complaint is incorporated herein by reference.

126.    EPA retains discretionary involvement and control over pesticide registrations.  It exercises that involvement and control through registration and re-registration reviews and determinations, through the call-in of new data, through reclassification of pesticides and their formulations as restricted use pesticides, through cancellation notices, and through suspension actions.

1  Both new and existing pesticide registrations, as well as other authorizations of pesticide use, constitute

2  "agency actions" subject to § 7(a)(2)'s consultation duty.  16 U.S.C. § 1536(a)(2).

3    127.    All pesticides identified in paragraphs 134 to 247 below are currently registered for use

4  by EPA.

5    128.    EPA is currently evaluating and reregistering several soil fumigants including

6  chloropicrin and metam sodium.  These pesticides are in the pre-RED status and undergoing review.

7    129.    EPA is currently developing risk management decisions for several rodenticides

8  considered to pose the greatest risk to human health and the environment including brodifacoum,

9  bromadiolone, bromethalin, chlorophacinone, cholecalciferol, defethialone, diphacinone, warfarin, and

10  zinc phosphide. These pesticides are in the pre-RED status and undergoing review.

11    130.    EPA has set out in its ESPP that it will evaluate the impact of pesticide registrations on

12  endangered and threatened species in the registration process.

13    131.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to

14  initiate and reinitiate consultation with FWS and by failing to ensure through consultation that the

15  registration and reregistration of pesticides as identified in paragraphs 134 through 247 do not jeopardize

16  the continued existence of endangered and threatened species or destroy or adversely modify designated

17  critical habitat.  16 U.S.C. §§ 1536(a)(2), 1540(g); 50 C.F.R. Part 402.  This constitutes a violation of

18  the ESA within the meaning of 16 U.S.C. § 1540(g).

19  The Tidewater Goby (<em>Eucyclogobius newberryi</em>)

20    132.    EPA issued an Interim Reregistration Eligibility Decision for diazinon in July of 2002.

21  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

22  reregistration of diazinon does not jeopardize the continued existence of the tidewater goby.

23  The Delta Smelt (<em>Hypomesus transpacificus</em>)

24    133.    EPA issued a Reregistration Eligibility Decision for alachlor in September of 1998.  EPA

25  has failed to consult with FWS and failed to ensure through consultation that the registration and

26  reregistration of alachlor does not jeopardize the continued existence of the Delta smelt or destroy or

27  adversely modify designated critical habitat.

28

134.    EPA issued a Reregistration Eligibility Decision for atrazine in April of 2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of atrazine does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

135.    EPA issued an Interim Reregistration Eligibility Decision for carbaryl in June of 2003.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of carbaryl does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

136.    EPA issued an Interim Reregistration Eligibility Decision for carbofuran in August of 2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of carbofuran does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

137.    EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

138.    EPA issued an Interim Reregistration Eligibility Decision for diazinon in July of 2002.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of diazinon does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

139.    EPA issued a Reregistration Eligibility Decision for eptc (eptam) in September of 1999.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of eptc (eptam) does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

140.    EPA issued a Reregistration Eligibility Decision for malathion in July of 2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of malathion does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

141.   EPA issued a Tolerance Reassessment Progress and Interim Risk Management Decision for metolachlor in July of 2006. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of metolachlor does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

142.   EPA issued a Reregistration Eligibility Decision for pebulate in September of 1999. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of pebulate does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

143.   EPA issued a Reregistration Eligibility Decision for simazine in April of 2006. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of simazine does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

144.   EPA issued a Reregistration Eligibility Decision for sulfotep in September of 1999. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of sulfotep does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

145.   EPA issued a Reregistration Eligibility Decision for thiobencarb in September of 1997. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of thiobencarb does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

146.   EPA issued a Tolerance Reassessment Progress and Interim Risk Management Decision for trifluralin in August of 2004. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of trifluralin does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

147.   EPA issued a Tolerance Reassessment Progress and Interim Risk Management Decision for diquat dibromide in April of 2002. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of diquat dibromide does not jeopardize the continued existence of the Delta smelt or destroy or adversely modify designated critical habitat.

1

<u>The California Clapper Rail (*Rallus longirostris obsoletus*)</u>

2

148.   EPA issued an Interim Reregistration Eligibility Decision for acephate in September of

3

2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration

4

and reregistration of acephate does not jeopardize the continued existence of the California clapper rail.

5

149.   EPA issued a Reregistration Eligibility Decision for permethrin in April of 2006.  EPA

6

has failed to consult with FWS and failed to ensure through consultation that the registration and

7

reregistration of permethrin does not jeopardize the continued existence of the California clapper rail.

8

150.   EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September

9

of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the

10

registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the

11

California clapper rail.

12

151.   EPA issued an Interim Reregistration Eligibility Decision for azinphos-methyl in October

13

of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the

14

registration and reregistration of azinphos-methyl does not jeopardize the continued existence of the

15

California clapper rail.

16

152.   EPA issued a Reregistration Eligibility Decision for naled in January of 2002.  EPA has

17

failed to consult with FWS and failed to ensure through consultation that the registration and

18

reregistration of naled does not jeopardize the continued existence of the California clapper rail.

19

<u>The Salt Marsh Harvest Mouse (*Reithrodontomys raviventris*)</u>

20

153.   EPA issued an Interim Reregistration Eligibility Decision for acephate in September of

21

2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration

22

and reregistration of acephate does not jeopardize the continued existence of the salt marsh harvest

23

mouse.

24

154.   EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September

25

of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the

26

registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the salt

27

marsh harvest mouse.

28

155.    EPA issued a Reregistration Eligibility Decision for endosulfan in July of 2002.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of endosulfan does not jeopardize the continued existence of the salt marsh harvest mouse.

156.    EPA issued a Reregistration Eligibility Decision for permethrin in April of 2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of permethrin does not jeopardize the continued existence of the salt marsh harvest mouse.

157.    EPA issued a Reregistration Eligibility Decision for brodifacoum in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of brodifacoum does not jeopardize the continued existence of the salt marsh harvest mouse.

158.    EPA issued a Reregistration Eligibility Decision for bromadiolone in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of bromadiolone does not jeopardize the continued existence of the salt marsh harvest mouse.

159.    EPA issued a Reregistration Eligibility Decision for bromethalin in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of bromethalin does not jeopardize the continued existence of the salt marsh harvest mouse.

160.    EPA issued a Reregistration Eligibility Decision for chlorophacinone in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of chlorophacinone does not jeopardize the continued existence of the salt marsh harvest mouse.

161.    EPA issued a Reregistration Eligibility Decision for cholecalciferol in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of cholecalciferol does not jeopardize the continued existence of the salt marsh harvest mouse.

162.    EPA issued a Reregistration Eligibility Decision for diphacinone in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the

registration and reregistration of diphacinone does not jeopardize the continued existence of the salt marsh harvest mouse.

163.    EPA issued a Reregistration Eligibility Decision for warfarin in June of 1991.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of warfarin does not jeopardize the continued existence of the salt marsh harvest mouse.

164.    EPA issued a Reregistration Eligibility Decision for zinc phosphide in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of zinc phosphide does not jeopardize the continued existence of the salt marsh harvest mouse.

The California Tiger Salamander (<em>Ambystoma californiense</em>)

165.    Populations of the California tiger salamander were listed as threatened and endangered throughout different counties of California in 2004.  Critical habitat was designated in 2005.  EPA has neither initiated nor reinitiated consultation for the following pesticides since the salamander was listed as threatened and endangered or critical habitat was designated.

166.    EPA issued an Interim Reregistration Eligibility Decision for acephate in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of acephate does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

167.    EPA issued an Interim Reregistration Eligibility Decision for azinphos-methyl in October of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of azinphos-methyl does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

168.    EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

1    169.    EPA issued a Reregistration Eligibility Decision for endosulfan in July of 2002.  EPA has

2    failed to consult with FWS and failed to ensure through consultation that the registration and

3    reregistration of endosulfan does not jeopardize the continued existence of the California tiger

4    salamander or destroy or adversely modify designated critical habitat.

5    170.    EPA issued an Interim Reregistration Eligibility Decision for fenamiphos in May of 2002.

6    EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

7    reregistration of fenamiphos does not jeopardize the continued existence of the California tiger

8    salamander or destroy or adversely modify designated critical habitat.

9    171.    EPA issued a Reregistration Eligibility Decision for malathion in July of 2006.  EPA has

10   failed to consult with FWS and failed to ensure through consultation that the registration and

11   reregistration of malathion does not jeopardize the continued existence of the California tiger

12   salamander or destroy or adversely modify designated critical habitat.

13   172.    EPA issued a Reregistration Eligibility Decision for maneb in August of 2005.  EPA has

14   failed to consult with FWS and failed to ensure through consultation that the registration and

15   reregistration of maneb does not jeopardize the continued existence of the California tiger salamander or

16   destroy or adversely modify designated critical habitat.

17   173.    EPA issued a Reregistration Eligibility Decision for mancozeb in September of 2005.

18   EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

19   reregistration of mancozeb does not jeopardize the continued existence of the California tiger

20   salamander or destroy or adversely modify designated critical habitat.

21   174.    EPA issued a preliminary risk assessment for metam sodium in June of 2004.  EPA has

22   failed to consult with FWS and failed to ensure through consultation that the registration and

23   reregistration of metam sodium does not jeopardize the continued existence of the California tiger

24   salamander or destroy or adversely modify designated critical habitat.

25   175.    EPA issued a Reregistration Eligibility Decision for methyl bromide in September of

26   2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration

27   and reregistration of methyl bromide does not jeopardize the continued existence of the California tiger

28   salamander or destroy or adversely modify designated critical habitat.

176. EPA issued a Reregistration Eligibility Decision for oryzalin in September of 1994. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of oryzalin does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

177. EPA issued an Interim Reregistration Eligibility Decision for phosmet in October of 2001. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of phosmet does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

178. EPA issued a Reregistration Eligibility Decision for aluminum phosphide in September of 1998. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of aluminum phosphide does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

179. EPA issued a Reregistration Eligibility Decision for chlorophacinone in September of 1997. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of chlorophacinone does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

180. EPA issued a Reregistration Eligibility Decision for diphacinone in September of 1997. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of diphacinone does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

181. EPA issued a Reregistration Eligibility Decision for strychnine in September of 1996. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of strychnine does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

182. EPA issued a Reregistration Eligibility Decision for methoprene in September of 1991. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of methoprene does not jeopardize the continued existence of the California tiger salamander or destroy or adversely modify designated critical habitat.

The San Francisco Garter Snake (*Thamnophis sirtalis tetrataenia*)

183.    EPA issued an Interim Reregistration Eligibility Decision for acephate in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of acephate does not jeopardize the continued existence of the San Francisco garter snake.

184.    EPA issued an Interim Reregistration Eligibility Decision for azinphos-methyl in October of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of azinphos-methyl does not jeopardize the continued existence of the San Francisco garter snake.

185.    EPA issued an Interim Reregistration Eligibility Decision for carbofuran in August of 2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of carbofuran does not jeopardize the continued existence of the San Francisco garter snake.

186.    EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the San Francisco garter snake.

187.    EPA issued a Reregistration Eligibility Decision for endosulfan in July of 2002.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of endosulfan does not jeopardize the continued existence of the San Francisco garter snake.

188.    EPA issued a Reregistration Eligibility Decision for naled in January of 2002.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of naled does not jeopardize the continued existence of the San Francisco garter snake.

189.    EPA issued a Reregistration Eligibility Decision for permethrin in April of 2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of permethrin does not jeopardize the continued existence of the San Francisco garter snake.

190.    EPA issued a Tolerance Reassessment Progress and Interim Risk Management Decision for trifluralin in August of 2004.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of trifluralin does not jeopardize the continued existence of the San Francisco garter snake.

191.    EPA issued a Reregistration Eligibility Decision for aluminum phosphide in September of 1998.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of aluminum phosphide does not jeopardize the continued existence of the San Francisco garter snake

192.    EPA issued a Reregistration Eligibility Decision for magnesium phosphide in September of 1998.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of magnesium phosphide does not jeopardize the continued existence of the San Francisco garter snake

193.    EPA issued a Reregistration Eligibility Decision for inorganic nitrates (potassium and sodium) in September of 1998.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of inorganic nitrates (potassium and sodium) nitrate does not jeopardize the continued existence of the San Francisco garter snake.

<u>The California Freshwater Shrimp (*Syncaris pacifica*)</u>

194.    EPA issued an Interim Reregistration Eligibility Decision for acephate in September of 2001.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of acephate does not jeopardize the continued existence of the California freshwater shrimp.

195.    EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September of 2001.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the California freshwater shrimp.

