# EXHIBIT A



**Pesticide Applications Detrimental to the Tidewater Goby in the Nine Bay Area Counties**

- Pesticide Application Areas
- Observations
- Critical Habitat

Sources:
- California Department of Pesticide Regulation, 2004 Pesticide Use Report Database.
- California Natural Diversity Database.

| Location | Apps | Lbs | Chemical | cnddb | upstream CNDDB |
|----------|------|-----|----------|-------|----------------|
| M8S5W21 | 4 | 0 | diazinon | y | |
| M8S5W24 | 1 | 2 | diazinon | | y |
| M8S5W8 | 1 | 8 | diazinon | y | |
| M8S5W9 | 1 | 1 | diazinon | | y |

# EXHIBIT B



Pesticide Applications Detrimental
to the Delta Smelt
in the Nine Bay Area Counties

Pesticide Application Areas

Observations

Critical Habitat

Sources:
- California Department of Pesticide Regulation,
  2004 Pesticide Use Report Database.
- California Natural Diversity Database.

**Table 1**

| Location | Apps | Lbs | Chemical | fch | cnddb | Upstream FCH | upstream CNDDB |
|---|---|---|---|---|---|---|---|
| M1N2E11 | 1 | 1 | diazinon | y | | | |
| M1N2E24 | 2 | 8 | diazinon | y | | | |
| M1N2E25 | 7 | 42 | carbaryl | y | | | |
| M1N2E25 | 2 | 56 | chlorpyrifos | y | | | |
| M1N2E25 | 1 | 5 | diazinon | y | | | |
| M1N2E25 | 1 | 37 | simazine | y | | | |
| M1N2E26 | 1 | 32 | chlorpyrifos | y | | | |
| M1N2E32 | 1 | 4 | chlorpyrifos | | | y | y |
| M1N2E32 | 1 | 120 | diazinon | | | y | y |
| M1N2E36 | 1 | 390 | chlorpyrifos | y | | | |
| M1N3E11 | 1 | 87 | chlorpyrifos | y | | | |
| M1N3E13 | 4 | 299 | chlorpyrifos | y | | | |
| M1N3E13 | 2 | 229 | metolachlor | y | | | |
| M1N3E15 | 1 | 11 | simazine | y | | | |
| M1N3E16 | 1 | 70 | metolachlor | y | | | |
| M1N3E18 | 1 | 15 | chlorpyrifos | y | | | |
| M1N3E19 | 2 | 68 | chlorpyrifos | y | | | |
| M1N3E2 | 2 | 336 | atrazine | y | | | |
| M1N3E21 | 1 | 22 | chlorpyrifos | y | | | |
| M1N3E21 | 1 | 60 | simazine | y | | | |
| M1N3E21 | 2 | 180 | trifluralin | y | | | |
| M1N3E25 | 2 | 78 | chlorpyrifos | y | | | |
| M1N3E26 | 1 | 22 | chlorpyrifos | y | | | |
| M1N3E26 | 1 | 90 | trifluralin | y | | | |
| M1N3E27 | 1 | 25 | chlorpyrifos | y | | | |
| M1N3E28 | 2 | 29 | chlorpyrifos | y | | | |
| M1N3E29 | 1 | 60 | diazinon | y | | | |
| M1N3E30 | 2 | 14 | chlorpyrifos | y | | | |
| M1N3E30 | 3 | 73 | diazinon | y | | | |
| M1N3E30 | 3 | 160 | simazine | y | | | |
| M1N3E31 | 2 | 2 | carbaryl | y | | | |
| M1N3E31 | 1 | 30 | chlorpyrifos | y | | | |
| M1N3E31 | 3 | 57 | simazine | y | | | |
| M1N3E32 | 1 | 14 | simazine | y | | | |
| M1N3E33 | 2 | 21 | diazinon | y | | | |
| M1N3E33 | 3 | 47 | simazine | y | | | |
| M1N3E36 | 1 | 8 | simazine | y | | | |
| M1N3E5 | 1 | 2 | carbaryl | y | | | |
| M1N3E5 | 1 | 10 | simazine | y | | | |
| M1N4E18 | 5 | 274 | chlorpyrifos | y | | | |
| M1N4E19 | 1 | 136 | chlorpyrifos | y | | | |
| M1N4E30 | 4 | 236 | chlorpyrifos | y | | | |
| M1N4E30 | 1 | 129 | malathion | y | | | |

