Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL 60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization, | Case No._____ |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| **Environmental Protection Agency**, and **Stephen Johnson,** Administrator, U.S. EPA | |
| Defendants. | |

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1

1
2                    Certification of Interested Entities or Persons
3       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
4  parties, there is no such interest to report.
5
6  Respectfully submitted this 30th day of May, 2007,
7
8
                                         /s/  Justin Augustine_____
9                                        Justin Augustine
                                         Center for Biological Diversity
10                                       1095 Market St., Suite 511
                                         San Francisco, CA 94103
11                                       Tel: (415) 436-9682
                                         Fax: (415) 436-9683
12                                       jaugustine@biologicaldiversity.org
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
                              2