1    Justin Augustine (CA Bar No. 235561)
     Center for Biological Diversity
2    1095 Market St., Suite 511
     San Francisco, CA 94103
3    Tel: (415) 436-9682 x302
     Fax: (415) 436-9683
4    jaugustine@biologicaldiversity.org

5    John Buse (CA Bar No. 163156)
     Center for Biological Diversity
6    5656 S. Dorchester Ave. No. 3
     Chicago, IL  60637
7    Tel: (323) 533-4416
     Fax:  (610) 885-2187
8    jbuse@biologicaldiversity.org

9    Attorneys for Plaintiff

10

11                    IN THE UNITED STATES DISTRICT COURT

12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15   **Center for Biological Diversity,** a non-profit )
     organization,                                    )   Case No.:  C-07-2794-JCS
                                                       )
16              Plaintiff,                             )   **CERTIFICATE OF SERVICE**
                                                       )
17          v.                                         )
                                                       )
18   **Environmental Protection Agency**, and         )
     **Stephen Johnson,** Administrator, U.S. EPA     )
19                                                     )
                Defendants.                            )
20   _____ )

21

22

23

24

25

26

27

28

     CERTIFICATE OF SERVICE—C-07-2794-JCS                    1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that, on June 5, 2007, I served the following document,

3    **NOTICE FROM THE COURT REGARDING CONSENT TO PROCEED BEFORE A**

4    **MAGISTRATE JUDGE** (see Exhibit A)

5    on the following:

6

7          Stephen Johnson, EPA Administrator
           USEPA Headquarters
8          Ariel Rios Building
           1200 Pennsylvania Ave., NW
9          Mail Code:  1101A
           Washington, D.C. 20460
10

11          Environmental Protection Agency
            Ariel Rios Building
12          1200 Pennsylvania Avenue, NW
            Washington, D.C. 20460
13

14          Alberto Gonzales, Attorney General
            U.S. Department of Justice
15          950 Pennsylvania Avenue, NW
            Washington, DC 20530-0001
16

17          Scott N. Schools, U.S. Attorney for the Northern District of CA
            U.S. Attorney's Office
18          450 Golden Gate Ave., 11th Floor
            San Francisco, CA 94102

19   by mailing a true copy of the document enclosed in a sealed envelope and sent via U.S. certified mail at

20   the U.S. Post Office, Fox Plaza, San Francisco, CA.

21
     I certify under the penalty of perjury under the laws of the United States that the foregoing is true and
22
     correct.
23

24
                                                    /s/  Justin Augustine_____
25
                                                    Justin Augustine (SBN 235561)
26                                                  1095 Market Street, Suite 511
                                                    San Francisco, CA  94103
27                                                  Telephone: (415) 436-9682
                                                    Facsimile: (415) 436-9683
28                                                  jaugustine@biologicaldiversity.org

CERTIFICATE OF SERVICE—C-07-2794-JCS          2