SCOTT N. SCHOOLS
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Email: charles.oconnor@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
REBECCA J. RILEY, Trial Attorney
IL Bar No. 6284356
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275
Email: rebecca.riley@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | Case No. C -07-2794-JCS |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| ENVIRONMENTAL PROTECTION AGENCY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

On behalf of Defendants Environmental Protection Agency and Stephen Johnson, Administrator, U.S. EPA, the United States enters the appearance of Rebecca J. Riley, Trial Attorney, as counsel for this matter. Ms. Riley's contact information is as follows:

<u>U.S. Mail</u>
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

<u>Telephone</u>
202-305-0202

<u>Facsimile</u>
202-305-0275

<u>Overnight or Hand Delivery</u>
U.S. Department of Justice
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3033
Washington, D.C. 20004

<u>Electronic Mail</u>
rebecca.riley@usdoj.gov

Dated:    June 25, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief


 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

           /s/ Rebecca J. Riley
           REBECCA J. RILEY

- 3 -