# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, a non-profit organization;

v.

Environmental Protection Agency, and Stephen Johnson, Administrator, U.S. EPA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07    2794**

JCS

TO: (Name and address of defendant)

See above named Defendants

Stephen Johnson, EPA Administrator
USEPA Headquarters
Ariel Rios Building
1200 Pennsylvania Ave., NW
mail code: 1101A
Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL  60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. [signature]
(BY) DEPUTY CLERK

MAY 3 0 2007
DATE _____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 1, 2007 |
| Name of SERVER Justin Augustine | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/2/07
            Date

Signature of Server

1095 Market St, Suite 511
Address of Server
San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0005 2948 1008**
Status: **Delivered**

Your item was delivered at 11:08 AM on June 4, 2007 in WASHINGTON, DC 20460.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS  site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jamon Campbell_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>J Campbell                          6/4 |
| 1. Article Addressed to:<br><br>Steven Johnson, EPA Administrator<br>U.S. EPA Headquarters<br>Ariel Rios Building<br>1200 Pennsylvania Ave, NW<br>Washington, DC 20460 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0005 2948 1008 |
| PS Form 3811, February 2004 | Domestic Return Receipt     102595-02-M-1540 |

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, a non-profit organization;

v.

Environmental Protection Agency, and
Stephen Johnson, Administrator, U.S. EPA

TO: (Name and address of defendant)

See above named Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 2794

Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

JCS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL 60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. (signature)
(BY) DEPUTY CLERK

MAY 3 0 2007
DATE

E-filing

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE June 12, 2007 |
| Name of SERVER Justin Augustine | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/2/07
            Date

Signature of Server

Address of Server
1095 Market St, Suite 511
San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



# UNITED STATES POSTAL SERVICE®

Home | Help

### Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0005 2948 0780**
Status: **Delivered**

Your item was delivered at 11:02 AM on June 14, 2007 in WASHINGTON, DC 20460.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, a non-profit organization,

v.

Environmental Protection Agency, and Stephen Johnson, Administrator, U.S. EPA

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 2794 JCS

TO: (Name and address of defendant)

See above named Defendants

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL 60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. [signature]
(BY) DEPUTY CLERK

DATE MAY 3 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 1, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Justin Augustine | |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/2/07
          Date

Signature of Server

1095 Market St., Suite 511
Address of Server
San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0005 2948 0988**
Status: **Delivered**

Your item was delivered at 10:50 AM on June 6, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 1, 2, and 3. Also complete ted Delivery is desired. and address on the reverse return the card to you. rd to the back of the mailpiece, it if space permits. | A. Signature  X _[signature]_   ☐ Agent  ☐ Addressee |
| | B. Received by ( Printed Name )   C. Date of Delivery |
| | JUN 0 6 2007 |
| sed to: | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below:  ☐ No |
| ionzales, Attorney ral artment of Justice nsylvania Ave, NW gton, DC 20530-0001 | 3. Service Type  ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| n service label) | |
| 1, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, a non-profit organization;

v.

Environmental Protection Agency, and Stephen Johnson, Administrator, U.S. EPA

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 2794

JCS

TO: (Name and address of defendant)

See above named Defendants

Scott N. Schools, U.S. Attorney for the Northern District of C
U.S. Attorney's Office
450 Golden Gate Ave., 11th floor
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL 60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. _____
(BY) DEPUTY CLERK

MAY 3 0 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | July 2, 2007 |
| Name of SERVER  Justin Augustine | TITLE |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

U.S. Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/2/07
Date

Signature of Server

1095 Market St, Suite 511
Address of Server
San Francisco, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure