Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL 60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Environmental Protection Agency**, and **Stephen Johnson,** Administrator, U.S. EPA<br><br>　　　　　Defendants. | Case No.: C-07-2794-JCS<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE—C-07-2794-JCS　　　　1

**CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the **Complaint** and **Summons**, on June 1, 2007, I served the following documents:

**Notice of Assignment of Case to a United States Magistrate Judge for Trial**

**ECF Registration Information Handout**

**Order Setting Initial Case Management Conference and ADR Deadlines**

on the following:

> Stephen Johnson, EPA Administrator
> USEPA Headquarters
> Ariel Rios Building
> 1200 Pennsylvania Ave., NW
> Mail Code: 1101A
> Washington, D.C. 20460
>
> Environmental Protection Agency
> Ariel Rios Building
> 1200 Pennsylvania Avenue, NW
> Washington, D.C. 20460
>
> Alberto Gonzales, Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

by mailing a true copy of the documents enclosed in a sealed envelope and sent via U.S. certified mail at the U.S. Post Office, Fox Plaza, San Francisco, CA,

and on the following by personal service:

> Scott N. Schools, U.S. Attorney for the Northern District of CA
> U.S. Attorney's Office
> 450 Golden Gate Ave., 11th Floor
> San Francisco, CA 94102

The documents sent on June 1, 2007 to

> Environmental Protection Agency
> Ariel Rios Building
> 1200 Pennsylvania Avenue, NW
> Washington, D.C. 20460

1  were returned and the reason provided was "bad address."  I contacted the EPA mailing office,

2  informed them that the address on their webpage is no longer valid, and was told to mail the documents

3  to

4    Environmental Protection Agency
    1200 Constitution Avenue, NW
5    Room 3000-1101A
    Washington, D.C. 20460

6  which I did on June 12, 2007.

8  I certify under the penalty of perjury under the laws of the United States that the foregoing is true and

9  correct.

12  Respectfully submitted this 9th day of July, 2007,

                                             /s/  Justin Augustine_____

                                             Justin Augustine (SBN 235561)
                                             1095 Market Street, Suite 511
                                             San Francisco, CA  94103
                                             Telephone: (415) 436-9682
                                             Facsimile: (415) 436-9683
                                             jaugustine@biologicaldiversity.org