Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL 60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Environmental Protection Agency**, and **Stephen Johnson,** Administrator, U.S. EPA<br><br>　　　　　Defendants.<br>_____ | Case No.: C-07-2794-JCS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE OF APPEARANCE OF COUNSEL

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take

2  notice that Plaintiff Center for Biological Diversity makes the following notice of appearance of

3  counsel:

4  Michael W. Graf (CA Bar # 136172)
   Law Offices
5  227 Behrens Street
   El Cerrito, CA 94530
6  Telephone: (510) 525-7222
   Facsimile: (510) 525-1208
7  mwgraf@aol.com

8  Respectfully submitted this 7th day of August, 2006.

9  /s/_Michael W. Graf
   Michael W. Graf (CA Bar # 136172)
10 Law Offices
   227 Behrens Street
11 El Cerrito, CA 94530
   Telephone: (510) 525-7222
12 Facsimile: (510) 525-1208
   mwgraf@aol.com
13
   Justin Augustine (CA Bar No. 235561)
14 Center for Biological Diversity
   1095 Market St., Suite 511
15 San Francisco, CA 94103
   Tel: (415) 436-9682 x302
16 Fax: (415) 436-9683
   jaugustine@biologicaldiversity.org
17
   John Buse (CA Bar No. 163156)
18 Center for Biological Diversity
   5656 S. Dorchester Ave. No. 3
19 Chicago, IL 60637
   Tel: (323) 533-4416
20 Fax: (610) 885-2187
   jbuse@biologicaldiversity.org
21
   Attorneys for Plaintiff
22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL