UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                                                                CASE NO.
                  Plaintiff(s),

            v.                                          NOTICE OF NEED FOR ADR PHONE
                                                            CONFERENCE

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐    have not yet reached an agreement to an ADR process
☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

Name              Party Representing          Phone No.          E-Mail Address

_____

_____

_____

_____

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                                               _____
                                                                                 Attorney for Plaintiff

Dated:_____                                               _____
                                                                                 Attorney for Defendant

Rev 12.05

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."