SCOTT N. SCHOOLS
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Email: charles.oconnor@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
REBECCA J. RILEY, Trial Attorney
IL Bar No. 6284356
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275
Email: rebecca.riley@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,  )<br>                                         )<br>        Plaintiff,                    )<br>    vs.                                )<br>                                         )<br>ENVIRONMENTAL PROTECTION AGENCY, )<br>et al.,                                )<br>                                         )<br>        Defendants.                    )<br>_____) | Case No. C -07-2794-JCS<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND REQUEST TO APPEAR BY TELEPHONE** |

This Stipulation is entered into by and between Plaintiff Center for Biological Diversity and Federal Defendants Environmental Protection Agency ("EPA"), et al..

WHEREAS, on June 1, 2007, the Court set a case management conference for Friday September 7, 2007.

WHEREAS, counsel for the Federal Defendants, Rebecca Riley, is unavailable

1 | September 7, 2007 due to previously scheduled obligations.

2 |   NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

3 |   1. The parties agree to move the Case Management Conference to September 21, 2007.

4 |   2. Counsel for the Federal Defendants, Rebecca Riley, requests to appear by telephone.

5 |   3. The joint Case Management Statement will be due on September 14, 2007, one week

6 | before the status conference.

7 | Respectfully submitted, this 27th day of August 27, 2007

        RONALD J. TENPAS
        Acting Assistant Attorney General
        JEAN E. WILLIAMS, Section Chief
        SETH M. BARSKY, Assistant Chief

        /s/ Rebecca J. Riley
        REBECCA J. RILEY
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 305-0202
        Facsimile: (202) 305-0275

        Attorneys for Defendants


        /s/ Michael W. Graf  (by RJR)
        Michael W. Graf (CA Bar # 136172)
        Law Offices
        227 Behrens Street
        El Cerrito, CA 94530
        Telephone:  (510) 525-7222
        Facsimile:  (510) 525-1208
        mwgraf@aol.com

        Justin Augustine (CA Bar No. 235561)
        Center for Biological Diversity
        1095 Market St., Suite 511
        San Francisco, CA 94103
        Tel: (415) 436-9682 x302
        Fax: (415) 436-9683
        jaugustine@biologicaldiversity.org

        Attorneys for Plaiintiffs

## [PROPOSED] ORDER

The Parties have reached agreement to reschedule the Case Management Conference. In addition, counsel for the Federal Defendants has requested to appear by telephone. The Court has reviewed the stipulation and orders the following:

1. The Case Management Conference is rescheduled for Friday, September 21, 2007.
2. Counsel for the Federal Defendants may appear at the Case Management Conference by Telephone.

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

          /s/ Rebecca J. Riley

REBECCA J. RILEY