SCOTT N. SCHOOLS
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Email: charles.oconnor@usdoj.gov

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
REBECCA J. RILEY, Trial Attorney
IL Bar No. 6284356
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275
Email: rebecca.riley@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ENVIRONMENTAL PROTECTION AGENCY, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. C -07-2794-JCS <br><br> **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND REQUEST TO APPEAR BY TELEPHONE** |

This Stipulation is entered into by and between Plaintiff Center for Biological Diversity and Federal Defendants Environmental Protection Agency ("EPA"), et al..

WHEREAS, on June 1, 2007, the Court set a case management conference for Friday September 7, 2007.

WHEREAS, counsel for the Federal Defendants, Rebecca Riley, is unavailable

September 7, 2007 due to previously scheduled obligations.

  NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

  1. The parties agree to move the Case Management Conference to September 21, 2007.

  2. Counsel for the Federal Defendants, Rebecca Riley, requests to appear by telephone.

  3. The joint Case Management Statement will be due on September 14, 2007, one week before the status conference.

Respectfully submitted, this 27th day of August 27, 2007

    RONALD J. TENPAS
    Acting Assistant Attorney General
    JEAN E. WILLIAMS, Section Chief
    SETH M. BARSKY, Assistant Chief

    /s/ Rebecca J. Riley
    REBECCA J. RILEY
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
    Telephone: (202) 305-0202
    Facsimile: (202) 305-0275

    Attorneys for Defendants


    /s/ Michael W. Graf  (by RJR)
    Michael W. Graf (CA Bar # 136172)
    Law Offices
    227 Behrens Street
    El Cerrito, CA 94530
    Telephone:  (510) 525-7222
    Facsimile:  (510) 525-1208
    mwgraf@aol.com

    Justin Augustine (CA Bar No. 235561)
    Center for Biological Diversity
    1095 Market St., Suite 511
    San Francisco, CA 94103
    Tel: (415) 436-9682 x302
    Fax: (415) 436-9683
    jaugustine@biologicaldiversity.org

    Attorneys for Plaiintiffs

**[PROPOSED] ORDER**

The Parties have reached agreement to reschedule the Case Management Conference. In addition, counsel for the Federal Defendants has requested to appear by telephone. The Court has reviewed the stipulation and orders the following:

1. The Case Management Conference is rescheduled for Friday, September 21, 2007.
2. Counsel for the Federal Defendants may appear at the Case Management Conference by Telephone. Counsel shall provide a contact telephone number to the Court, one (1) week ~~IT IS SO ORDERED~~. prior to the hearing. The Court will initiate the phone contact.

IT IS SO ORDERED AS MODIFIED.

DATED this 27th day of August, 2007.



_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

      /s/ Rebecca J. Riley
      REBECCA J. RILEY