## CIVIL MINUTES

**Magistrate Judge Joseph C. Spero**     FTR 1:41-1:45 ( 4 min)
Date: **September 21,2007**

Case No: **C07- 2794 JCS**

Case Name: **Center for Biological Diversity v. EPA**

Plaintiff  Attorney(s): Justine Austine
Defendant Attorney(s): Rebecca Riley by phone (202) 305-0202

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 10-26-07 @ 1:30 p.m. for fur CMC
Counsel to submit updated statement by 10/19/07.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes:.



cc: Karen, Mar Ann(2)