# Exhibit B

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
Phone:  949-263-8400
Facsimile:  949-263-8414
srice@crowell.com

Steven P. Quarles
squarles@crowell.com
J. Michael Klise (*pro hac vice* application pending)
jmklise@crowell.com
Thomas R. Lundquist
tlundquist@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Phone:  202-624-2629
Facsimile:  202-628-5116

Attorneys for Proposed Intervenors

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. C-07-2794-JCS<br>) |
| ENVIRONMENTAL PROTECTION AGENCY, et al., | )<br>) DECLARATION OF<br>) ALLEN JAMES |
| Defendants, | )<br>) |
| and | )<br>) |
| CROPLIFE AMERICA and RISE, | )<br>) |
| Applicants for Intervention. | ) |

I, ALLEN JAMES, make this declaration based upon my personal knowledge and belief and state:

1. I am President of RISE – Responsible Industry for a Sound Environment.  I offer this

Declaration of Allen James, Case No. C-07-2794-JCS                                                                 Page 1

Declaration in my capacity as President of RISE, and in support of RISE's motion to intervene in this action.

2. RISE is a national not-for-profit trade association founded to promote intelligent use of pesticides for the purpose of enhancing and protecting urban and other non-agricultural areas. Established in 1991 and headquartered in Washington, D.C., RISE represents producers and suppliers of specialty pesticides and fertilizers, serves as a resource and advocate on pesticides and fertilizers, and provides current and accurate information on issues and research affecting the industry. Specialty pesticides are pest management tools used to protect health and safety as well as enhance the quality of life and the environment. Specialty pesticide products as well as fertilizers are used in and around homes, businesses and public areas; on lawns, flowers and trees; in commercial greenhouses and nurseries; on sports turf including golf courses; and for vegetation management in water, along roadways, railroads and utility rights-of-ways. Specialty fertilizers provide essential plant nutrients, including micronutrients. These products are formulated to deliver the optimal amount of nutrients to plants to promote healthy and vigorous growth. Healthy plants are better able to withstand environmental stresses like drought, insect infestations, disease, weeds, air and water pollution and overuse. The safe and responsible use of specialty fertilizers improves our environment by promoting the vigorous growth of desirable plants.

3. RISE also promotes its members interests by monitoring legislative and regulatory issues in Washington, D.C. and in the states. RISE communicates with legislators and EPA to provide information to key lawmakers, policymakers, and regulators whose decisions affect the entire industry. RISE educates legislators about the benefits of specialty pesticide and fertilizer use and the risks posed by pests, that left untreated can cause serious health and safety threats.

4. In addition, RISE lends support to the industry in litigation that threatens to impose unwarranted constraints on uses and marketability of its members' products. For example, in a case similar to this one, in which the plaintiffs sued the Environmental Protection Agency ("EPA") over alleged noncompliance with the Endangered Species Act ("ESA") in the registration of pesticides, RISE provided declaratory support against the plaintiffs' request to require point-of-sale notifications about the alleged effects of pesticides used in urban areas in California, Washington,

1   and Oregon, on salmon listed as threatened or endangered species under the ESA.  *Washington*
2   *Toxics Coal. v. EPA*, No. 01-0132C (W.D. Wash. July 2, 2002 and Jan. 22, 2004), *aff'd*, 413 F.3d
3   1024 (9th Cir. 2005).

4       5. RISE members are the basic manufacturers, formulators, distributors and others involved
5   with specialty pesticides and fertilizers used for professional applications and general consumer use
6   through retail outlets.  Many of them hold EPA registrations for pesticides under the Federal
7   Insecticide, Fungicide and Rodenticide Act ("FIFRA") and have invested millions of dollars in
8   obtaining those registrations.

9       6. I have reviewed the Complaint filed by Plaintiff Center for Biological Diversity ("CBD")
10  in this litigation.  CBD alleges that the use of 46 pesticide active ingredients, including at least 36
11  registered by RISE members, poses a threat to 11 species in the San Francisco Bay watershed that
12  are listed and "endangered" or "threatened" species under the ESA.  As it has done in other similar
13  cases, CBD seeks declaratory and injunctive relief, including an order prohibiting the EPA from
14  "authorizing uses of the identified pesticides in the San Francisco Bay watershed" until EPA has
15  consulted with the U.S. Fish and Wildlife Service pursuant to § 7(a)(2) of the ESA and has "brought
16  its pesticide registrations into compliance with the [sic] ESA § 7(a)(2)."

