IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants,<br><br>and<br><br>CROPLIFE AMERICA and RISE,<br><br>    Applicants for Intervention. | No. C-07-2794-JCS<br><br>[PROPOSED] ORDER |

The motion of the CropLife America and RISE to intervene under Federal Rule of Civil Procedure 24 is hereby GRANTED.

Dated this _____ day of _____, 2007.

_____
U.S. Magistrate Judge Joseph C. Spero

[Proposed] Order Granting Motion to Intervene, Case No. C-07-2794-JCS