<u>The San Joaquin Kit Fox (*Vulpes macrotis mutica*)</u>

196.    EPA issued a Reregistration Eligibility Decision for brodifacoum in September of 1997. EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the

1    registration and reregistration of brodifacoum does not jeopardize the continued existence of the San

2    Joaquin kit fox.

3        197.    EPA issued a Reregistration Eligibility Decision for chlorophacinone in September of

4    1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that

5    the registration and reregistration of chlorophacinone does not jeopardize the continued existence of the

6    San Joaquin kit fox.

7        198.    EPA issued a Reregistration Eligibility Decision for bromadiolone in September of 1997.

8    EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the

9    registration and reregistration of bromadiolone does not jeopardize the continued existence of the San

10    Joaquin kit fox.

11        199.    EPA issued a Reregistration Eligibility Decision for strychnine in September of 1996.

12    EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the

13    registration and reregistration of strychnine does not jeopardize the continued existence of the San

14    Joaquin kit fox.

15        200.    EPA issued a Reregistration Eligibility Decision for aluminum phosphide in September of

16    1998.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that

17    the registration and reregistration of aluminum phosphide does not jeopardize the continued existence of

18    the San Joaquin kit fox.

19        201.    EPA issued a Reregistration Eligibility Decision for magnesium phosphide in September

20    of 1998.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation

21    that the registration and reregistration of magnesium phosphide does not jeopardize the continued

22    existence of the San Joaquin kit fox.

23        202.    EPA issued a Reregistration Eligibility Decision for diphacinone in September of 1997.

24    EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the

25    registration and reregistration of diphacinone does not jeopardize the continued existence of the San

26    Joaquin kit fox.

27

28

203.    EPA issued a Reregistration Eligibility Decision for pival in September of 1997.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of pival does not jeopardize the continued existence of the San Joaquin kit fox.

204.    EPA issued a Reregistration Eligibility Decision for inorganic nitrates (sodium and potassium nitrate) in September of 1991.  EPA has failed to reinitiate consultation with FWS and failed to ensure through consultation that the registration and reregistration of inorganic nitrates (sodium and potassium nitrate) does not jeopardize the continued existence of the San Joaquin kit fox.

205.    EPA issued an Interim Reregistration Eligibility Decision for acephate in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of acephate does not jeopardize the continued existence of the San Joaquin kit fox.

206.    EPA completed a revised risk assessment for aldicarb in January of 2007.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of aldicarb does not jeopardize the continued existence of the San Joaquin kit fox.

207.    EPA issued an Interim Reregistration Eligibility Decision for azinphos-methyl in October of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of azinphos-methyl does not jeopardize the continued existence of the San Joaquin kit fox.

208.    EPA issued an Interim Reregistration Eligibility Decision for carbofuran in August of 2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of carbofuran does not jeopardize the continued existence of the San Joaquin kit fox.

209.    EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the San Joaquin kit fox.

210.    EPA issued a Reregistration Eligibility Decision for endosulfan in July of 2002.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of endosulfan does not jeopardize the continued existence of the San Joaquin kit fox.

211.    EPA issued a Reregistration Eligibility Decision for naled in January of 2002.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of naled does not jeopardize the continued existence of the San Joaquin kit fox.

212.    EPA issued an Interim Reregistration Eligibility Decision for phorate in March of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of phorate does not jeopardize the continued existence of the San Joaquin kit fox.

213.    EPA issued a Tolerance Reassessment Progress and Interim Risk Management Decision for trifluralin in August of 2004.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of trifluralin does not jeopardize the continued existence of the San Joaquin kit fox.

<u>The Alameda Whipsnake (<i>Masticophis lateralis euryxanthus</i>)</u>

214.    The Alameda whipsnake was listed as threatened in 1997.  Critical habitat was redesignated in 2006.  EPA has not initiated or reinitiated consultation for the following pesticides since critical habitat was designated.

215.    EPA issued a Reregistration Eligibility Decision for 2,4 D in June of 2005.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of 2,4 D does not jeopardize the continued existence of the Alameda whipsnake or destroy or adversely modify designated critical habitat.

216.    EPA issued a Reregistration Eligibility Decision for chlorophacinone in September of 1997.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of chlorophacinone does not jeopardize the continued existence of the Alameda whipsnake or destroy or adversely modify designated critical habitat.

217.    EPA issued a Reregistration Eligibility Decision for diphacinone in September of 1997.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of diphacinone does not jeopardize the continued existence of the Alameda whipsnake or destroy or adversely modify designated critical habitat.

218.    EPA issued a Reregistration Eligibility Decision for aluminum phosphide in September of 1998.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration

1    and reregistration of aluminum phosphide does not jeopardize the continued existence of the Alameda

2    whipsnake or destroy or adversely modify designated critical habitat.

3        219.    EPA issued a Reregistration Eligibility Decision for magnesium phosphide in September

4    of 1998.  EPA has failed to consult with FWS and failed to ensure through consultation that the

5    registration and reregistration of magnesium phosphide does not jeopardize the continued existence of

6    the Alameda whipsnake or destroy or adversely modify designated critical habitat.

7        220.    EPA issued a Reregistration Eligibility Decision for inorganic nitrates (sodium and

8    potassium nitrate) in September of 1991.  EPA has failed to consult with FWS and failed to ensure

9    through consultation that the registration and reregistration of inorganic nitrates does not jeopardize the

10    continued existence of the Alameda whipsnake or destroy or adversely modify designated critical

11    habitat.

12        221.    EPA issued a Reregistration Eligibility Decision for brodifacoum in September of 1997.

13    EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

14    reregistration of brodifacoum does not jeopardize the continued existence of the Alameda whipsnake or

15    destroy or adversely modify designated critical habitat.

16        222.    EPA issued a Reregistration Eligibility Decision for bromadiolone in September of 1997.

17    EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

18    reregistration of bromadiolone does not jeopardize the continued existence of the Alameda whipsnake or

19    destroy or adversely modify designated critical habitat.

20        223.    EPA issued a Reregistration Eligibility Decision for bromethalin in September of 1997.

21    EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

22    reregistration of bromethalin does not jeopardize the continued existence of the Alameda whipsnake or

23    destroy or adversely modify designated critical habitat.

24        224.    EPA issued a Reregistration Eligibility Decision for difethialone in September of 1997.

25    EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

26    reregistration of difethialone does not jeopardize the continued existence of the Alameda whipsnake or

27    destroy or adversely modify designated critical habitat.

28

225.   EPA issued a Reregistration Eligibility Decision for pival in September of 1997.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of pival does not jeopardize the continued existence of the Alameda whipsnake or destroy or adversely modify designated critical habitat.

226.   EPA issued a Reregistration Eligibility Decision for warfarin in June of 1991.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of warfarin does not jeopardize the continued existence of the Alameda whipsnake or destroy or adversely modify designated critical habitat.

227.   EPA issued a Reregistration Eligibility Decision for zinc phosphide in September of 1997.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of zinc phosphide does not jeopardize the continued existence of the Alameda whipsnake or destroy or adversely modify designated critical habitat.

228.   EPA is in the pre-RED review of acrolein. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of acrolein does not jeopardize the continued existence of the Alameda whipsnake or destroy or adversely modify designated critical habitat.

The Valley Elderberry Longhorn Beetle (*Desmocerus californicus dimorphus*)

229.   EPA issued an Interim Reregistration Eligibility Decision for acephate in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of acephate does not jeopardize the continued existence of the valley elderberry longhorn beetle.

230.   EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the valley elderberry longhorn beetle.

231.   EPA issued a Reregistration Eligibility Decision for naled in January of 2002.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

1    reregistration of naled does not jeopardize the continued existence of the valley elderberry longhorn

2    beetle.

3        232.    EPA issued a Reregistration Eligibility Decision for permethrin in April of 2006.  EPA

4    has failed to consult with FWS and failed to ensure through consultation that the registration and

5    reregistration of permethrin does not jeopardize the continued existence of the valley elderberry

6    longhorn beetle.

7        233.    EPA completed a revised risk assessment for aldicarb in January of 2007.  EPA has failed

8    to consult with FWS and failed to ensure through consultation that the registration and reregistration of

9    aldicarb does not jeopardize the continued existence of the valley elderberry longhorn beetle.

10        234.    EPA issued an Interim Reregistration Eligibility Decision for azinphos-methyl in October

11    of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the

12    registration and reregistration of azinphos-methyl does not jeopardize the continued existence of the

13    valley elderberry longhorn beetle.

14        235.    EPA issued an Interim Reregistration Eligibility Decision for carbofuran in August of

15    2006.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration

16    and reregistration of carbofuran does not jeopardize the continued existence of the valley elderberry

17    longhorn beetle.

18        236.    EPA issued a Reregistration Eligibility Decision for endosulfan in July of 2002.  EPA has

19    failed to consult with FWS and failed to ensure through consultation that the registration and

20    reregistration of endosulfan does not jeopardize the continued existence of the valley elderberry

21    longhorn beetle.

22        237.    EPA issued an Interim Reregistration Eligibility Decision for phorate in March of 2001.

23    EPA has failed to consult with FWS and failed to ensure through consultation that the registration and

24    reregistration of phorate does not jeopardize the continued existence of the valley elderberry longhorn

25    beetle.

26

27

28

1        Bay Checkerspot Butterfly (*Euphydryas editha bayensis*)

2        238.    The bay checkerspot butterfly was listed as threatened in 1987.  Critical habitat was

3    designated in 2001.  EPA has not initiated or reinitiated consultation for the following pesticides since

4    critical habitat was designated.

5        239.    EPA issued an Interim Reregistration Eligibility Decision for acephate in September of

6    2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the registration

7    and reregistration of acephate does not jeopardize the continued existence of the bay checkerspot

8    butterfly or destroy or adversely modify designated critical habitat.

9        240.    EPA issued an Interim Reregistration Eligibility Decision for azinphos-methyl in October

10    of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the

11    registration and reregistration of azinphos-methyl does not jeopardize the continued existence of the bay

12    checkerspot butterfly or destroy or adversely modify designated critical habitat.

13        241.    EPA issued an Interim Reregistration Eligibility Decision for chlorpyrifos in September

14    of 2001.  EPA has failed to consult with FWS and failed to ensure through consultation that the

15    registration and reregistration of chlorpyrifos does not jeopardize the continued existence of the bay

16    checkerspot butterfly or destroy or adversely modify designated critical habitat.

17        242.    EPA issued a Reregistration Eligibility Decision for naled in January of 2002.  EPA has

18    failed to consult with FWS and failed to ensure through consultation that the registration and

19    reregistration of naled does not jeopardize the continued existence of the bay checkerspot butterfly or

20    destroy or adversely modify designated critical habitat.

21        243.    EPA issued a Reregistration Eligibility Decision for permethrin in April of 2006.  EPA

22    has failed to consult with FWS and failed to ensure through consultation that the registration and

23    reregistration of permethrin does not jeopardize the continued existence of the bay checkerspot butterfly

24    or destroy or adversely modify designated critical habitat.

25        244.    EPA issued a Reregistration Eligibility Decision for endosulfan in July of 2002.  EPA has

26    failed to consult with FWS and failed to ensure through consultation that the registration and

27    reregistration of endosulfan does not jeopardize the continued existence of bay checkerspot butterfly or

28    destroy or adversely modify designated critical habitat.

COMPLAINT                                              48

245. EPA issued an Interim Reregistration Eligibility Decision for phorate in March of 2001. EPA has failed to consult with FWS and failed to ensure through consultation that the registration and reregistration of phorate does not jeopardize the continued existence of the bay checkerspot butterfly or destroy or adversely modify designated critical habitat.

## VII . PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment providing the following relief:

1. Declare that EPA is violating ESA § 7(a)(2) by failing to consult with FWS concerning effects of EPA pesticide registrations on the eleven identified endangered and threatened species in the Bay Area;

2. Order EPA to begin consultation pursuant to ESA § 7(a)(2) on the effects of pesticide registrations on the eleven identified endangered and threatened species within 30 days of the signing of an order;

3. Enjoin EPA from authorizing uses of the identified pesticides in the San Francisco Bay watershed until the consultation process has been completed and EPA has brought its pesticide registrations into compliance with the ESA § 7(a)(2);

4. Award Plaintiff's costs, including reasonable attorneys' fees and expert witness fees; and

5. Grant plaintiffs such additional and further relief as the Court may deem just and appropriate.

Respectfully submitted this 30th day of May, 2007,


/s/ Justin Augustine_____
Justin Augustine
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

# EXHIBIT 1

**Brian Litmans**                                    503.927.5288 ∘ blitmans@gmail.com
**Public Interest Environmental Attorney at Law**    917 SW Oak St., Suite 414, Portland, OR 97205

January 9, 2007


**VIA FAX TO (202) 501-1450 and (202) 208-6956**
**E-MAIL TO johnson.stephen@epa.gov and Dirk_Kempthorne@ios.doi.gov**
**CERTIFIED MAIL—RETURN RECEIPT REQUESTED**

Stephen L. Johnson
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Dirk Kempthorne
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240


Re:    **Notice of Intent to Sue for Violations of the Endangered Species Act Concerning**
       **EPA Registration of Pesticides Impacting Threatened and Endangered Species of**
       **the San Francisco Bay-Delta Area**

Dear Administrator Johnson and Secretary Kempthorne:

       On behalf of the Center for Biological Diversity, we hereby provide notice, pursuant to
section 11(g) of the Endangered Species Act (ESA), 16 U.S.C. §1540(g)(2)(A)(i), that the
Environmental Protection Agency (EPA) is in violation of the Endangered Species Act, 16
U.S.C. § 1521, et seq., regarding its registration of pesticides identified below.