**Table 2**

| Location | Apps | Lbs | Chemical | fch | cnddb | Upstream FCH | upstream CNDDB |
|---|---|---|---|---|---|---|---|
| M5N2E36 | 5 | 260 | trifluralin | y | | | |
| M5N2W16 | 2 | 73 | simazine | | | y | y |
| M5N2W17 | 3 | 40 | diazinon | | | y | y |
| M5N2W17 | 4 | 138 | simazine | | | y | y |
| M5N2W18 | 4 | 395 | simazine | | | y | y |
| M5N2W19 | 1 | 20 | simazine | | | y | y |
| M5N2W20 | 2 | 22 | diazinon | | | y | y |
| M5N2W20 | 1 | 19 | simazine | | | y | y |
| M5N2W21 | 1 | 68 | simazine | | | y | y |
| M5N2W27 | 1 | 103 | diazinon | | | y | y |
| M5N2W29 | 2 | 60 | simazine | | | y | y |
| M5N2W30 | 1 | 45 | simazine | | | y | y |
| M5N2W32 | 3 | 72 | trifluralin | | | y | y |
| M5N2W4 | 1 | 20 | chlorpyrifos | | | y | y |
| M5N2W4 | 2 | 150 | diazinon | | | y | y |
| M5N2W4 | 1 | 12 | malathion | | | y | y |
| M5N2W5 | 3 | 6 | diazinon | | | y | y |
| M5N2W5 | 1 | 33 | malathion | | | y | y |
| M5N2W6 | 3 | 86 | diazinon | | | y | y |
| M5N2W6 | 2 | 28 | simazine | | | y | y |
| M5N2W7 | 8 | 245 | simazine | | | y | y |
| M5N2W8 | 3 | 9 | malathion | | | y | y |
| M5N2W8 | 2 | 16 | simazine | | | y | y |
| M5N2W9 | 1 | 1 | malathion | | | y | y |
| M5N2W9 | 5 | 55 | simazine | | | y | y |
| M5N3E14 | 7 | 79 | trifluralin | y | | | |
| M5N3E15 | 9 | 174 | trifluralin | y | | | |
| M5N3E21 | 3 | 100 | trifluralin | y | | | |
| M5N3E22 | 2 | 46 | chlorpyrifos | y | | | |
| M5N3E22 | 5 | 102 | trifluralin | y | | | |
| M5N3E23 | 1 | 28 | chlorpyrifos | y | | | |
| M5N3E23 | 1 | 16 | diazinon | y | | | |
| M5N3E23 | 1 | 37 | malathion | y | | | |
| M5N3E23 | 1 | 28 | trifluralin | y | | | |
| M5N3E25 | 1 | 12 | malathion | y | | | |
| M5N3E26 | 1 | 10 | malathion | y | | | |
| M5N3E26 | 1 | 30 | trifluralin | y | | | |
| M5N3E27 | 1 | 88 | trifluralin | y | | | |
| M5N3E28 | 1 | 24 | chlorpyrifos | y | | | |
| M5N3E28 | 4 | 60 | trifluralin | y | | | |
| M5N3E30 | 2 | 90 | trifluralin | y | | | |
| M5N3E31 | 8 | 212 | trifluralin | y | | | |
| M5N3E32 | 4 | 197 | carbaryl | y | | | |

**Table 3**

| Location | Apps | Lbs | Chemical | fch | cnddb | Upstream FCH | upstream CNDDB |
|---|---|---|---|---|---|---|---|
| M7N1E32 | 1 | 28 | carbaryl | | | y | y |
| M7N1E32 | 4 | 249 | chlorpyrifos | | | y | y |
| M7N1E32 | 10 | 249 | trifluralin | | | y | y |
| M7N1E33 | 5 | 117 | trifluralin | | | y | y |
| M7N1E4 | 1 | 12 | chlorpyrifos | | | y | y |
| M7N1E5 | 1 | 44 | chlorpyrifos | | | y | y |
| M7N1E7 | 2 | 68 | chlorpyrifos | | | y | y |
| M7N1E7 | 4 | 63 | trifluralin | | | y | y |
| M7N1E8 | 2 | 70 | chlorpyrifos | | | y | y |
| M7N1E8 | 4 | 1341 | trifluralin | | | y | y |
| M7N1E9 | 2 | 25 | trifluralin | | | y | y |
| M7N1W1 | 1 | 43 | carbaryl | | | y | y |
| M7N1W1 | 2 | 60 | chlorpyrifos | | | y | y |
| M7N1W1 | 1 | 43 | trifluralin | | | y | y |
| M7N1W10 | 1 | 8 | trifluralin | | | y | y |
| M7N1W12 | 1 | 39 | chlorpyrifos | | | y | y |
| M7N1W12 | 1 | 80 | trifluralin | | | y | y |
| M7N1W13 | 2 | 90 | chlorpyrifos | | | y | y |
| M7N1W2 | 8 | 27 | chlorpyrifos | | | y | y |
| M7N1W2 | 42 | 358 | diazinon | | | y | y |
| M7N1W2 | 36 | 296 | malathion | | | y | y |
| M7N1W2 | 9 | 116 | trifluralin | | | y | y |
| M7N1W4 | 12 | 400 | chlorpyrifos | | | y | y |
| M7N1W4 | 2 | 65 | diazinon | | | y | y |
| M7N1W5 | 4 | 170 | chlorpyrifos | | | y | y |
| M7N1W5 | 1 | 6 | simazine | | | y | y |
| M7N1W6 | 2 | 42 | chlorpyrifos | | | y | y |
| M7N2E10 | 1 | 94 | chlorpyrifos | | | y | y |
| M7N2E10 | 1 | 5 | trifluralin | | | y | y |
| M7N2E11 | 2 | 140 | trifluralin | | | y | y |
| M7N2E12 | 5 | 734 | trifluralin | | | y | y |
| M7N2E13 | 4 | 1084 | trifluralin | y | | | |
| M7N2E16 | 1 | 10 | carbaryl | | | y | y |
| M7N2E16 | 1 | 48 | chlorpyrifos | | | y | y |
| M7N2E16 | 1 | 16 | trifluralin | | | y | y |
| M7N2E17 | 4 | 12 | diazinon | | | y | y |
| M7N2E17 | 2 | 49 | trifluralin | | | y | y |
| M7N2E18 | 1 | 13 | trifluralin | | | y | y |
| M7N2E19 | 1 | 16 | trifluralin | | | y | y |
| M7N2E2 | 3 | 66 | trifluralin | | | y | y |
| M7N2E20 | 2 | 90 | chlorpyrifos | | | y | y |
| M7N2E20 | 2 | 50 | trifluralin | | | y | y |
| M7N2E21 | 4 | 243 | chlorpyrifos | | | y | y |