17      7. RISE members have significant interests in the outcome of this litigation.  As shown in
18  the following table, RISE's members hold registrations for at least 36 of the 46 pesticide active
19  ingredients identified in CBD's Complaint:

| Active Ingredient | RISE-Member Registrant(s) |
|---|---|
| 2,4-D | Dow, Nufarm, PBI/Gordon |
| Acephate | Valent, Cheminova, UPI, Control Solutions, Arysta |
| Alachlor | Monsanto |
| Aluminum phosphide | UPI |
| Atrazine | Syngenta, Dow |
| Azinphos-methyl | Gowan |
| Brodifacoum | Syngenta, Bell Laboratories |
| Bromadiolone | Liphatech, Bell Laboratories |
| Bromethalin | Bell Laboratories |
| Carbaryl | Bayer |
| Carbofuran | FMC |
| Chlorophacinone | Liphatech |
| Chlorpyrifos | Dow, Cheminova, Gharda |
| Cholecalciferol (Vitamin D3) | Bell Laboratories |

Declaration of Allen James, Case No. C-07-2794-JCS    Page 3

| Active Ingredient | RISE-Member Registrant(s) |
|---|---|
| Difethialone | Liphatech |
| Diphacinone | Bell Laboratories |
| Diquat dibromide | Syngenta |
| EPTC | Gowan |
| Magnesium phosphide | UPI |
| Malathion | Cheminova, Gowan, Prentiss, Arysta |
| Mancozeb | Dow, Dupont, UPI |
| Maneb | Dupont, UPI |
| Metam sodium (plant protection) | Amvac, BASF, |
| Methyl bromide | Great Lakes Chem Corp. |
| Metolachlor | Syngenta |
| Naled | Amvac |
| Oryzalin | UPI |
| Permethrin | FMC, Syngenta, Bayer, Amvac, Gharda, Control Solutions, UPI, Valent |
| Phorate | Amvac |
| Phosmet | Gowan |
| Potassium nitrate | Bonide |
| Simazine | Syngenta |
| Thiobencarb | Valent |
| Trifluralin | Dow, Dintec |
| Warfarin | Dupont, Bell Laboratories |
| Zinc phosphide | Bell Laboratories |

8. RISE members' interests would be substantially impaired if CBD's requested injunction is granted. An order prohibiting EPA from authorizing uses of the pesticides CBD identifies in its Complaint would directly affect the livelihood and activities of RISE members. Moreover, approved pesticide registrations and authorized uses could be subjected to additional restrictions to satisfy CBD's view of the law.

9. In addition, RISE members have rights under FIFRA to defend their registrations and present supporting evidence in any proceedings to cancel, suspend, or modify registrations. 7 U.S.C. § 136d(b)-(d). Those rights are imperiled by this lawsuit in two ways: first, CBD is seeking to achieve, through an ESA citizen suit, a result (suspension of pesticide uses) that bypasses the due process safeguards for registrants required by FIFRA; and second, by suing only EPA and not the registrants, CBD has foreclosed the registrants from *any* voice in these proceedings – such as to present expert reports, introduce evidence into the record, make motions, and appeal an adverse decision – unless intervention is granted.

10. RISE also has an interest in ensuring that, in the context of pesticide registration and usage under FIFRA, the ESA is interpreted in a way that accommodates the respective goals of both of those statutes. Those interests would be impaired if CBD succeeds in imposing its view that the ESA should predominate, and that broad injunctive relief against pesticide registration and use is appropriate. RISE has an interest in avoiding adverse precedent against EPA's registration of pesticides, and against pesticide uses themselves. Without industry intervention to guard against unduly broad relief in this case, an adverse decision with precedential significance could result and impair RISE's and its members' abilities to defend against other actions seeking to limit pesticide registration, manufacture, sale, and application based on alleged effects on other ESA-listed species.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of September, 2007.

*/s/ Allen James*
Allen James

## ATTESTATION

I hereby attest that I am the registered ECF User whose User ID and Password will be utilized in the electronic filing of this declaration, and that concurrence in the filing of this declaration has been obtained from the declarant.

Executed this 21st day of September, 2007.

*/s/ J. Michael Klise*
J. Michael Klise

Declaration of Allen James, Case No. C-07-2794-JCS                                              Page 5