<u>BACKGROUND</u>

<u>The San Francisco Bay Area</u>

       The San Francisco Bay Area is valued for its extensive open space and spectacular bay,
which provide scenic views and recreational opportunities for nearly 10 million people. The
unique Bay Area wildlands which provide many with inspiration and a connection to nature
harbor a rich biological diversity, and the varied ecosystems around the Bay provide habitat for
numerous endangered species of animals and plants. However, the health of the Bay and these
habitats are at risk due to extensive agricultural and urban pesticide use. The pesticides that are

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 2
January 9, 2007

sprayed on our food, our soil and our lawns find their way into local creeks and ultimately the Bay, posing a significant threat to water quality and jeopardizing endangered species. Pesticide use threatens not only our health, but is also poisoning some of our most imperiled wildlife.

At least 30 of the 51 federally endangered or threatened animal species that occur in the Bay Area may be adversely affected by the more than 8 million pounds of pesticides used in the Bay Area each year.  Listed fish, birds, insects, mammals and plants all may be adversely affected from the registered use of pesticides in the nine Bay Area counties: Marin, Sonoma, Napa, Solano, Contra Costa, Alameda, Santa Clara, San Mateo and San Francisco.

More than two billion pounds of pesticides are sold each year in the U.S. for agricultural, commercial, and home uses. The EPA has registered more than 18,000 pesticides and over 900 are registered for use in California. Based on reported uses alone, over 61 million pounds of pesticide active ingredients were applied in the Bay Area from 1999 through 2005. Actual pesticide use may have been up to several times this amount since home and garden pesticide use and most industrial, commercial and institutional pesticide applications not made by professional applicators do not have to be reported to the state of California. For example, the San Francisco Estuary Project's *Pesticides in Urban Surface Waters*: *Urban Pesticides Use Trends Annual Report 2005* estimated that about 73% of California pesticide use in 2003 did not require reporting.

A 1999 Pesticide Action Network North America (PANNA) report, *Disrupting the Balance: Ecological Impacts of Pesticides in California*, documented the impact of pesticides on wildlife statewide.[1] The report found that multiple pesticides are often found in California waters and sediments at concentrations exceeding levels lethal to zooplankton, a primary food source for fish. The PANNA report also discussed the effects of routine toxic pulses of diazinon and chlorpyrifos in California streams during critical stages in fish development. Pesticide contamination of the Bay Area's waterways is an ongoing problem and as detailed in this report, aquatic species are particularly vulnerable to pesticides. Much of the San Francisco Bay and Delta and many Bay Area streams are listed as "impaired" or not meeting water quality standards due to high concentrations of pesticides such as chlordane, chlorpyrifos, DDT, diazinon and dieldrin. Although some organophosphate chemicals such as chlorpyrifos and diazinon are being gradually phased out for household use, the agrochemical industry is turning to pyrethroid pesticides that are known to accumulate in aquatic sediment and be highly toxic.

Pesticides also affect our songbirds, waterfowl, and raptors. For example, the pesticides carbofuran and diazinon are responsible for the majority of bird kills in California, with as many as 17 birds killed for every 5 acres treated with carbofuran. Pesticides can disrupt the balance between pest and predator insects and kill beneficial insects needed for pollination and other ecosystem services. Finally, there is mounting evidence pesticides are having population level effects on some of our most imperiled amphibians and formerly abundant fish species in the

---

[1]      *Disrupting the Balance: Ecological Impacts of Pesticides in California* is available on the PANNA web site at www.panna.org/panna/resources/documents/disruptingSum.dv.html.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 3
January 9, 2007

Bay-Delta, which should serve as a warning about the health of the aquatic ecosystems we depend upon for clean water and abundant wildlife.

Contaminated Waterways

Agricultural and urban runoff transport pesticides away from their application areas, with pesticides either dissolved in water or bound to suspended sediments in the water. The U. S. Geological Survey (USGS) recently released several reports on nationwide water quality surveys, documenting the astounding prevalence of pesticides in our nation's waterways, particularly in streams and ground water in basins with significant agricultural or urban development.[2] This polluted runoff can pose acute and chronic problems to wildlife and plants. Not surprisingly, the USGS noted a direct correlation between the amounts and types of pesticides used and their frequency in nearby surface waters. Pesticides were found at concentrations exceeding established levels of concern and mixtures of multiple pesticides were commonly found in stream samples. Yet the EPA continues to assess the risk of each pesticide individually, failing to consider cumulative and synergistic effects. Moreover, the USGS studies only represent a brief snapshot of pesticides in our environment, since they did not assess aquatic pesticide concentrations through daily monitoring over the entire seasons that pesticides are used. With limited sampling size, the studies most likely do not reflect the highest concentrations and fail to measure the duration pesticides persist in our waters.

The Sacramento-San Joaquin Delta is a complex system of tidally influenced, interconnected sloughs and channels. The hydrologic complexity is further increased by freshwater inputs to the Delta from several rivers and sloughs. 500,000 pounds of over 30 different herbicides are applied annually on agricultural lands in the Delta, and an additional 5 million pounds are applied upstream in three other watersheds: the Sacramento River, San Joaquin River, and French Camp Slough. The Delta watershed encompasses agricultural areas that receive intense applications of various herbicides. A study conducted in 1997 detected 13 herbicides in one or more water samples.[3] The herbicide concentrations varied considerably spatially and temporally. Diuron, hexazinone, thiobencarb, 2,4-D, diethatyl-ethyl, EPTC, metolachlor and molinate were detected frequently and at elevated concentrations.

Another USGS study tracked the concentrations and movement of dormant spray pesticides used on orchards in the Central Valley as they moved through the Sacramento-San Joaquin Delta.[4] All the concentrations of diazinon measured in the rivers and bay throughout the study were above the guideline recommended by the National Academy of Sciences for the protection of aquatic life. Other pesticides including chlorpyrifos, methidathion and carbaryl were also routinely detected.

---

[2]      Larson, S. J. et al. 1999. Pesticides in Streams of the U.S. Initial Results from the National Water-Quality Assessment Program. USGS Water-Resources Investigation Report 98-4222.

[3]      Kuivila, K.M., Holly D. Barnett and Jody L. Edmunds. 1999. Herbicide Concentrations in the Sacramento-San Joaquin Delta, California.  U.S.G.S. Toxic Substances Hydrology Program—Proceedings of the Technical Meeting, Charleston, S.C., March 8-12, 1999 v.2.

[4]      Kuivila, K.M. 1993. Diazinon Concentrations in the Sacramento and San Joaquin Rivers and San Francisco Bay, California, January 1993.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 4
January 9, 2007

Acutely toxic pulses of pesticides move down the Sacramento and San Joaquin Rivers and local San Francisco Bay streams and through the estuaries and Bay Delta with "remarkable persistence and relatively little dilution," according to the U.S. Fish and Wildlife Service (FWS).[5] Researchers have reported episodic toxicity in the Delta involving peaks of organophosphate pesticides, as well as carbofuran, chlorpyrifos, trifluralin and atrazine.[6] Such pulsed introduction of pollutants may increase the time of exposure to pesticides or expose fish and other aquatic organisms during biologically sensitive times.

There is growing evidence that numerous fish species in the Delta are suffering direct mortality or additional stress from the presence of toxic substances such as pesticides. There is also evidence that the plankton upon which Delta fish feed may be depleted by these highly concentrated pulses of pesticides. The Delta's open water forage fish populations are collapsing in a crisis that potentially threatens the entire estuarine food web. In fall of 2004, delta smelt and juvenile striped bass in the Delta were at their lowest ever recorded levels and copepods, the main food source for small fish in the Delta, have also fallen to extremely low levels. Toxic chemicals including pesticides and herbicides are suspected to play a role in these alarming declines.

Pesticide contamination of waterways is an ongoing problem in the San Francisco Bay Area. Most of the San Francisco Bay and Delta is listed as "impaired" or not meeting EPA water quality standards due to high concentrations of the pesticides chlordane, DDT, diazinon and dieldrin. The Sacramento-San Joaquin Delta, Carquinez Strait, Suisun Bay, Richardson Bay, San Pablo Bay, the central basin, central, lower and southern San Francisco Bay, the Oakland Inner Harbor and San Leandro Bay are of particular concern.[7] In 2005 the California Regional Water Quality Control Board proposed adding several water bodies to the impaired list due to pesticides: Lake Chabot for chlordane, DDT and dieldrin; San Pablo Reservoir for chlordane, dieldrin, heptachlor and toxaphene; and San Leandro Bay, Stege Marsh in Richmond and Stevens Creek for chlordane and dieldrin.[8]

---

[5]    U. S. Fish and Wildlife Service. 1999. Determination of Threatened Status for the Sacramento Splittail. 64 FR 5963, 5974-80, Feb. 8, 1999.

[6]    Houston, J. R, L. A. Allen, and K. M. Kuivila. 2000. Seasonal patterns and factors controlling the occurrence of dissolved pesticides in the Sacramento-San Joaquin Delta. Presented at CALFED Bay-Delta Program Science Conference, Oct. 3-5, 2000, Sacramento, CA. Abstract (#169), summary, and notes available at www.iep.water.ca.gov/calfed/sciconf/2000/publications/.  Kuivila, K. M. 2000. Pesticides in the Sacramento-San Joaquin Delta: State of Our Knowledge. Presented at CALFED Bay-Delta Program Science Conference, Oct. 3-5, 2000, Sacramento, CA. Abstract (#66), summary, and notes available at www.iep.water.ca.gov/calfed/sciconf/2000/publications/.  Moon, G. E, K. M. Kuivila, and J. L. Orlando. 2000. Exposure of Delta Smelt to Dissolved Pesticides During Larval and Juvenile Stages in 1998 and 1999. Abstract #183 presented at CALFED Bay-Delta Program Science Conference, Oct. 3-5, 2000, Sacramento, CA. Summary and notes available at www.iep.water.ca.gov/calfed/sciconf/2000/publications/.  Ogle, R.S., et al. 2000. Episodic Toxicity in the San Francisco Estuary. Presented at CALFED Bay-Delta Program Science Conference, Oct. 3-5, 2000, Sacramento, CA. Abstract (#93), summary, and notes available at www.iep.water.ca.gov/calfed/sciconf/2000/publications/.  Kuivila, K.M., Holly D. Barnett and Jody L. Edmunds. 1999. Herbicide Concentrations in the Sacramento-San Joaquin Delta, California. U.S.G.S. Toxic Substances Hydrology Program—Proceedings of the Technical Meeting, Charleston, S.C., March 8-12, 1999 v.2.

[7]    California Regional Water Quality Control Boards, Region 2. 2003. 2002 CWA Section 303(D) List of Water Quality Limited Segment.

[8]    California Regional Water Quality Control Boards, Region 2. 2005. Revision of the Clean Water Act Section 303(D) List of Water Quality Limited Segments. Fact Sheets Supporting Revision of the Section 303(d) List. September, 2005. In 2005 the RWQCB also proposed de-listing much of the San Francisco Bay for diazinon, including the Sacramento-San Joaquin Delta,

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 5
January 9, 2007

Thirty-seven creeks draining into San Francisco Bay are also listed as impaired due to high concentrations of the pesticide diazinon, including: Arroyo Corte Madera Del Presidio, Corte Madera Creek, Coyote Creek, Gallinas Creek, Miller Creek, Novato Creek, San Antonio Creek and San Rafael Creek in Marin County; the Petaluma River in Sonoma County; Laurel Creek, Ledgewood Creek and Suisun Slough in Solano County; Mount Diablo Creek, Pine Creek, Pinole Creek, Rodeo Creek, San Pablo Creek, Walnut Creek and Wildcat Creek in Contra Costa County; Alameda Creek, Arroyo De La Laguna, Arroyo Del Valle, Arroyo Las Positas, Arroyo Mocho, lower San Leandro Creek and San Lorenzo Creek in Alameda County; Calabazas Creek, Coyote Creek, the Guadalupe River, Los Gatos Creek, Matadero Creek, Permanente Creek, San Felipe Creek, Saratoga Creek and Stevens Creek in Santa Clara County; and San Francisquito Creek and San Mateo Creek in San Mateo County.[9]

<u>Contaminated Sediments</u>

The health of the Bay's sediment is important since it provides habitat for benthic organisms at the bottom of the food chain such as clams and insects, which are a food source for fish. The presence of pesticides in Bay sediments or on stream bottoms also indicates the pesticides are or were present in the Bay or in the water of a stream.[10] Stream sediments can act as a reservoir for contaminants, with pesticides entering and leaving stream bottom sediments through numerous pathways. Settling of contaminated suspended sediments, re-suspension and export of sediments in the water column, adsorption onto and release from mineral or organic sediments, interactions with stream-bottom organisms, ingestion or absorption by organisms, and elimination of wastes and release from decaying contaminated organisms can contaminate stream sediments.[11] Pesticides can persist and accumulate in sediment and in aquatic organisms through these processes even at concentrations too low to be detected using conventional methods.