| Location | Apps | Lbs | Chemical | fch | cnddb | Upstream FCH | upstream CNDDB |
|---|---|---|---|---|---|---|---|
| M1S3E12 | 2 | 427 | carbofuran | y | | | |
| M1S3E12 | 1 | 1284 | trifluralin | y | | | |
| M1S3E25 | 1 | 13 | carbofuran | y | | | |
| M1S3E31 | 1 | 29 | simazine | | | y | y |
| M1S3E4 | 1 | 45 | chlorpyrifos | y | | | |
| M1S3E4 | 1 | 13 | diazinon | y | | | |
| M1S3E4 | 1 | 12 | simazine | y | | | |
| M1S4E30 | 2 | 200 | carbofuran | y | | | |
| M1S4E31 | 4 | 94 | carbofuran | y | | | |
| M1S4E31 | 1 | 53 | chlorpyrifos | y | | | |
| M1S4E31 | 4 | 400 | trifluralin | y | | | |
| M2N2E22 | 1 | 80 | simazine | y | | | |
| M2N2E35 | 1 | 10 | simazine | y | | | |
| M2N2E36 | 1 | 45 | simazine | y | | | |
| M2N3E19 | 1 | 8 | simazine | y | | | |
| M2N3E29 | 2 | 12 | chlorpyrifos | y | | | |
| M2N3E31 | 2 | 2 | chlorpyrifos | y | | | |
| M2N3E32 | 2 | 5 | diazinon | y | | | |
| M2N3E32 | 1 | 5 | simazine | y | | | |
| M2N3E35 | 1 | 10 | simazine | y | | | |
| M2N3E6 | 1 | 24 | simazine | y | | | |
| M2S4E6 | 3 | 464 | trifluralin | y | | | |
| M2S4E7 | 1 | 25 | chlorpyrifos | y | | | |
| M2S4E7 | 1 | 100 | trifluralin | y | | | |
| M2S4E8 | 3 | 192 | trifluralin | y | | | |
| M4N2E1 | 3 | 82 | trifluralin | y | | | |
| M4N2W5 | 2 | 18 | trifluralin | | | y | y |
| M4N3E10 | 4 | 246 | carbaryl | y | | | |
| M4N3E10 | 1 | 43 | chlorpyrifos | y | | | |
| M4N3E11 | 4 | 24 | diazinon | y | | | |
| M4N3E16 | 1 | 6 | diazinon | y | | | |
| M4N3E3 | 1 | 47 | chlorpyrifos | y | | | |
| M4N3E4 | 9 | 145 | trifluralin | y | | | |
| M4N3E5 | 2 | 10 | carbaryl | y | | | |
| M4N3E5 | 1 | 5 | chlorpyrifos | y | | | |
| M4N3E5 | 2 | 22 | diazinon | y | | | |
| M4N3E6 | 1 | 176 | trifluralin | y | | | |
| M4N3E7 | 1 | 30 | trifluralin | y | | | |
| M4N3E8 | 6 | 390 | trifluralin | y | | | |
| M5N2E14 | 2 | 417 | trifluralin | y | | | |
| M5N2E24 | 12 | 1410 | trifluralin | y | | | |