Pesticides of concern enter the water and active sediment of San Francisco Bay in runoff from the Central Valley and local watersheds. The USGS is studying sediments transported into the San Francisco Bay Estuary from the Sacramento and San Joaquin Rivers, which carry waters from the Central Valley, where more than 500 different pesticides are used.[12] In a study of the suspended sediments transported into estuaries by the "first flush" runoff event from the first major storm of the year, USGS found an average of 10 of 19 analyzed pesticides in each of the

---

Carquinez Strait, Suisun Bay, San Pablo Bay, the central basin, central, lower, and south San Francisco Bay, Oakland Inner Harbor and San Leandro Bay, due to reduced levels of this pesticide in recent testing.

[9]    RWQCB 2003. Op. cit.

[10]    USGS. 1999. Pesticides in Stream Sediment and Aquatic Biota. USGS Fact Sheet 092-00.

[11]    USGS. 1999. Op. cit.

[12]    U.S. Geological Survey. 2005. Pesticides Associated with Suspended Sediments in the San Francisco Bay Estuary, California. Brian A. Bergamaschi, Kathryn L. Crepeau, and Kathryn M. Kuivila. Open-File Report 97-24. Bergamaschi, Kathryn M. Kuivila and Miranda S. Fram. 1999. Pesticides Associated with Suspended Sediments in the San Francisco Bay During the First Flush, December 1995. U.S.G.S. Toxic Substances Hydrology Program—Proceedings of the Technical Meeting, Charleston, S.C., March 8-12, 1999 v.2.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 6
January 9, 2007

15 samples taken.[13] Samples contained chlordane, chlorpyrifos, dacthaql, molinate, oxyfluorfen, pebulate, thiobencarb, alachlor, endosulfan, eptam, sulfotep and trifluralin.[14] Pesticides in sediments may account for much of the pesticides transported to estuaries, where they have different environmental effects than dissolved pesticides, affecting aquatic life differently than dissolved pesticides and posing particular risk to filter-feeding pelagic and benthic organisms. The majority of suspended sediments move into estuaries in annual pulse flows with the first flush of runoff from the first major winter storm, and remain longer in estuaries than water.[15]

Pesticide Drift

Pesticides can also travel inadvertently to sensitive habitats through pesticide drift, airborne movement of pesticides away from a target site, resulting from aerial application or wind movement over soils containing pesticides. Pesticides can drift as droplets, dusts, volatilized vapor-phase pesticides or pesticide-contaminated soil particles. Aerial pesticide applications typically result in "considerable" off-site drift, according to the National Research Council.[16] The amount of pesticide drift can vary from 5% under optimal low-wind conditions to as high as 60%.[17] The Congressional Office of Technology Assessment estimates that about 40% of an aerial insecticide application leaves the target area and that less than 1% actually reaches the intended pest.[18] The typical range for drift is 100 to 1,600 meters, however, longer range drift up to 50 miles has been documented.[19]

Impacts to wildlife from pesticide drift have been documented, particularly to amphibians, for which pesticides appear to be compromising their immune systems. Studies implicate pesticide drift from the Central Valley in disproportional declines of several native frog species in the Sierra Nevada, even affecting frogs collected from high in the Sierra Nevada far from areas of direct pesticide use.[20] Studies have found a close correlation between declining populations of amphibians and exposure to agricultural pesticides, raising significant concerns about pesticide impacts on non-target organisms living far away from the point of application.[21]

---

[13]    Bergamaschi, Kathryn M. Kuivila and Miranda S. Fram. 1999. Pesticides Associated with Suspended Sediments in the San Francisco Bay During the First Flush, December 1995. U.S.G.S. Toxic Substances Hydrology Program—Proceedings of the Technical Meeting, Charleston, S.C., March 8-12, 1999 v.2.

[14]    Id.

[15]    Meade R.H. 1972. Transport and deposition of sediments in estuaries: Geological Society of America, v. 133, p. 91-120.

[16]    Cox, C. 1995. Pesticide Drift-Indiscriminately from the Skies. Journal of Pesticide Reform. Spring 1995, Vol.15, No.1.

[17]    National Research Council, Board on Agriculture, Committee on Long-Range Soil and Water Conservation. 1993. Soil and water quality: An agenda for agriculture, Washington, D.C., National Academy Press, 323-324.

[18]    U.S. Congress, Office of Technology Assessment. 1990. Beneath the bottom line: Agricultural approaches to reduce agrichemical contamination of groundwater. Report No. OTA-4-418. Washington, D.C., U.S. GPO.

[19]    Cox 1995, Op. cit.

[20]    Sparling, D.W., G.M. Fellers, and L.L. McConnell. 2001. Pesticides and Amphibian Population Declines in California. Environmental Toxicology and Chemistry. Vol.20, No.7, 1591-1595. Lenoir, J.S., et al. 1999. Summertime transport of current-use pesticides from California's Central Valley to the Sierra Nevada Mountain Range. Environmental Toxicology and Chemistry, 18:2715.

[21]    Sparling et al. 2001, Op. cit.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 7
January 9, 2007

In 2003, Californians for Pesticide Reform (CPR) released *Secondhand Pesticides: Airborne Pesticide Drift in California*,[22] documenting the adverse impacts of pesticide drift on wildlife and humans. The CPR analysis found pesticides far from their application sites at concentrations significantly exceeding acute and chronic exposure levels deemed "safe" by the EPA. The thousands of reported complaints of off-target spray drift the EPA receives from around the country each year confirm the CPR study findings.

The EPA notes that spray drift continues to be of concern and acknowledges that some degree of drift occurs from nearly all applications.[23] The EPA relies on applicators voluntarily following pesticide labels to prevent drift, yet acknowledges that current labels are inadequate in preventing spray drift.[24] For example, in the recently released re-registration decision for the highly toxic pesticide atrazine, the EPA simply stated the following for spray drift management: "The Agency is currently working with stakeholders to develop appropriate generic labels to address spray drift risk. Once this process is completed atrazine labels will need to be revised to include this additional language."[25] Although the EPA published draft guidance for label statements in 2001, it has yet to finalize the label guidance for spray and dust drift, and the agency continues to rely on voluntary standards to control spray drift.[26]

The CPR study concluded that the current EPA pesticide label language is inadequate to control spray drift. The EPA's failure to control spray drift places wildlife at risk and jeopardizes endangered species, in violation of the ESA. Until the EPA aggressively addresses spray drift, it will also continue to abrogate its duties under FIFRA to protect humans and the environment from unreasonable adverse effects.

Effects Of Pesticides On Wildlife

*Birds*

Although the pesticide DDT has been banned in the U. S. for over 25 years, other pesticides are still killing birds and causing avian reproductive problems throughout the country. For rare, endangered or threatened birds, even a few pesticide poisoning incidents can be significant and interference with successful reproduction can jeopardize the entire species. Nationwide, annual avian mortality is estimated at ten percent of the 672 million birds exposed to agricultural pesticides alone, although reported kills represent only a fraction of actual bird mortality. In California, the insecticides diazinon and carbofuran have caused most documented bird kills. Organochlorine pesticides such as DDT also continue to interfere with avian reproduction long after their use has been discontinued. Synthetic pyrethroids, similar to

---

[22]    Kegley, S., et. al. 2003. Secondhand Pesticides: Airborne Pesticide Drift in California. Californians for Pesticide Reform. Available at www.panna.org/resources/ documents/secondhandDriftAvail.dv.html.

[23]    U.S. Environmental Protection Agency. 1999. Spray Drift of Pesticides. Available at www.epa.gov/pesticides/factsheets/spraydrift.htm.

[24]    USEPA 2001, Op. cit.

[25]    U.S. Environmental Protection Agency. 2003. Atrazine Interim Re-registration Eligibility Decision. January 31, 2003. Available at www.epa.gov/oppsrrd1/reregistration/atrazine/, p. 93.

[26]    See for example: U. S. Environmental Protection Agency. 2001. Chlorpyrifos Interim Deregistration Eligibility Decision. September 28, 2001. Available at www.epa.gov/oppsrrd1/op/chlorpyrifos.htm, p. 95-97.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 8
January 9, 2007

organochlorines, are suspected to have reproductive effects on birds. Sub-lethal exposure to pesticides can chronically affect avian behavior, reproduction and nervous system function. Birds exposed to pesticides can become more susceptible to predation, experience weight loss and have decreased resistance to disease. Pesticide exposure can also reduce interest in mating and defending territory and cause birds to abandon their nestlings.

### Amphibians

Due to their recognized sensitivity to contaminants, amphibians are a barometer of environmental health. Adverse impacts to amphibians are often the first sign that our ecosystems are under stress. Since amphibians respire through their skin and spend much of their life cycle in water, moving through the interface of water and air, they are at high risk from chemical pollutants. Pesticides are often insoluble in water and tend to concentrate on the surface. This heightens the risk to amphibians, which readily absorb chemicals through their permeable skins. Many studies have demonstrated that pesticide residues in water, sediment, and vegetation can harm amphibians in aquatic environments by delaying or altering larval development or by reducing breeding or feeding activity.[27] Many pesticides currently in use can potentially disrupt amphibian endocrine systems, adversely affecting adult breeding and embryonic larval development.[28] For example, in a recent University of California study, the herbicide atrazine was found to disrupt sexual development of frogs at concentrations 30 times lower than levels allowed by the EPA.[29] Also of great concern is the possibility that pesticide pollutants act as environmental stressors, rendering amphibians more susceptible to aquatic pathogens and diseases.

### Fishes

Fish in the Sacramento-San Joaquin Delta, San Francisco Bay and its tributaries inhabit an ecosystem already stressed by dams and water diversions, urban development and invasion of exotic species. The large concentrations of toxic pesticides that enter the Bay affect many aquatic species. The widely used insecticides diazinon and chlorpyrifos are of particular concern in the Bay Area. Toxic pulses of pesticides occur regularly as storm water and irrigation runoff carry pesticides from urban and agricultural areas into surface waters. Multiple pesticides are found in Bay waters and sediments, often at concentrations above lethal levels for organisms eaten by fish. Pesticides can kill aquatic animals and plants, impair reproduction, and reduce food sources for fish. Numerous fish species in the San Francisco Bay-Delta have recently experienced

---

[27]    Berrill, M., S. Bertram, A. Wilson, S. Louis, D. Brigham, and C. Stromberg 1993. Lethal and sub-lethal impacts of Pyrethroid insecticides on amphibian embryos and tadpoles. Environmental Toxicology and Chemistry 12: 525-539. Berrill, M., S. Bertram, L. M. McGillivray, M. Kolohon, and B. Pauli 1994. Effects of low concentrations of forest-use pesticides on frog embryos and tadpoles. Environmental Toxicology and Chemistry 13(4): 657-664. Berrill, M., S. Bertram, B. Pauli, and D. Coulson 1995. Comparative sensitivity of amphibian tadpoles to single and pulsed exposures of the forest-use insecticide Fenitrothion. Environmental Toxicology and Chemistry 14(6): 1101-1018. Berrill, M., D. Coulson, L. McGillivray, and B. Pauli 1998. Toxicity of Endosulfan to aquatic stages of anuran amphibians. Environmental Toxicology and Chemistry 17(9): 1738-1744. Hall, R. and P. F. Henry 1992. Assessing effects of pesticides on amphibians and reptiles: Status and needs. Herp. Jr. vol. 2: 65-71.

[28]    Park, D., S.C. Hempleman, and C. R. Propper. 2001. Endosulfan exposure disrupts pheromonal systems in the red-spotted newt: A mechanism for subtle effects of environmental chemicals, Environmental Health Perspectives 109:669-673.

[29]    Hayes, T.B., et al., 2002, Hermaphroditic, demasculinized frogs after exposure to the herbicide atrazine at low ecologically relevant doses, Proc. Natl. Acad. Sci., April 16, 2002, Vol.99, Issue 8, 5476-5480.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 9
January 9, 2007

dramatic population declines and toxic contaminants are thought to be one of the major stressors affecting fish in the Bay-Delta ecosystem.