| Location | Apps | Lbs | Chemical | fch | cnddb | Upstream FCH | upstream CNDDB |
|---|---|---|---|---|---|---|---|
| M5N3E32 | 7 | 103 | chlorpyrifos | y | | | |
| M5N3E32 | 3 | 162 | diazinon | y | | | |
| M5N3E32 | 1 | 27 | simazine | y | | | |
| M5N3E33 | 1 | 10 | chlorpyrifos | y | | | |
| M5N3E33 | 1 | 62 | malathion | y | | | |
| M5N3E34 | 11 | 233 | trifluralin | y | | | |
| M5N3E35 | 3 | 106 | trifluralin | y | | | |
| M5N3W26 | 1 | 12 | simazine | | | y | y |
| M6N1E10 | 2 | 130 | carbaryl | y | | | |
| M6N1E10 | 2 | 130 | carbaryl | | | y | y |
| M6N1E14 | 2 | 38 | trifluralin | y | | | |
| M6N1E17 | 1 | 78 | atrazine | | | y | y |
| M6N1E23 | 2 | 59 | trifluralin | y | | | |
| M6N1E25 | 2 | 57 | trifluralin | y | | | |
| M6N1E30 | 4 | 508 | trifluralin | | | y | y |
| M6N1E36 | 1 | 100 | trifluralin | y | | | |
| M6N1E6 | 1 | 160 | chlorpyrifos | | | y | y |
| M6N1W17 | 4 | 40 | chlorpyrifos | | | y | y |
| M6N1W17 | 2 | 25 | diazinon | | | y | y |
| M6N1W17 | 2 | 74 | malathion | | | y | y |
| M6N1W32 | 15 | 20 | chlorpyrifos | | | y | y |
| M6N1W32 | 20 | 106 | diazinon | | | y | y |
| M6N1W32 | 12 | 22 | malathion | | | y | y |
| M6N1W32 | 6 | 75 | trifluralin | | | y | y |
| M6N1W7 | 1 | 120 | trifluralin | | | y | y |
| M6N2E18 | 2 | 18 | trifluralin | y | | | |
| M6N2E19 | 1 | 38 | chlorpyrifos | y | | | |
| M6N2E31 | 2 | 32 | trifluralin | y | | | |
| M6N2W1 | 1 | 68 | diazinon | | | y | y |
| M6N2W12 | 3 | 32 | diazinon | | | y | y |
| M6N2W28 | 2 | 18 | simazine | | | y | y |
| M7N1E16 | 3 | 240 | chlorpyrifos | | | y | y |
| M7N1E17 | 3 | 436 | trifluralin | | | y | y |
| M7N1E19 | 2 | 24 | chlorpyrifos | | | y | y |
| M7N1E19 | 2 | 36 | trifluralin | | | y | y |
| M7N1E21 | 3 | 51 | carbaryl | | | y | y |
| M7N1E21 | 6 | 77 | trifluralin | | | y | y |
| M7N1E28 | 2 | 66 | carbaryl | | | y | y |
| M7N1E28 | 1 | 43 | chlorpyrifos | | | y | y |
| M7N1E28 | 5 | 147 | trifluralin | | | y | y |
| M7N1E29 | 1 | 27 | trifluralin | | | y | y |

| Location | Apps | Lbs | Chemical | fch | cnddb | Upstream FCH | upstream CNDDB |
|---|---|---|---|---|---|---|---|
| M7N2E21 | 2 | 38 | trifluralin | | | y | y |
| M7N2E23 | 4 | 542 | trifluralin | y | | | |
| M7N2E26 | 7 | 430 | trifluralin | y | | | |
| M7N2E29 | 1 | 38 | trifluralin | | | y | y |
| M7N2E3 | 1 | 35 | trifluralin | | | y | y |
| M7N2E30 | 2 | 12 | diazinon | | | y | y |
| M7N2E30 | 2 | 49 | trifluralin | | | y | y |
| M7N2E33 | 2 | 120 | trifluralin | | | y | y |
| M7N2E34 | 7 | 596 | trifluralin | | | y | y |
| M7N2E5 | 1 | 1 | chlorpyrifos | | | y | y |
| M7N2E5 | 1 | 3 | trifluralin | | | y | y |
| M7N2E7 | 1 | 34 | chlorpyrifos | | | y | y |
| M7N2E8 | 1 | 26 | trifluralin | | | y | y |
| M7N2W1 | 2 | 24 | chlorpyrifos | | | y | y |
| M7N2W12 | 2 | 1 | diazinon | | | y | y |
| M8N1W22 | 1 | 46 | chlorpyrifos | | | y | y |
| M8N1W22 | 1 | 58 | diazinon | | | y | y |
| M8N1W27 | 3 | 404 | chlorpyrifos | | | y | y |
| M8N1W27 | 1 | 100 | diazinon | | | y | y |
| M8N1W28 | 2 | 86 | chlorpyrifos | | | y | y |
| M8N1W32 | 2 | 105 | chlorpyrifos | | | y | y |
| M8N1W32 | 1 | 58 | diazinon | | | y | y |
| M8N1W32 | 1 | 6 | simazine | | | y | y |
| M8N1W33 | 16 | 627 | chlorpyrifos | | | y | y |
| M8N1W33 | 1 | 16 | diazinon | | | y | y |
| M8N1W33 | 2 | 34 | simazine | | | y | y |
| M8N1W33 | 1 | 65 | trifluralin | | | y | y |
| M8N1W34 | 6 | 172 | chlorpyrifos | | | y | y |
| M8N2E14 | 1 | 8 | trifluralin | | | y | y |
| M8N2E15 | 3 | 59 | trifluralin | | | y | y |
| M8N2E22 | 8 | 182 | trifluralin | | | y | y |
| M8N2E23 | 3 | 55 | trifluralin | | | y | y |
| M8N2E24 | 1 | 13 | trifluralin | | | y | y |
| M8N2E25 | 5 | 150 | trifluralin | | | y | y |
| M8N2E26 | 2 | 358 | trifluralin | | | y | y |
| M8N2E34 | 2 | 30 | carbaryl | | | y | y |
| M8N2E34 | 5 | 57 | trifluralin | | | y | y |
| M8N2E35 | 5 | 17 | malathion | | | y | y |
| M8N2E35 | 1 | 12 | trifluralin | | | y | y |