While maintaining healthy, viable invertebrate communities in our natural waters is an objective in and of itself, these invertebrates are also ecologically important as food for priority fish populations. Numerous studies have documented that virtually all of the priority fish populations in the Sacramento-San Joaquin River basins and the San Francisco Estuary rely upon these invertebrates, particularly during their vulnerable early life stages (Heubach et al., 1963; Eldrirge et al., 1982; Schaffter et al., 1982; Brown, 1992; Moyle et al., 1992; Meng and Moyle, 1995; Lott, 1998; Nobriga, 1998). If pulses of pesticides through these aquatic ecosystems diminish the available invertebrate resources at critical periods, such as when fish fry are dependent on invertebrates for food, adverse effects on the fish populations can be expected. The period when toxicity in these waters occurs (January-June) coincides with the presence of early life stages of most of the fish populations currently in decline, including delta smelt, chinook salmon, longfin smelt, splittail, steelhead trout, and green sturgeon, all of which have been identified as "Priority Species" by the CALFED Bay-Delta program.[30]

*Insects*

Broad-spectrum pesticides used to destroy pest insects can disrupt the natural balance between pest and predator insects and indiscriminately kill beneficial insects as well. Many beneficial insects play essential roles in pollination, soil aeration, nutrient cycling and pest control. Pest insect populations can often recover more rapidly than beneficial insects because of their larger numbers and ability to develop resistance to pesticides. With rapid reproduction and no predators to check their numbers, this can cause a resurgence of the target pest and secondary pests. Escalating pesticide applications can result in pests with even greater resistance to pesticides, and the "pesticide treadmill" goes around and around. Although nationwide insecticide use increased 10-fold from 1945 to 1989, crop losses from insects nearly doubled and now more than 500 pest species are resistant to pesticides nationwide. Meanwhile, according to the U.S. Department of Agriculture, we are facing an "impending pollinator crisis," in which both wild and managed pollinators are disappearing at alarming rates, partly due to pesticides.[31]

*Plants*

Herbicide use is obviously a threat to listed plant species, since herbicides are chemicals specifically formulated to kill plants. Herbicides are widely applied to gardens, lawns and crops to control unwanted plants and weeds, but can affect non-target plants through aerial drift or runoff. Herbicides applied indiscriminately to roads and right-of-ways have been documented to kill rare or listed plant species in the Bay Area.

---

[30]    Report of The Pesticide Workgroup. San Francisco Estuary Institute.  October 1999.

[31]    Ingram, M., G.P. Nabhan, and S. Buchmann. 1996. Our Forgotten Pollinators: Protecting the Birds and Bees. Global Pesticide Campaigner, Vol.6, No.4. Dec. 1996. PANNA, www.pmac.net/birdbee.htm.  Nabhan, G.P. 1996. Pollinator Redbook, Volume One: Global list of threatened vertebrate wildlife, wildlife species serving as pollinators for crops and wild plants. www.desertmuseum.org/conservation/fp/redbook.html.  Kearns, C.A., D.W. Inouye, and N.M. Waser. 1998. Endangered mutualisms: the conservation of plant-pollinator interactions. Annu. Rev. Ecol. Syst., 29:83-112.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 10
January 9, 2007

*Endocrine Disruption, Sexual Deformities and other Reproductive Anomalies*

Endocrine disruptors are synthetic chemicals that mimic natural hormones, disrupting natural processes by sending false messages, blocking real messages, preventing synthesis of the body's own hormones, and accelerating the breakdown and excretion of hormones. Endocrine disruption affects how animals develop and function and can cause severe damage during critical developmental stages.[32] Reproductive disorders, immune system dysfunction, thyroid disorders, types of cancer, birth defects and neurological effects have all been linked to endocrine disruption. Offspring of those affected by endocrine disruptors may also suffer from lifelong health and reproductive abnormalities, including reduced fertility, altered sexual behavior, lowered immunity and cancer.[33]

Over 60% of all agricultural herbicides applied in the U.S. (measured by volume) have the potential to disrupt endocrine and/or reproductive systems of humans and wildlife.[34] Several organophosphate and carbamate pesticides are recognized as endocrine disruptors.[35] Studies have shown endocrine disrupting effects from the pesticides atrazine, chlordane, DDT, dieldrin, endosulfan, malathion, methoprene and methoxychlor in amphibians, salmon, mice, turtles and aquatic arthropods.[36] Wildlife studies of gulls, terns, fishes, whales, porpoises, alligators, and turtles also link environmental contaminants such as pesticides with disturbances in sex hormone production and/or action.

Studies suggest that pesticides can affect organisms at extremely low levels, including undetectable concentrations and that amphibians are likely to be far more sensitive to pesticides in the natural world than traditional laboratory tests used to establish regulatory standards would

---

[32]    Center for Bioenvironmental Research. Environmental Estrogens, Wildlife and Human Health Effects. Available www.som.tulane.edu/ecme/eehome/basics/eeeffects/.

[33]    Ibid.

[34]    Short, P. and T. Colborn. 1999. Pesticide Use in the U.S. and Policy Implications: A Focus on Herbicides, Toxicology and Industrial Health: An International Journal, Jan-March 1999, Vol.15, Nos. 1&2, 240-275.

[35]    See EPA Science Policy Council, Handbook for Non-Cancer Health Effects Valuation. Available at www.epa.gov/osp/spc/Endoqs.htm.

[36]    Park, D., S.C. Hempleman, and C. R. Propper. 2001. Endosulfan exposure disrupts pheromonal systems in the red-spotted newt: A mechanism for subtle effects of environmental chemicals. Environmental Health Perspectives 109:669-673. Gilbertson, M. K., G. D. Hafner, K. G. Drouillard, A. Albert, and B. Dixon. 2002. Immunosuppression in the Northern Leopard Frog (*Rana Pipiens*) Induced by Pesticide Exposure. Environmental Toxicology and Chemistry 22(1):101–110. Welshons, W.V., et al. 1999. Low-dose bioactivity of xenoestrogens in animals: fetal exposure to low doses of methoxychlor and other estrogens increases adult prostrate size in mice. Toxicology and Industrial Health: An International Journal, Jan-March 1999, Vol.15, Nos. 1&2, 12-25. Nagler, J.J., et al. 2001. High Incidence of a Male-Specific Genetic Marker in Phenotypic Female Chinook Salmon from the Columbia River. Environmental Health Perspectives 109:67-69. Willingham, E.T., et al. 2000. Embryonic Treatment with Xenobiotics Disrupts Steroid Hormone Profiles in Hatchling Red-Eared Slider Turtles (*Trachemys scripta elegans*). Environmental Health Perspectives 109:67-69. Dodson, S.I., et al. 1999. Dieldrin Reduces Male Production and Sex Ratio in Daphnia (*Galeata mendotae*). Toxicology and Industrial Health: An International Journal, Jan-March 1999, Vol.15, Nos. 1&2, 192-199. Harris, M., et al. Apple Orchard Insecticide and Fungicide Effects on Ranid Populations in Ontario. University of Guelph, Ontario, abstract found at www.pmac.net/ranid.htm. La Clair, J.J., J.A. Bantle and J. Dumont. 1998. Photoproducts and metabolites of a common insect growth regulator produce developmental deformities in *Xenopus*. Environmental Science and Technology, 32: 1453-1461. Gray, L.E., et al. 1999. The estrogenic and antiandrogenic pesticide methoxychlor alters the reproductive tract and behavior without affecting pituitary size or LH and prolactin secretion in male rats. Toxicology and Industrial Health: An International Journal, Jan-March 1999, Vol.15, Nos. 1&2, 37-47.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 11
January 9, 2007

indicate.[37] A compelling example is the recent University of California study of the herbicide atrazine, which found disruption of the sexual development of frogs at concentrations 30 times lower than levels allowed by the EPA.[38] This study exposed frogs to low levels of atrazine which prevented the masculine characteristics of male frogs from fully forming and in some cases caused hermaphroditism. The extent of these deformities would likely be magnified in the natural environment because the highest atrazine levels coincide with the amphibian breeding season. Another study has demonstrated that exposure to multiple pesticides can cause endocrine, immune and behavioral changes even though no effects were noted from exposure to each chemical in isolation.[39]

Bay Area Pesticide Use

The California Department of Pesticide Regulation (CDPR) tracks registered pesticide use, by total pounds of active ingredient applied. A recent analysis by the Pesticide Action Network comparing four years of reported use and reported sales of pesticides found that non-reporting may be significant, with reporting rates from 9% to 138%.[40] Actual use of a pesticide in California can typically be up to three times the reported use,[41] since home and garden pesticide use and most industrial, commercial and institutional pesticide applications not made by professional applicators do not have to be reported to the state and are not reflected in these totals. Pesticide uses that require reporting are generally agricultural uses or urban application by licensed pest control operators.

In the 7 years from 1999 to 2005 (the most recent years for which data is available) use of over 61 million pounds of pesticide active ingredients was reported in the nine Bay Area counties.[42] Over 9.2 million pounds of pesticide active ingredients were reported applied over 2 million acres in the Bay Area in 2005 alone. In addition, some portion of the estimated 150 million pounds of pesticides applied to crops in the Central Valley each year is transported to the San Francisco Bay and Delta.

Reported Bay Area Pesticide Use From 1999-2005 (in pounds of active ingredients):

Marin County                              465,000

---

[37]    Short, P. and T. Colborn. 1999. Pesticide Use in the U.S. and Policy Implications: A Focus on Herbicides. Toxicology and Industrial Health: An International Journal, Jan-March 1999, Vol.15, Nos. 1&2, 240-275. Reylea, R.A. and N. Mills. 2001. Predator-induced stress makes the pesticide carbaryl more deadly to gray treefrog tadpoles, *Hyla versicolor*. Proceedings of the National Academy of Sciences, USA, 98:2481-2496. Reylea, R.A. 2004. The growth and survival of five amphibian species exposed to combinations of pesticides. Environ. Toxico. Chem.  Reylea, R.A. 2004. Synergistic impacts of malathion and predatory stress on six species of North American tadpoles. Environ. Toxicol. Chem. 23:1080-1084. Reylea, R.A. 2003. Predator cues and pesticides: A double does of danger for amphibians. Ecol. Applic. 13:1515-1521.

[38]    Hayes, T.B., et al. 2002. Hermaphroditic, demasculinized frogs after exposure to the herbicide atrazine at low ecologically relevant doses. Proc. Natl. Acad. Sci., April 16, 2002, Vol.99, Issue 8, 5476-5480.

[39]    Porter, W.P., et al. 1999. Endocrine, Immune, and Behavioral Effects of Aldicarb (Carbamate), Atrazine (Triazine) and Nitrate (Fertilizer) Mixtures at Groundwater Concentrations. Toxicology and Industrial Health: An International Journal, Jan-March 1999, Vol.15, Nos. 1&2, 133-150.

[40]    Pesticide Action Network. 2004. Analysis of Reported Pesticide Sales Versus Reported Pesticide Use. October 17, 2004.

[41]    San Francisco Estuary Project. 2005. Urban Pesticides Use Trends Annual Report 2005.

[42]    California Department of Pesticide Regulation. 2006. Summaries of Pesticide Use Data, Pounds of Active Ingredient by County, 1999-2005. http://www.cdpr.ca.gov/docs/pur/purmain.htm.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 12
January 9, 2007

| | |
|---|---|
| Sonoma County | 21,746,000 |
| Napa County | 14,963,000 |
| Solano County | 9,376,000 |
| Contra Costa County | 4,409,000 |
| Alameda County | 2,260,000 |
| Santa Clara County | 5,941,000 |
| San Mateo County | 1,770,000 |
| San Francisco County | 132,000 |
| Total | 61,061,000 |

<u>Pesticide Use By County</u>

*Marin County*
Reported pesticide use in Marin County from 1999-2005 averaged about 66,000 pounds of active ingredients per year. In 2005, over 58,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in Marin County in 2005 were potassium phosphite, sulfuryl fluoride, glyphosate, sulfur and sodium hypochlorite.

*Sonoma County*
Reported pesticide use in Sonoma County from 1999-2005 averaged over 3.1 million pounds of active ingredients per year. In 2005, over 3,366,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in Sonoma County in 2005 were sulfur, petroleum distillates, 1-3 dichloropropene, kaolin and glyphosate.

*Napa County*
Reported pesticide use in Napa County from 1999-2005 averaged over 2.1 million pounds of active ingredients per year. In 2005, over 2,338,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in Napa County in 2005 were sulfur,petroleum distillates, 1-3 dichloropropene, potassium bicarbonate and glyphosate.

*Solano County*
Reported pesticide use in Solano County from 1999-2005 averaged over 1.3 million pounds of active ingredients per year. In 2005, over 1 million pounds of pesticides were reported applied. The top 5 reported pesticide uses in Solano County in 2005 were sulfur, kaolin, glyphosate, copper sulfate and 2,4-D.

*Contra Costa County*
Reported pesticide use in Contra Costa County from 1999-2005 averaged just under 630,000 pounds of active ingredients per year. In 2005, over 881,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in Contra Costa County in 2005 were sodium bromide, sulfur, petroleum distillates, glyphosate and metam-sodium.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 13
January 9, 2007

*Alameda County*
Reported pesticide use in Alameda County from 1999-2005 averaged over 322,000 pounds of active ingredients per year. In 2005, over 358,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in Alameda County in 2005 were sulfuryl fluoride, glyphosate, sodium fluoride, petroleum distillates and diuron.