# EXHIBIT C



### Pesticide Applications Detrimental to the California Clapper Rail in the Nine Bay Area Counties

- Pesticide Application Areas
- Observations

Sources:
- California Department of Pesticide Regulation, 2004 Pesticide Use Report Database.
- California Natural Diversity Database.

| Location | Apps | Lbs | Chemical | cnddb | upstream CNDDB |
|---|---|---|---|---|---|
| M2N5W36 | 129 | 21 | acephate | y | |
| M2N5W36 | 7 | 12 | chlorpyrifos | y | |
| M2N5W36 | 36 | 0 | permethrin | y | |
| M2S3W28 | 1 | 0 | permethrin | | y |
| M4N5W1 | 5 | 91 | chlorpyrifos | | y |
| M4N5W2 | 1 | 108 | chlorpyrifos | | y |
| M4S4W33 | 12 | 1 | acephate | | y |
| M5N2W17 | 4 | 202 | azinphos-methyl | | y |
| M5N2W17 | 4 | 7 | S-fenvalerate | | y |
| M5N2W21 | 4 | 300 | azinphos-methyl | | y |
| M5N2W21 | 4 | 13 | S-fenvalerate | | y |
| M5N2W4 | 1 | 20 | chlorpyrifos | | y |
| M5N2W9 | 1 | 2 | azinphos-methyl | | y |
| M5N2W9 | 3 | 0 | S-fenvalerate | | y |
| M5N3W17 | 4 | 52 | chlorpyrifos | | y |
| M5N3W6 | 2 | 16 | chlorpyrifos | | y |
| M5N3W8 | 1 | 5 | chlorpyrifos | | y |
| M5N4W19 | 1 | 159 | chlorpyrifos | | y |
| M5N4W30 | 1 | 21 | chlorpyrifos | | y |
| M5N4W32 | 3 | 16 | chlorpyrifos | | y |
| M5N4W33 | 2 | 20 | chlorpyrifos | | y |

| Location | Apps | Lbs | Chemical | cnddb | upstream CNDDB |
|---|---|---|---|---|---|
| M5N5W17 | 1 | 1 | naled | | y |
| M5N5W34 | 5 | 146 | chlorpyrifos | | y |
| M5N5W36 | 1 | 56 | chlorpyrifos | | y |
| M5N6W13 | 1 | 80 | chlorpyrifos | | y |
| M5N6W13 | 1 | 66 | chlorpyrifos | | y |
| M5N6W36 | 1 | 4 | chlorpyrifos | | y |
| M6N4W16 | 2 | 13 | chlorpyrifos | | y |
| M6N4W30 | 1 | 2 | chlorpyrifos | | y |
| M6N4W9 | 3 | 62 | chlorpyrifos | | y |
| M6N5W2 | 2 | 56 | chlorpyrifos | | y |
| M6S2W28 | 4 | 0 | acephate | | y |
| M6S2W28 | 6 | 1 | chlorpyrifos | | y |
| M7N4W32 | 1 | 28 | chlorpyrifos | | y |
| M7N5W3 | 3 | 84 | chlorpyrifos | | y |
| M7N5W7 | 1 | 66 | chlorpyrifos | | y |
| M7N5W8 | 8 | 1 | chlorpyrifos | | y |
| M7N6W26 | 1 | 20 | chlorpyrifos | | y |
| M8N6W12 | 6 | 18 | chlorpyrifos | | y |
| M8N6W13 | 2 | 41 | chlorpyrifos | | y |
| M8N6W27 | 2 | 20 | chlorpyrifos | | y |
| M8N6W31 | 1 | 20 | chlorpyrifos | | y |
| M9N7W35 | 2 | 8 | chlorpyrifos | | y |