*Santa Clara County*
Reported pesticide use in Santa Clara County from 1999-2005 averaged over 848,000 pounds of active ingredients per year. In 2005, over 951,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in Santa Clara County in 2005 were sulfuryl fluoride, metam-sodium, potassium N-methyldithiocarbamate, sulfur and chloropicrin.

*San Mateo County*
Reported pesticide use in San Mateo County from 1999-2005 averaged over 252,000 pounds of active ingredients per year. In 2005, over 275,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in San Mateo County in 2005 were sulfuryl fluoride, petroleum distillates, potassium N-methyldithiocarbamate, metam-sodium and sodium hypochlorite.

*San Francisco County*
Reported pesticide use in San Francisco County from 1999-2005 averaged over 18,000 pounds of active ingredients per year. In 2005, over 23,000 pounds of pesticides were reported applied. The top 5 reported pesticide uses in San Francisco County in 2005 were acephate, boric acid, permethrin, disodium octaborate tetrahydrate and glyphosate.

## LEGAL VIOLATIONS OF THE ENDANGERED SPECIES ACT

### Failure to Comply with Section 7(a)(2)

The obligations under section 7(a)(2) of the ESA are clear: "Each Federal agency shall, in consultation with and with the assistance of the Secretary [of the Interior or Commerce], insure that any action authorized, funded, or carried out by such agency . . . is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of [critical] habitat .... 16 U.S.C. § 1536(a)(2) (emphasis added). An agency's duty to consult under this provision is triggered whenever it is determined that an action "may affect" a threatened or endangered species. 16 U.S.C. § 1536(a)(3); 50 C.F.R. § 402.12. Where such a determination has been made, an agency may satisfy its duty to avoid jeopardy or adverse modification by conforming its action to a biological opinion issued by the FWS following formal consultation, and by fully complying with any reasonable and prudent alternatives and measures set forth in such biological opinion.

These requirements apply to EPA's registration of pesticides under FIFRA. See <u>Wash. Toxics Coalition v. EPA</u>, 2002 U.S. Dist. LEXIS 27654 (W.D. Wash., July 2, 2002) (EPA required to consult on impacts of pesticides on salmonids) and <u>Wash. Toxics Coalition v. EPA</u>,

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 14
January 9, 2007

2003 U.S. Dist. LEXIS 26088 (W.D. Wash., Aug. 8, 2003) (injunction is appropriate pending completion of consultation process) *aff'd* Wash. Toxics Coalition v. EPA, 413 F.3d 1024 (9th Cir. 2005). Through CDPR, FWS, EPA and USGS data and assessments, it is evident that the identified pesticides "may affect" the following species in the Bay Area and therefore require consultation under the ESA.

<u>SAN FRANCISCO BAY AND DELTA FISH SPECIES</u>

**1.      Tidewater Goby (*Eucyclogobius newberryi*)**

*Bay Area Occurrence*: Marin, Sonoma and San Mateo Counties; extirpated from Contra Costa, Alameda and San Francisco Counties
*State Status*: Species of Special Concern
*Federal Status*: Endangered, 1994
*Pesticides Requiring Consultation*: diazinon.

The tidewater goby is a small fish that inhabits coastal brackish water along the coast of California. It is found in Marin, Sonoma and San Mateo Counties; it is extirpated from Contra Costa, Alameda and San Francisco Counties. It was listed as endangered in 1994. The USFWS is concerned about high diazinon levels that can cause water column toxicity in lagoons that are tidewater goby habitat, noting that some creeks in Marin County are considered by the State Water Resources Control Board (SWRCB) to be "Water Quality Limited" due to diazinon in urban runoff.[43] From 250,000 to 1 million pounds of diazinon were used from 1999-2003 in the Bay Area.[44] Exhibit A shows an overlap of tidewater goby observations and pesticide use in southern coastal San Mateo County.

**2.      Delta Smelt (*Hypomesus transpacificus*)**

*Bay Area Occurrence*: Solano and Contra Costa Counties
*State Status*: Threatened, 1993
*Federal Status*: Threatened, 1993
*Pesticides Requiring Consultation*: alachlor, atrazine, carbaryl, carbofuran, chlordane, chlorpyrifos, diazinon, dieldrin, EPTC, malathion, metolachlor, molinate, pebulate, simazine, sulfotep, thiobencarb, trifluralin, diquat dibromide.

The delta smelt is a nearly translucent steely-blue fish found only in the brackish waters from Suisun Bay upstream through the Sacramento-San Joaquin River Delta in Contra Costa, Sacramento, San Joaquin, Solano and Yolo Counties. It was listed as threatened in 1993. Delta smelt spawn in backwater sloughs and along channels with tidal influence.

---

[43]    U. S. Fish and Wildlife Service. 2004. Draft Recovery Plan for the Tidewater Goby (*Eucyclogobius newberryi*).
[44]    CDPR 2003, Op. cit.; SFEP 2005, Op. cit.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 15
January 9, 2007

Delta smelt habitat in the Sacramento-San Joaquin Delta estuary receives flushes of high concentrations of agricultural pesticides such as carbofuran, chlorpyrifos, and diazinon.[45] The SWRCB lists all the important water bodies in the smelt's range as impaired by one or more contaminants, commonly including pesticides such as diazinon, chlorpyrifos, malathion, chlordane, DDT and dieldrin.[46] Up to 1 million pounds each of chlorpyrifos, diazinon and malathion were applied in the Bay Area from 1999-2003.[47] However, CDPR has not yet identified which pesticides are used in Delta smelt habitat.

Recent research indicates that toxicity of certain contaminants in smelt habitat occurs in episodes, often in runoff from rainstorms following periods of use of the chemicals. Acutely toxic pulses of pesticides move down the rivers and through the estuary with "remarkable persistence and relatively little dilution."[48] Researchers report episodic toxicity in winter associated with organophosphate pesticide treatment of dormant orchards; carbofuran and chlorpyrifos in the San Joaquin River and Delta in spring, possibly associated with treatment of alfalfa; rice pesticides in late spring and early summer with release of rice field water; and a variety of herbicides from irrigation tail water during the summer.[49] Peaks of numerous other chemicals, including the herbicides trifluralin and atrazine, have also been found.[50]

It is unknown what direct effect these toxins have on delta smelt, but there is growing evidence that other fish species in the Delta are suffering direct mortality or additional stress from the presence of toxic substances. There is also evidence that the plankton upon which the smelt feed may be depleted by these highly concentrated pulses of pesticides through the Delta. The Delta's open water fish populations are mysteriously collapsing, with open water forage species including Delta smelt in severe decline. In fall of 2004, Delta smelt were at their lowest ever recorded levels.  The delta smelt population has declined nearly 90% since the late 1980s.[51] A report by the USGS attributes pesticide toxicity as one possible cause for the decline.

In 1998-1999, USGS studied the impact of pesticides on the delta smelt.[52]  It found a complex mixture of pesticides in the delta smelt habitat and that delta smelt were exposed to this

---

[45]     USFWS 1996, Op. cit.

[46]     USFWS 1996, Op. cit.

[47]     CDPR 2003, Op. cit., SFEP 2005, Op. cit.

[48]     U. S. Fish and Wildlife Service. 1999. Determination of Threatened Status for the Sacramento Splittail. 64 FR 5963, 5974-80, Feb. 8, 1999.

[49]     Houston, J. R, L. A. Allen, and K. M. Kuivila. 2000. Seasonal patterns and factors controlling the occurrence of dissolved pesticides in the Sacramento-San Joaquin Delta. Presented at CALFED Bay-Delta Program Science Conference, Oct. 3-5, 2000, Sacramento, CA. Abstract (#169), summary, and notes available at www.iep.water.ca.gov/calfed/sciconf/2000/publications/. Kuivila, K. M. 2000. Pesticides in the Sacramento-San Joaquin Delta: State of Our Knowledge. Presented at CALFED Bay-Delta Program Science Conference, Oct. 3-5, 2000, Sacramento, CA. Abstract (#66), summary, and notes available at www.iep.water.ca.gov/calfed/sciconf/2000/publications/.  Kuivila, K.M. 1999. Studies Relating Pesticide Concentrations to Potential Effects on Aquatic Organisms in the San Francisco Bay-Estuary, California. U.S.G.S. Toxic Substances Hydrology Program—Proceedings of the Technical Meeting, Charleston, S.C., March 8-12, 1999 v.2.

[50]     Moon, G. E, K. M. Kuivila, and J. L. Orlando. 2000. Exposure of Delta Smelt to Dissolved Pesticides During Larval and Juvenile Stages in 1998 and 1999. Abstract #183 presented at CALFED Bay-Delta Program Science Conference, Oct. 3-5, 2000, Sacramento, CA. Summary and notes available at www.iep.water.ca.gov/calfed/sciconf/2000/publications/.

[51]     USGS San Francisco Bay Toxics Project, Exposure of Delta Smelt to Pesticides in 1998 and 1999, available at <http://ca.water.usgs.gov/toxics/data/dlta_smelt/index.htm>.

[52]     Id.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 16
January 9, 2007

complex mixture of pesticides for extended periods during their larval and juvenile stages. The median number of pesticides detected per sample was 4. Metolachlor, molinate, simazine and thiobencarb were frequently detected. The study found that the highest concentrations of delta smelt co-occurred with the highest concentrations of dissolved pesticides both in the Delta and in the confluence. Exhibit B indicates overlap of critical habitat and pesticide use in eastern Solano, eastern Contra Costa and extreme northeastern Alameda counties.

## TIDAL MARSHLAND AND ESTUARINE SPECIES

### 3.     California Clapper Rail (*Rallus longirostris obsoletus*)

*Bay Area Occurrence*: Marin, Sonoma, Napa, Solano, Contra Costa, Alameda, Santa Clara and San Mateo Counties; extirpated from San Francisco County
*State Status*: Endangered, 1971; Fully Protected
*Federal Status*: Endangered, 1970
*Pesticides Requiring Consultation*: acephate, aldicarb, azinphos-methyl, chlorpyrifos, endosulfan, naled, permethrin, and S-fenvalerate.

The California clapper rail is a coot-sized bird that inhabits cordgrass marshes only around San Francisco Bay. The clapper rail eats invertebrates such as mollusks and crustaceans. The number of clapper rails has plummeted because of loss and degradation of its tidal marsh habitat, including introduction of non-native cordgrass, and predation by non-native red foxes. The population estimate as of 1992 was only 800-1,000 clapper rails. The USFWS considers the clapper rail vulnerable to contaminants from urban runoff that can affect its food sources.[53] Over 130 pesticides are used in proximity to California clapper rail habitat in the Bay Area.[54]  CDPR identified the following pesticides as used within one mile of California clapper rail habitat: acephate, aldicarb, azinphos-methyl, chlorpyrifos, endosulfan, naled, permethrin, and S-fenvalerate. Exhibit C shows overlap of observation and pesticide use in western Contra Costa County.  Use of pesticides upstream of observations is seen in Sonoma, Napa, Solano, San Mateo, Santa Clara, Alameda and Contra Costa Counties.

### 4.     Salt Marsh Harvest Mouse (*Reithrodontomys raviventris*)

*Bay Area Occurrence*: Marin, Sonoma, Napa, Solano, Contra Costa, Alameda, Santa Clara and San Mateo Counties
*State Status*: Endangered, 1971
*Federal Status*: Endangered, 1970
*Pesticides Requiring Consultation*: acephate, chlorpyrifos, endosulfan, permethrin, brodifacoum, bromadiolone, bromethalin, chlorophacinone, cholecalciferol, diphacinone, warfarin, and zinc phosphide.

---

[53]     USFWS 1984, Op. Cit.
[54]     CDPR 1997, Op. cit.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 17
January 9, 2007

The salt marsh harvest mouse is a small, mostly nocturnal rodent that lives in tidal and diked salt marshes, only around the San Francisco Bay and its tributaries. Harvest mice have declined primarily because thousands of acres of wetlands habitat in the San Francisco Bay have been filled, degraded, or converted for agricultural use. Flood control and mosquito abatement activities as well as introduced predators and competitors are also threats.