# EXHIBIT D



Pesticide Applications Detrimental to the Salt Marsh Harvest Mouse in the Nine Bay Area Counties

Pesticide Application Areas

Observations

Sources:
- California Department of Pesticide Regulation, 2004 Pesticide Use Report Database.
- California Natural Diversity Database.

| Location | Apps | Lbs | Chemical | cnddb | upstream CNDDB |
|----------|------|-----|----------|-------|----------------|
| M1N5W1 | 9 | 0 | acephate | | y |
| M1N5W1 | 6 | 0 | permethrin | | y |
| M2N5W36 | 129 | 21 | acephate | y | |
| M2N5W36 | 7 | 12 | chlorpyrifos | y | |
| M2N5W36 | 36 | 0 | permethrin | y | |
| M2S3W28 | 1 | 0 | permethrin | | y |
| M5N3W17 | 4 | 52 | chlorpyrifos | | y |
| M5N3W8 | 1 | 5 | chlorpyrifos | | y |
| M5N4W19 | 1 | 159 | chlorpyrifos | | y |
| M5N4W30 | 1 | 21 | chlorpyrifos | | y |
| M5N4W32 | 3 | 16 | chlorpyrifos | | y |
| M5N4W33 | 1 | 2 | aluminum phosphide | y | |
| M5N4W33 | 2 | 20 | chlorpyrifos | y | |
| M5N7W15 | 1 | 0 | acephate | | y |
| M5N7W30 | 538 | 0 | permethrin | | y |
| M5N7W31 | 20 | 118 | acephate | | y |
| M5N8W13 | 6 | 0 | acephate | | y |
| M5N8W23 | 8 | 64 | acephate | | y |
| M5N8W25 | 1 | 2 | acephate | | y |
| M5S1W1 | 2 | 0 | chlorophacinone | | y |

# EXHIBIT E



## Pesticide Applications Detrimental to the California Tiger Salamander in the Nine Bay Area Counties

- Pesticide Application Areas
- Observations
- Critical Habitat

Sources:
- California Department of Pesticide Regulation, 2004 Pesticide Use Report Database.
- California Natural Diversity Database.

# EXHIBIT F



Pesticide Applications Detrimental
to the San Francisco Garter Snake
in the Nine Bay Area Counties

■ Pesticide Application Areas

■ Observations

Sources:
- California Department of Pesticide Regulation,
  2004 Pesticide Use Report Database.
- California Natural Diversity Database.

SONOMA

NAPA

SOLANO

MARIN

Vallejo

Concord

CONTRA COSTA

Berkeley

San Francisco    Oakland

SAN FRANCISCO

Hayward

ALAMEDA

Fremont

SAN MATEO

M8SSW19
M8SSW30    M8SSW29

Sunnyvale    Santa Clara

San Jose

M8SSW9
M8SSW10
M8IS4W5
M8SSW8    M8SSW14
M8SSW17    M8SSW24

SANTA CLARA

M8SSW1

M8IS4W20

Pacific Ocean

| Location | Apps | Lbs | Chemical | cnddb | upstream CNDDB |
|---|---|---|---|---|---|
| M8SSW19 | 11 | 121 | acephate | y | |
| M8SSW29 | 9 | 9 | acephate | y | |
| M8SSW29 | 80 | 84 | acephate | y | |
| M8SSW30 | 60 | 26 | chlorpyrifos | y | |
| M8SSW10 | 42 | 57 | acephate | y | |
| M8SSW10 | 2 | 14 | aluminum phosphide | y | |
| M8SSW10 | 38 | 16 | chlorpyrifos | y | |
| M8SSW14 | 3 | 26 | azinphos-methyl | y | |
| M8SSW14 | 1 | 15 | chlorpyrifos | y | |
| M8SSW17 | 25 | 120 | azinphos-methyl | y | |
| M8SSW17 | 3 | 11 | carbofuran | y | |
| M8SSW17 | 38 | 182 | chlorpyrifos | y | |
| M8SSW17 | 1 | 14 | naled | y | |
| M8SSW24 | 3 | 0 | chlorpyrifos | y | |
| M8IS4W5 | 9 | 35 | acephate | | y |
| M8IS4W5 | 4 | 4 | chlorpyrifos | | y |
| M8SSW8 | 2 | 14 | azinphos-methyl | y | |
| M8SSW8 | 5 | 55 | chlorpyrifos | y | |
| M8SSW9 | 20 | 41 | acephate | y | |
| M8SSW9 | 13 | 15 | chlorpyrifos | y | |
| M8IS4W20 | 6 | 48 | azinphos-methyl | y | |
| M8IS4W20 | 26 | 221 | chlorpyrifos | y | |
| M8SSW1 | 849 | 0 | permethrin | y | |