Pesticides that enter marsh habitats are also a threat to remaining harvest mouse populations.[55] Over 110 pesticides are used in proximity to salt marsh harvest mouse habitat in the Bay Area, including carbaryl, chlorothalonil, chlorpyrifos, 2,4-D, diazinon, and permethrin.[56] The FWS has concluded that use of eight rodenticides (brodifacoum, bromadiolone, bromethalin, chlorophacinone, cholecalciferol, diphacinone, warfarin, and zinc phosphide) in harvest mouse habitat could jeopardize the continued existence of the species,[57] but reported use of these rodenticides in the Bay Area counties where the harvest mouse occurs was minimal in 2003.[58]

The 1993 Biological Opinion on the Effects of 16 Vertebrate Control Agents on Threatened and Endangered Species (1993 BO) found that brodifacoum, bromadiolone, bromethalin, chlorophacinone, diphacinone, pival, vitaminD3, warfarin, and zinc phosphide jeopardized the harvest mouse. The 1993 BO assigned RPAs for all of these control agents. A 1996 letter (FWS 1996 letter) from FWS to EPA approved of two EPA Bulletins for grain bait and pelletized rodenticides and burrow fumigants for species covered in the 1993 biological opinion. The FWS 1996 letter identified that measures set out in the county bulletins could be substituted for the RPAs and RPMs for the salt marsh harvest mouse set out in the 1993 BO. The 1999 FWS memo identified acephate, chlorpyrifos, endosulfan, and permethrin as pesticides used within one mile of the mouse's habitat. Exhibit D shows overlap of observations and pesticide use in western Contra Costa and Napa Counties. Use of pesticides upstream of observations is seen in Sonoma, Napa, Alameda and Contra Costa Counties.

## FRESHWATER AND WETLANDS SPECIES

### 5.    California Tiger Salamander (*Ambystoma californiense*)

*Bay Area Occurrence*: Sonoma, Solano, Contra Costa, Alameda and Santa Clara Counties; eliminated from San Mateo and Napa Counties
*State Status*: Species of Special Concern
*Federal Status*: Threatened, 2004; Endangered in Sonoma County
*Pesticides Requiring Consultation*: acephate, azinphos-methyl, chlorpyrifos, endosulfan, fenamiphos, malathion, maneb, mancozeb, metam sodium, methyl bromide, oryzalin, phosmet, aluminum phosphide, carbon monoxide, chlorophacinone, diphacinone, strychnine, methoprene, petroleum oil, copper sulfate.

---

[55]    U. S. Fish and Wildlife Service. 1984. Salt Marsh Harvest Mouse and California Clapper Rail Recovery Plan.
[56]    California Department of Pesticide Regulation. 1997. Pesticides by Species (Volume II): An Index to Pesticides that are used in Proximity to Federally Listed, Proposed and Candidate Species in California by Active Ingredient.
[57]    U. S. Fish and Wildlife Service. 1993. Effects of 16 Vertebrate Control Agents on Threatened and Endangered Species. Biological Opinion issued in March, 1993.
[58]    California Department of Pesticide Regulation. 2003. 2003 Annual Pesticide Use Report Indexed by Chemical.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 18
January 9, 2007

The California tiger salamander is a colorful amphibian that breeds in seasonal ponds or vernal pools and is particularly susceptible to environmental contaminants. The FWS considers exposure to toxic agricultural chemical contaminants and landscaping chemicals to be a potentially serious threat to the species, cautioning that even if toxic or detectable amounts of pesticides are not found in the breeding ponds or groundwater, "salamanders may still be directly affected, particularly when chemicals are applied during the migration and dispersal seasons."[59]

The FWS highlighted use of acephate, azinphos-methyl, chlorpyrifos, endosulfan, fenamiphos, malathion, maneb, metam sodium and methyl bromide, as pesticides thought to be particularly harmful to tiger salamanders. Salamanders can readily absorb the chemical chlorpyrifos through their permeable skins, especially when migrating through recently treated fields. Use of azinphos-methyl in the vicinity of tiger salamander habitat could affect salamander recruitment and survival directly or indirectly affect their food supply. The FWS cited studies reporting severe toxicity to amphibians from exposure to endosulfan, including extensive paralysis, delayed metamorphosis and high death rates, noting that "endosulfan is extremely toxic at low concentrations to amphibians." Use of over 1.3 million pounds of metam sodium, 1.1 million pounds of methyl bromide, 250,000 pounds of chlorpyrifos, 33,000 pounds each of acephate and maneb, 25,000 pounds of malathion, 20,000 pounds of azinphos-methyl and 9,800 pounds of endosulfan was reported from 1999-2003 for the 5 Bay Area counties where the tiger salamander occurs.[60]

FWS also noted that poisons (i.e. rodenticides) typically used on ground squirrels are likely to have a disproportionately adverse effect on California tiger salamanders, which are smaller than the target species and have permeable skins.[61]  Furthermore, use of pesticides, such as methoprene, in mosquito abatement may have an indirect adverse effect on the California tiger salamander by reducing the availability of prey.[62]  In the South Sacramento Draft Habitat Conservation Plan, FWS noted that toxicants, even at sub-lethal levels may still cause adverse effects such as developmental abnormalities in larvae and behavioral abnormalities in adults, which can be deleterious to the exposed individuals.[63]  The Draft HCP went on to note that sources of chemical pollution, which may adversely affect the salamander include pesticides used in agricultural, landscaping, roadside maintenance, and rodent and vector control activities, as well as stormwater from residential and urban lawn care.  In regards to rodent control, FWS noted that the salamander spends the majority of its life aestivating underground in burrows and that widespread burrowing mammal control likely poses a significant threat to the salamander. Besides the possible direct adverse affects associated with rodenticides and fumigants, California

---

[59]      U. S. Fish and Wildlife Service. 2000. Final Rule to List the Santa Barbara County Distinct Population Segment of the California Tiger Salamander as Endangered. 65 FR 57242, 57259, September 21, 2000.  U. S. Fish and Wildlife Service. 2003. Final Rule to List the Sonoma County Distinct Population Segment of the California Tiger Salamander as Endangered. 68 FR 13497-13520, March 19, 2003.

[60]      CDPR 2003, Op. cit.; SFEP 2005, Op. cit.

[61]      See FWS California Tiger Salamander Species Account at <http://www.fws.gov/sacramento/es/animal_spp_acct/california_tiger_salamander.htm>.

[62]      *Id; See also* South Sacramento Draft Habitat Conservation Plan, Appendix A: Species Analysis California Tiger Salamander at A-20–A-21.

[63]      South Sacramento Draft HCP at A-19–A21.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 19
January 9, 2007

ground squirrel and pocket gopher control operations may also indirectly affect the salamander by reducing the number of upland burrows available to them.

FWS has designated critical habitat for the salamander.[64]  FWS did not consult on the impacts of pesticides on the salamander after critical habitat was designated.  FWS cited pesticide application as a threat for the following East Bay Units: Unit 11 (Braen Canyon Unit, Santa Clara County, 6,991 acres -- Southern Santa Clara County generally west of Gilroy, south of Kelly Lake, east of Pacheco Lake, and north of Jamison Road); Unit 12 (San Felipe Unit, Santa Clara and San Benito Counties, 6,642 acres -- Generally west of Camadero, south of Kickham Peak, east of San Joaquin Peak, and north of Dunneville); Unit 13 (Los Banos Unit, Merced County, 2,409 acres -- East of Los Banos Reservoir, north of Bullard Mountain, west of Cathedral Peak, and south of San Luis Reservoir State Recreation Area); Unit 14 (Landgon Unit, Merced County, 2,212 acres -- West of Sweeney Hill, south of Gasten Bide Road, and north of Ortigalita Peak); Units 15A and 15B (Ana Creek Unit, San Benito County, 3,165 acres (15A 2,722 acres and 15B 194 acres) -- West of Hollister, north of Tres Pinos, east of Cibo Peak, and south of Coyote Peak); Unit 16 (Bitterwater Unit, San Benito County, 16,952 acres -- South of Pinnacles, east of Hernandez Reservoir, north of Lonoak, and west of Murphy Flat); Unit 17 (Gloria Valley Unit, Monterey and San Benito Counties, 3,881 acres – North of Soledad, east of the Pinnacles National Monument, south of Tres Pinos, and west of Gonzales).[65]  It identified pesticide application as a threat for the following Central Coast Units: Unit 3 (Haystack Hill Unit, Monterey County, 3,665 acres -- North of Soledad, east of Paloma Ridge, west of Jamesberg, and south of Carmel Valley); and Unit 6 (Choice Valley, Kern and San Luis Obispo counties, 9,233 acres – North of the Carrisa Highway, east of Antelope Valley, south of Cottonwood, and west of Shandon).[66]  Exhibit E also shows an overlap of pesticide use and observations in Sonoma county (Sonoma DPS) and overlap of pesticide use and observations in eastern Contra Costa, central and eastern Alameda and Santa Clara counties (Central DPS).

## 6.    San Francisco Garter Snake (*Thamnophis sirtalis tetrataenia*)

*Bay Area Occurrence*: San Mateo County
*State Status*: Endangered, 1971; Fully Protected
*Federal Status*: Endangered, 1967
*Pesticides Requiring Consultation*: acephate, azinphos-methyl, bendiocarb, carbofuran, chlorpyrifos, endosulfan, naled, permethrin and trifluralin
*Pesticides Requiring Reinitiation of Consultation*: aluminum phosphide, magnesium phosphide, potassium nitrate and sodium nitrate.

The most beautiful serpent in North America, the San Francisco garter snake has a broad greenish-yellow stripe on its back, bordered by black and red stripes on each side and a distinctive greenish-blue or turquoise-blue belly. Adults can grow to a length of two to three feet.

---

[64]      70 Fed. Reg. 49380-49458 (Aug. 23, 2005).
[65]      See FWS California Tiger Salamander Critical Habitat webpage,
<http://www.fws.gov/sacramento/es/maps/CTS_central_pop_final_crithab_maps/central_CTS_fCH_units.htm>.
[66]      *Id.*

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 20
January 9, 2007

All known populations of this snake occur in San Mateo County near freshwater marshes, ponds, and slow-moving streams along the coast.

The San Francisco garter snake may be threatened by pesticide use on private lands where it still occurs. The FWS has noted that pesticides are a threat to other aquatic garter snakes in California.[67] Pesticides used in proximity to San Francisco garter snake habitat in the Bay Area include carbaryl, carbofuran, chlorothalonil, chlorpyrifos, diazinon, dinocap and permethrin.[68] Use of over 52,000 pounds of these pesticides was reported for San Mateo County from 1999-2003.[69]

The 1999 FWS memo identified acephate, azinphos-methyl, bendiocarb, carbofuran, chlorpyrifos, endosulfan, naled, permethrin and trifluralin as pesticides used within one mile of the San Francisco garter snake's habitat. The 1993 BO made jeopardy determinations for aluminum phosphide, magnesium phosphide, potassium nitrate and sodium nitrate. These are all rodenticides. RPAs were identified to avoid jeopardy and included prohibition of use during hibernation period and a monitoring enforcement program. Intended use on burrows could result in exposure to garter snakes during hibernation. The FWS 1996 letter to EPA approved of two EPA Bulletins for grain bait and pelletized rodenticides and burrow fumigants for species covered in the 1993 biological opinion. The FWS 1996 letter identified that measures set out in the county bulletins could be substituted for the RPAs and RPMs for the San Francisco garter snake set out in the 1993 BO. Exhibit F shows overlap of observations and pesticide use in San Mateo County.

### 7.    California Freshwater Shrimp (*Syncaris pacifica*)

*Bay Area Occurrence*: Marin, Sonoma and Napa Counties
*State Status*: Endangered, 1980
*Federal Status*: Endangered, 1988
*Pesticides Requiring Consultation*: acephate, chlorpyrifos.

California freshwater shrimp are found only in low elevation perennial streams or intermittent streams with perennial pools in the northern San Francisco Bay Area. Freshwater shrimp require low gradient streams with diverse habitat structure including undercut banks, exposed roots, woody debris and overhanging vegetation. Among other factors, shrimp populations and habitat are threatened by inadvertent introduction of herbicides and pesticides into creek water through aerial drift, spills, and runoff.[70] Freshwater shrimp may also be sensitive to pesticides commonly used in vineyards. Over 85 pesticides are used in proximity to California freshwater shrimp habitat in the Bay Area, including chlorpyrifos, diazinon and diuron.[71]

---

[67]    USFWS 1993, Op. cit.

[68]    California Department of Pesticide Regulation. 1997. Species by Pesticide (Volume I): An Index to Pesticides That Are Used in Proximity to Federally Listed, Proposed and Candidate Species in California by Active Ingredient.

[69]    CDPR 2003, Op. cit.

[70]    U. S. Fish and Wildlife Service. 1998. Recovery Plan for the California Freshwater Shrimp (*Syncaris pacifica* Holmes 1895).

[71]    CDPR 1997, Op. cit.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 21
January 9, 2007

While a June 14, 1989 Biological Opinion on the National Pesticide Consultation (1989 BO) reviewed the impact of pesticides on the California freshwater shrimp and found that none of the reviewed pesticides were likely to affect the shrimp, the 1999 FWS memo noted that acephate and chlorpyrifos are used within one mile of its habitat.  Exhibit G shows an overlap of observations and pesticide use in Sonoma County and pesticide use upstream of observations in Napa County.