# EXHIBIT G



Pesticide Applications Detrimental
to the California Freshwater Shrimp
in the Nine Bay Area Counties

Pesticide Application Areas

Observations

Sources:
- California Department of Pesticide Regulation,
  2004 Pesticide Use Report Database.
- California Natural Diversity Database.

| Location | Apps | Lbs | Chemical | fch | cnddb | upstream CNDDB |
|---|---|---|---|---|---|---|
| M6N9W4 | 8 | 154 | chlorpyrifos | | y | |
| M7N9W17 | 2 | 7 | chlorpyrifos | | y | |
| M7N9W19 | 1 | 6 | chlorpyrifos | | y | |
| M7N9W20 | 4 | 85 | chlorpyrifos | | y | |
| M7N9W33 | 1 | 8 | chlorpyrifos | | y | |
| M6N10W09 | 2 | 1 | acephate | | | y |
| M6N10W35 | 1 | 40 | chlorpyrifos | | | y |
| M9N7W35 | 2 | 8 | chlorpyrifos | | | y |

# EXHIBIT H



| Location | Apps | Lbs | Chemical | cnddb |
|---|---|---|---|---|
| M1N2E21 | 3 | 1 | permethrin | y |
| M1N2E24 | 1 | 0 | permethrin | y |
| M1N2E24 | 5 | 8 | S-fenvalerate | y |
| M1N2E25 | 1 | 51 | azinphos-methyl | y |
| M1N2E25 | 2 | 56 | chlorpyrifos | y |
| M1N2E25 | 10 | 147 | pival | y |
| M1N2E25 | 13 | 0 | S-fenvalerate | y |
| M1N2E26 | 1 | 5 | azinphos-methyl | y |
| M1N2E26 | 1 | 32 | chlorpyrifos | y |
| M1N2E26 | 6 | 78 | pival | y |
| M1N2E32 | 1 | 4 | chlorpyrifos | y |
| M1N2E32 | 1 | 0 | S-fenvalerate | y |
| M1N2E36 | 4 | 772 | azinphos-methyl | y |
| M1N2E36 | 1 | 390 | chlorpyrifos | y |
| M1N2E36 | 2 | 50 | pival | y |
| M1N3E19 | 2 | 68 | chlorpyrifos | y |
| M1N3E19 | 9 | 219 | pival | y |
| M1N3E19 | 3 | 5 | S-fenvalerate | y |
| M1N3E20 | 3 | 0 | diphacinone | y |
| M1N3E20 | 15 | 426 | pival | y |
| M1N3E29 | 3 | 240 | azinphos-methyl | y |
| M1N3E29 | 1 | 6 | pival | y |
| M1N3E30 | 1 | 30 | azinphos-methyl | y |
| M1N3E30 | 2 | 14 | chlorpyrifos | y |
| M1N3E30 | 2 | 3 | permethrin | y |
| M1N3E30 | 26 | 482 | pival | y |
| M1N3E30 | 11 | 0 | S-fenvalerate | y |
| M1N3E31 | 1 | 12 | azinphos-methyl | y |
| M1N3E31 | 1 | 30 | chlorpyrifos | y |
| M1N3E31 | 5 | 4 | permethrin | y |
| M1N3E31 | 5 | 252 | pival | y |
| M1N3E32 | 9 | 157 | pival | y |
| M1N3E33 | 1 | 23 | azinphos-methyl | y |
| M1N3E33 | 4 | 115 | pival | y |
| M1S3E3 | 9 | 119 | pival | y |