## TERRESTRIAL SPECIES

### 8.    San Joaquin Kit Fox (*Vulpes macrotis mutica*)

*Bay Area Occurrence*: Contra Costa, Alameda and Santa Clara Counties
*State Status*: Threatened, 1971
*Federal Status*: Endangered, 1967
*Pesticides Requiring Consultation*: brodifacoum, chlorophacinone, bromadiolone, strychnine, aluminum and magnesium phosphide, diphacinone, pival, potassium nitrate, sodium nitrate, acephate, aldicarb, azinphos-methyl, bendiocarb, carbofuran, chlorpyrifos, endosulfan, S-fenvalerate, naled, parathion, permethrin, phorate, and trifluralin.

The San Joaquin kit fox is the smallest member of the dog family in North America, with an average weight of about 5 pounds. San Joaquin kit foxes inhabit grasslands in the San Joaquin Valley and eastern Bay Area Counties. In the eastern Bay Area, kit foxes mostly prey on California ground squirrels. Kit foxes either dig their own dens or use dens constructed by other animals.  The primary threat to kit foxes is the loss and degradation of suitable habitat due to agricultural, industrial, and urban developments.

Hundreds of San Joaquin kit foxes were destroyed in the past by strychnine poisoned bait used for coyote control. The federal government began controlling use of rodenticides in 1972 and prohibited above-ground application of strychnine within the range of the kit fox in 1988. However, use of 28 pounds of strychnine was reported in 2003 for pest control in the East Bay counties where the kit fox occurs.[72] Intensive agricultural use in the Central Valley still exposes kit foxes to a wide array of pesticides and rodenticides.

More than 22,000 pounds of aluminum phosphide was reported used from 1999-2003 in the East Bay counties where the kit fox occurs.[73] At least 27 San Joaquin kit foxes were killed from poisoning recently in the Central Valley and two were poisoned in 1992 in the East Bay, primarily by the rodenticides brodifacoum, chlorophacinone, and bromadiolone.[74] Brodifacoum is a deadly rodenticide widely available to the public as an active ingredient in rat and mouse baits such as Talon, Havoc, and D-Con.

---

[72]    CDPR 2003. Op. cit.
[73]    CDPR 2003, Op. cit.
[74]    U. S. Environmental Protection Agency. 2004. Potential Risks of Nine Rodenticides to Birds and Nontarget Mammals: A Comparative Approach. Office of Pesticides Programs Environmental Fate and Effects Division, July 2004.
       U. S. Fish and Wildlife Service. 1998. Recovery Plan for Upland Species of the San Joaquin Valley, California.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 22
January 9, 2007

Pesticides and rodenticides may indirectly affect the survival of kit foxes by reducing the abundances of their staple prey species.[75] For example, California ground squirrels, the staple prey of kit foxes in the northern portion of their range, were eliminated from Contra Costa County in 1975 by extensive rodent eradication programs. This severely reduced kit fox abundance through secondary poisoning and elimination of prey.[76]

In the 1999 FWS memo, FWS noted that 13 of the 15 pesticides assessed (acephate, aldicarb, azinphos-methyl, bendiocarb, carbofuran, chlorpyrifos, endosulfan, S-fenvalerate, naled, parathion, permethrin, phorate, and trifluralin) are all used within one mile of San Joaquin kit fox habitat. The kit fox is likely to come into contact with the chemicals considered in the 1999 review via runoff or from aerial drift as well as through direct contact with sprays and treated soils, or through the consumption of contaminated prey. FWS also noted that pest control practices affect kit foxes directly, secondarily and indirectly by reducing prey populations.

The FWS determined in the 1993 BO that use of some burrow fumigants (aluminum and magnesium phosphide), anticoagulant rodenticides (chlorophacinone, diphacinone, and pival), and gas cartridges (potassium nitrate and sodium nitrate) in kit fox habitat could jeopardize the species.[77] The 1993 BO made no jeopardy determinations for brodifacoum, bromadioline, zinc phosphide, provided RPMs were followed. The FWS 1996 letter to EPA approved of two EPA Bulletins for grain bait and pelletized rodenticides and burrow fumigants for species covered in the 1993 biological opinion. The FWS 1996 letter identified that measures set out in the county bulletins could be substituted for the RPAs and RPMs for the San Joaquin kit fox set out in the 1993 BO. Exhibit H shows an overlap of kit fox range and pesticide use in eastern Contra Costa, northeastern Alameda, and Santa Clara counties.

### 9.    Alameda Whipsnake (*Masticophis lateralis euryxanthus*)

*Bay Area Occurrence*: Contra Costa, Alameda and Santa Clara Counties
*State Status*: Threatened, 1971
*Federal Status*: Threatened, 1997
*Pesticides Requiring Consultation*: 2,4-D, chlorophacinone, diphacinone, lindane, aluminum phosphide, magnesium phosphide, potassium nitrate, sodium nitrate, brodifacoum, bromadiolone, bromethalin, difenacoum, difethialone, pival, vitamin D3, warfarin, zinc phosphide and acrolein.

The Alameda whipsnake is a slender snake with black dorsal coloring and distinctive yellow-orange racing stripes down each side. Adult whipsnakes grow from three to four feet in

---

[75]    Hegdal, P. L., K. A. Fagerston, T. A. Gatz, J. F. Glahn, and G. H. Matshchke. 1986. Hazards to Wildlife Associated with 1080 Baiting for California Ground Squirrels. *Wildlife Society Bulletin* 14:11-21. Schitoskey, F., Jr. 1975. Primary and Secondary Hazards of Three Rodenticides to Kit Fox. *Journal of Wildlife Management* 39:416-418. Wallace, L. T. 1976. Current Evaluation of the Use of Sodium Monofluoroacetate (Compound 1080) for Ground Squirrel Control in Areas Inhabited by the San Joaquin Kit Fox. Unpublished memo to California County Agricultural Commissioners.

[76]    Orloff, S., L. Spiegel, and F. Hall. 1986. Distribution and habitat requirements of the San Joaquin kit fox in the northern extreme of its range. Western Section Wildlife Society (CAL-NEV) Conference Transactions 22:60–70.

[77]    USFWS 1993. Op. cit.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 23
January 9, 2007

length. Whipsnakes are extremely fast moving and hold their heads high off the ground in a
cobra-like manner while hunting for potential prey, which includes lizards, small mammals,
snakes, and nesting birds. Alameda whipsnakes occupy disappearing northern coastal scrub and
chaparral habitats broken by grassland and rocky hillsides, primarily in Contra Costa and
Alameda Counties. Whipsnake habitat has been severely reduced and fragmented by urban
sprawl, road construction, livestock grazing, and fire suppression.

The FWS is concerned about exposure to rodenticides, herbicides and pesticides
adversely affecting the Alameda whipsnake directly or indirectly through prey reduction or
habitat alteration.[78]

CDPR identifies the following pesticides as used in Alameda whipsnake habitat: 2,4-D.
chlorophacinone, diphacinone, and lindane. The 1996 letter from FWS to EPA approved of two
EPA Bulletins for grain bait and pelletized rodenticides and burrow fumigants for species
covered in the 1993 BO, but noted that reinitiation was necessary for several species covered in
the bulletins but not subject to the 1993 consultation, including the Alameda whipsnake.  EPA
has not consulted on the use of pesticides, including rodenticides and burrow fumigants on the
Alameda whipsnake.  Exhibit I shows overlap of observations and/or critical habitat and
pesticide use in Alameda County.

### 10.    Valley Elderberry Longhorn Beetle (*Desmocerus californicus dimorphus*)

*Bay Area Occurrence*: Napa County
*State Status*: None
*Federal Status*: Threatened, 1980
*Pesticides Requiring Consultation*: acephate, bendiocarb, chlorpyrifos, fenthion, naled,
permethrin, S-fenvalerate, aldicarb, azinphos-methyl, carbofuran, endosulfan, parathion and
phorate.

The valley elderberry longhorn beetle is a colorful cylindrical beetle less than an inch
long, associated with riparian elderberry trees during its entire life cycle. Riparian fragmentation
and destruction due to urbanization, agricultural conversion, and waterway maintenance are the
primary threats to this insect. Insecticide and herbicide use in agricultural areas and along
roadsides may be factors limiting the beetle's distribution. The FWS cautions that pesticides or
herbicides should not be sprayed within 100 feet of elderberry beetle habitat.[79]

The 1999 FWS memo determined that acephate, bendiocarb, chlorpyrifos, fenthion,
naled, permethrin, and S-fenvalerate jeopardize the longhorn beetle and that the registered uses
of acephate, bendiocarb, fenthion, naled and permethrin for mosquito or gypsy moth control are
likely to adversely modify designated critical habitat by contaminating elderberry plant surfaces

---

[78]    U. S. Fish and Wildlife Service. 1997. Determination of Endangered Status for the Callippe Silverspot Butterfly and the
Behren's Silverspot Butterfly and Threatened Status for the Alameda Whipsnake. 62 FR 64306, December 5, 1997. U. S. Fish and
Wildlife Service. 2002. Draft Recovery Plan for Chaparral and Scrub Community Species East of San Francisco Bay, California.
[79]    U. S. Fish and Wildlife Service. 1999. Conservation Guidelines for the Valley Elderberry Longhorn Beetle.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 24
January 9, 2007

or tissues on which the beetle lives and feeds. FWS also found that while not likely to cause jeopardy, aldicarb, azinphos-methyl, carbofuran, endosulfan, parathion and phorate may adversely affect the species. However, FWS based its proposed no-jeopardy determinations on the implementation of RPMs. The 1999 FWS memo noted that critical habitat for the valley elderberry longhorn beetle may be adversely modified by acephate, bendiocarb, fenthion, naled and permethrin (for mosquito or gypsy moth control). Exhibit J shows an overlap of observations and pesticide use in northern Solano County.

## 11.    Bay Checkerspot Butterfly (*Euphydryas editha bayensis*)

*Bay Area Occurrence*: Santa Clara and San Mateo Counties; extirpated from Contra Costa, Alameda, and San Francisco Counties
*State Status*: None
*Federal Status*: Threatened, 1987
*Pesticides Requiring Consultation*: acephate, azinphos-methyl, bendiocarb, chlorpyrifos, fenthion, naled, permethrin, S-fenvalerate, endosulfan, parathion, phorate.

The bay checkerspot butterfly depends upon several different host plants during its life cycle: eggs are laid on a native plantain, which the larvae feed upon; if this food is not sufficient for development the larvae may move onto owl's clover; the larvae then generally enter dormancy until the following winter, then emerge to feed again, pupating in late winter; finally the adults emerge shortly thereafter.

Populations of bay checkerspots historically occurred in numerous areas around the San Francisco Bay including the San Francisco peninsula, the mountains near San Jose, the Oakland hills, and several spots in Alameda County. Most of these have been eliminated due to explosive urban development, and populations now remain only in San Mateo and Santa Clara counties.

Pesticides have contributed to reduced numbers of bay checkerspots, and application or drift of pesticides may also affect their critical habitat.[80] Precautions may be needed for pesticide use on California oakworm or other pests near bay checkerspot localities.[81] Over 60 pesticides are used in proximity to bay checkerspot butterfly habitat in the Bay Area, including chlorothalonil, chlorpyrifos and diazinon.[82]

The 1989 BO did not review the impact of pesticides on the bay checkerspot butterfly. However, in the 1999 FWS memo, FWS identified acephate, azinphos-methyl, bendiocarb, chlorpyrifos, fenthion, naled, permethrin and S-fenvalerate as pesticides which jeopardize the butterfly. The memo also found that endosulfan, parathion, and phorate were likely to cause mortality or harm to bay checkerspot adults, eggs, larvae, and in the case of trifluralin harm to annual host and nectar plants. However, FWS based its proposed no-jeopardy determinations on

---

[80]    U. S. Fish and Wildlife Service. 1998. Recovery Plan for Serpentine Soil Species of the San Francisco Bay Area. U. S. Fish and Wildlife Service. 2001. Final Determination of Critical Habitat for the Bay Checkerspot Butterfly (*Euphydryas editha bayensis*). 66 Fed. Reg. 21450, April 30, 2001.
[81]    USFWS 2001, Op. cit.
[82]    CDPR 1997, Op. cit.

Administrator Johnson and Secretary Kempthorne
60-Day Notice of Intent to Sue
Page 25
January 9, 2007

the implementation of RPMs. The 1999 FWS memo noted that there was no critical habitat for the species – since critical habitat was designated for the bay checkerspot butterfly in 2001, use of these pesticides may adversely affect critical habitat.  Exhibit K shows overlap of observations, pesticide use and critical habitat in central Santa Clara County.

## CONCLUSION

The health of the Bay and the habitats identified above are at risk due to extensive agricultural and urban pesticide use.  These pesticide uses continue to jeopardize threatened and endangered species including those identified above. As identified in the attached exhibits and discussed above, these pesticides are being used in or near habitat occupied by the identified listed species. EPA's failure to comply with even the basic requirements of the ESA regarding these pesticides' uses and registrations is unacceptable and a clear violation of the ESA. If you wish to avoid litigation over these issues, please contact us within sixty days.


Sincerely,


Brian Litmans
Public Interest Environmental
Attorney at Law