| Location | Apps | Lbs | Chemical | cnddb |
|---|---|---|---|---|
| M1S3E4 | 1 | 45 | chlorpyrifos | y |
| M1S3E4 | 6 | 90 | pival | y |
| M1S3E4 | 2 | 0 | S-fenvalerate | y |
| M1S3E5 | 1 | 18 | pival | y |
| M1S3E10 | 3 | 0 | diphacinone | y |
| M1S3E12 | 2 | 427 | carbofuran | y |
| M1S3E12 | 1 | 1284 | trifluralin | y |
| M1S3E25 | 1 | 13 | carbofuran | y |
| M1S3E31 | 1 | 42 | pival | y |
| M1S4E30 | 2 | 200 | carbofuran | y |
| M1S4E31 | 4 | 94 | carbofuran | y |
| M1S4E31 | 1 | 53 | chlorpyrifos | y |
| M1S4E31 | 4 | 400 | trifluralin | y |
| M1S4E32 | 2 | 31 | permethrin | y |
| M2S2E14 | 1 | 0 | chlorophacinone | y |
| M2S2E15 | 1 | 0 | chlorophacinone | y |
| M2S2E23 | 2 | 0 | chlorophacinone | y |
| M2S2E29 | 1 | 0 | diphacinone | y |
| M2S3E7 | 1 | 0 | chlorophacinone | y |
| M2S4E6 | 3 | 464 | trifluralin | y |
| M2S4E7 | 1 | 25 | chlorpyrifos | y |
| M2S4E7 | 1 | 100 | trifluralin | y |
| M2S4E8 | 3 | 43 | permethrin | y |
| M2S4E8 | 3 | 192 | trifluralin | y |
| M3S3E8 | 2 | 0 | chlorophacinone | y |
| M3S3E16 | 1 | 0 | chlorophacinone | y |
| M3S3E23 | 2 | 0 | chlorophacinone | y |
| M8S2E2 | 1 | 4 | endosulfan | y |
| M8S2E35 | 7 | 65 | acephate | y |
| M8S2E35 | 3 | 50 | chlorpyrifos | y |
| M8S2E35 | 7 | 7 | S-fenvalerate | y |
| M9S2E1 | 18 | 17 | acephate | y |
| M9S2E1 | 5 | 1 | chlorpyrifos | y |
| M9S2E1 | 4 | 0 | permethrin | y |
| M11S5E13 | 1 | 0 | trifluralin | y |

# EXHIBIT I



Pesticide Applications Detrimental
to the Alameda Whipsnake
in the Nine Bay Area Counties

Pesticide Application Areas

Observations

Critical Habitat

Sources:
- California Department of Pesticide Regulation,
  2004 Pesticide Use Report Database.
- California Natural Diversity Database.

| Location | Apps | Lbs | Chemical | fch | cnddb |
|----------|------|-----|----------|-----|-------|
| M3S1W35 | 6 | 0 | chlorophacinone | | y |
| M3S3E23 | 2 | 0 | chlorophacinone | | y |
| M3S3E31 | 2 | 0 | chlorophacinone | | y |
| M3S3E33 | 1 | 0 | chlorophacinone | | y |
| M3S3E34 | 1 | 0 | chlorophacinone | | y |
| M4S3E5 | 1 | 0 | chlorophacinone | y | y |
| M4S3E24 | 1 | 0 | chlorophacinone | y | y |
| M5S1E15 | 1 | 0 | chlorophacinone | | y |

# EXHIBIT J



Pesticide Applications Detrimental
to the Valley Elderberry Longhorn Beetle
in the Nine Bay Area Counties

Pesticide Application Areas

Observations

Critical Habitat

Sources:
- California Department of Pesticide Regulation,
  2004 Pesticide Use Report Database.
- California Natural Diversity Database.

| Location | Apps | Lbs | Chemical | cndbb | upstream CNDDB |
|---|---|---|---|---|---|
| M5N2W9 | 1 | 2 | azinphos-methyl | y | |
| M5N2W9 | 3 | 0 | S-fenvalerate | y | |
| M7N1E13 | 3 | 208 | chlorpyrifos | y | |
| M7N1W6 | 2 | 42 | chlorpyrifos | y | |
| M7N2E19 | 1 | 20 | endosulfan | y | |
| M7N2W1 | 2 | 24 | chlorpyrifos | | y |
| M8N1W28 | 2 | 86 | chlorpyrifos | y | |
| M8N1W32 | 2 | 105 | chlorpyrifos | y | |

# EXHIBIT K



Pesticide Applications Detrimental
to the Bay Checkerspot Butterfly
in the Nine Bay Area Counties

Pesticide Application Areas

Observations

Critical Habitat

Sources:
- California Department of Pesticide Regulation,
  2004 Pesticide Use Report Database.
- California Natural Diversity Database.

| Location | Apps | Lbs | Chemical | fch | cnddb |
|---|---|---|---|---|---|
| M7S1E28 | 1 | 2 | acephate | y | |
| M8S2E2 | 1 | 4 | endosulfan | y | |
| M9S2E2 | 7 | 27 | acephate | y | |
| M9S2E11 | 12 | 43 | acephate | y | y |
| M9S2E11 | 6 | 7 | endosulfan | y | y |
| M9S3E8 | 10 | 19 | acephate | y | y |
| M9S3E8 | 1 | 5 | naled | y | y |
| M9S3E8 | 4 | 0 | permethrin | y | y |
| M9S3E17 | 28 | 32 | acephate | y | y |
| M9S3E17 | 12 | 2 | chlorpyrifos | y | y |
| M9S3E17 | 1 | 0 | endosulfan | y | y |
| M9S3E17 | 15 | 6 | permethrin | y | y |
| M9S3E18 | 3 | 12 | chlorpyrifos | y | y |
| M9S3E18 | 6 | 0 | S-fenvalerate | y | y |
| M9S3E20 | 2 | 35 | naled | y | y |