1  Steven P. Rice (SBN 094321)
   CROWELL & MORING LLP
2  3 Park Plaza, 20th Floor
   Irvine, CA 92614-8505
3  Phone:  949-263-8400
   Facsimile:  949-263-8414
4  srice@crowell.com

5  Steven P. Quarles
   squarles@crowell.com
6  J. Michael Klise (*pro hac vice* application pending)
   jmklise@crowell.com
7  Thomas R. Lundquist
   tlundquist@crowell.com
8  CROWELL & MORING LLP
   1001 Pennsylvania Ave., NW
9  Washington, D.C. 20004-2595
   Phone:  202-624-2629
10 Facsimile:  202-628-5116

11 Attorneys for Intervenor-Defendants CropLife America and RISE

12               IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15 _____ )
                                    )
16 CENTER FOR BIOLOGICAL            )
   DIVERSITY,                       )
17                                  )
           Plaintiff,               )
18                                  )      No. C-07-2794-JCS
           v.                       )
19                                  )
   ENVIRONMENTAL PROTECTION         )
20 AGENCY, et al.,                  )      [PROPOSED] ANSWER OF
                                    )      INTERVENOR-DEFENDANTS
21         Defendants,              )
                                    )      Magistrate Judge Joseph C. Spero
22         and                      )
                                    )
23 CROPLIFE AMERICA and RISE,       )
                                    )
24         Intervenor-Defendants.   )
   _____ )

25        Intervenor-Defendants CropLife America and RISE ("Intervenors") file this Answer pursuant

26 to Rules 12 and 24 of the Federal Rules of Civil Procedure.  Any allegation not specifically admitted

27

28

below is denied.  Answering the numbered paragraphs of the Complaint (May 30, 2007), Intervenors admit, deny, and aver as follows:

1.    Paragraph 1 consists of Plaintiff's characterization of its lawsuit, to which no response is required.

2.    Paragraph 2 consists of Plaintiff's characterization of its lawsuit, to which no response is required.

3.    Paragraph 3 consists of Plaintiff's characterization of its lawsuit, to which no response is required.

4.    The first two sentences of Paragraph 4 state conclusions of law, to which no response is required.  The third sentence consists of Plaintiff's characterization of its lawsuit, to which no response is required.

5.    Intervenors lack sufficient information to form a belief as to the truth of the allegations contained in the first two sentences of Paragraph 5.  The third sentence of Paragraph 5 is denied.

6.    Paragraph 6 states conclusions of law, to which no response is required.

7.    Paragraph 7 states conclusions of law, to which no response is required.  Further, Intervenors lack sufficient information to form a belief as to the truth of the allegation that certain events occurred and continue to occur "in this district" and therefore deny such allegation.

8.    Paragraph 8 states conclusions of law, to which no response is required.  Further, Intervenors lack sufficient information to form a belief as to the truth of the allegation that certain events occurred and continue to occur in the identified counties and therefore deny such allegation.

9.    Intervenors lack sufficient information about Plaintiff to form a belief as to the truth of the allegations of Paragraph 9 and therefore deny those allegations.

10.    Intervenors lack sufficient information about Plaintiffs to form a belief as to the truth of the allegations of Paragraph 10 and therefore deny those allegations.  Intervenors expressly deny that Plaintiff or its members are adversely affected as alleged.

1        11.     Intervenors admit that Defendant Environmental Protection Agency ("EPA") is a

2  federal agency.  As to Plaintiff's allegation concerning EPA's duties and authorities under sundry

3  federal statutes, the provisions of the statutes speak for themselves and are the best evidence of their

4  contents.  Any allegations to the contrary of that best evidence are denied.

5        12.     Intervenors admit that Defendant Stephen Johnson is the Administrator of EPA.  The

6  second sentence of Paragraph 12 consists of Plaintiff's characterization of its lawsuit, to which no

7  response is required.

8        13.     Paragraph 13 purports to characterize the Endangered Species Act ("ESA"), which

9  speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best

10  evidence are denied.

11        14.     Paragraph 14 purports to characterize the ESA, which speaks for itself and is the best

12  evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

13        15.     Paragraph 15 purports to characterize the ESA and implementing regulations, which

14  speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of

15  that best evidence are denied.

16        16.     Paragraph 16 purports to characterize regulations, which speak for themselves and are

17  the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

18        17.     Paragraph 17 purports to characterize regulations, which speak for themselves and are

19  the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

20        18.     Paragraph 18 purports to characterize regulations, which speak for themselves and are

21  the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

22        19.     Paragraph 19 purports to characterize regulations and a court decision, which speak

23  for themselves and are the best evidence of their contents.  Any allegations to the contrary of that

24  best evidence are denied.

25        20.     Paragraph 20 purports to characterize the ESA and implementing regulations, which

26  speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of

27  that best evidence are denied.

28

21.    Paragraph 21 purports to characterize the ESA and implementing regulations, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

22.    Paragraph 22 purports to characterize the ESA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

23.    Paragraph 23 purports to characterize the ESA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

24.    Paragraph 24 purports to characterize the Federal Insecticide, Fungicide and Rodenticide Act ("FIFRA"), which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

25.    Paragraph 25 purports to characterize FIFRA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

26.    Paragraph 26 purports to characterize FIFRA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

27.    Paragraph 27 purports to characterize FIFRA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

28.    Paragraph 28 purports to characterize FIFRA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

29.    Paragraph 29 purports to characterize FIFRA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

30.    Paragraph 30 consists of generalized allegations about the contents of Reregistration Eligibility Determinations ("REDs"), which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

31.    Paragraph 31 consists of generalized allegations about environmental assessments allegedly contained in REDs.  Such assessments speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

1   32.    Intervenors lack sufficient information to form a belief as to the truth of the

2   allegations of Paragraph 32 and therefore deny those allegations.  Further, insofar as Paragraph 32

3   purports (either expressly or by implication) to characterize FIFRA and regulations implementing

4   FIFRA, the statute and regulations speak for themselves and are the best evidence of their contents.

5   Any allegations to the contrary of that best evidence are denied.

6   33.    Intervenors admit that EPA issued the referenced Notice in September 1997.  As to

7   the remaining allegations of Paragraph 33, that Notice speaks for itself and is the best evidence of its

8   contents.  Any allegations to the contrary of that best evidence are denied.

9   34.    Paragraph 34 consists of generalized allegations about the contents of REDs, which

10  speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of

11  that best evidence are denied.

12  35.    Paragraph 35 purports to characterize FIFRA amendments, which speak for

13  themselves and are the best evidence of their contents.  Any allegations to the contrary of that best

14  evidence are denied.

15  36.    Paragraph 36 consists of generalized allegations about the contents of Interim

16  Reregistration Eligibility Determinations ("IREDs"), which speak for themselves and are the best

17  evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

18  37.    Paragraph 37 consists of generalized allegations about certain EPA Reports, which

19  speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of

20  that best evidence are denied.

21  38.    Intervenors lack sufficient information to form a belief as to the truth of the

22  allegations of Paragraph 38 and therefore deny those allegations.  Further, insofar as Paragraph 38

23  purports (either expressly or by implication) to characterize FIFRA and regulations implementing

24  FIFRA, the statute and regulations speak for themselves and are the best evidence of their contents.

25  Any allegations to the contrary of that best evidence are denied.

39.     Intervenors admit that EPA issued the referenced Notice in November 2005.  As to the remaining allegations of Paragraph 39, that Notice speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

40.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 40 and therefore deny those allegations.

41.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 41 and therefore deny those allegations.

42.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 42 and therefore deny those allegations.

43.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 43 and therefore deny those allegations.

44.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first sentence of Paragraph 44 and therefore deny those allegations.  The second sentence purports to summarize the results of a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

45.     Intervenors deny the allegations of Paragraph 45.

46.     Paragraph 46 purports to summarize sundry reports, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

47.     The allegations of the first sentence of Paragraph 47 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  The remaining allegations of Paragraph 47 purport to summarize sundry reports, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

48.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 48 and therefore deny those allegations.

49.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 49 and therefore deny those allegations.

50.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 50 and therefore deny those allegations.  In addition, insofar as Paragraph 50 purports to summarize or characterize a study, that study speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

51.    Paragraph 51 purports to summarize or characterize a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

52.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 52 and therefore deny those allegations.

53.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 53 and therefore deny those allegations.

54.    The allegations of Paragraph 54 are too vague, ambiguous, and subjective to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

55.    The allegations of Paragraph 55 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

56.    The allegations of the first sentence of Paragraph 56 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  Intervenors lack sufficient information to form a belief as to the truth of the allegations of the second sentence of Paragraph 56 and therefore deny those allegations.

57.    Paragraph 57 purports to summarize or characterize a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

58.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 58 and therefore deny those allegations.

59.     The first four sentences of Paragraph 59 purport to summarize or characterize a report, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 59 and therefore deny those allegations.

60.     The allegations of Paragraph 60 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  In addition, insofar as Paragraph 60 purports to summarize or characterize studies or reports, the studies and reports speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

61.     The allegations of Paragraph 61 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  In addition, insofar as Paragraph 61 purports to summarize or characterize studies or reports, the studies and reports speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

62.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 62 and therefore deny those allegations.  In addition, insofar as Paragraph 62 purports to summarize or characterize unattributed "evidence," the allegations are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  Finally, insofar as the allegations of Paragraph 62 rest on unidentified studies or reports, the studies and reports speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

63.     The allegations of Paragraph 63 are denied.

64.     The allegations of Paragraph 64 are too general, vague, and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

65.     The allegations of Paragraph 65 rest on unidentified studies, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

66.     The allegations of Paragraph 66 rest on unidentified studies, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

67.     The allegations of Paragraph 67 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

68.     The allegations of Paragraph 68 rest on an unidentified study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

69.     The allegations of Paragraph 69 rest on unidentified studies, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

70.     The allegations of the first sentence of Paragraph 70 are denied.  The remaining allegations of Paragraph 70 rest on studies and research, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

71.     The allegations of Paragraph 71 rest on an unidentified study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

72.     The allegations of Paragraph 72 rest on an unidentified study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

73.     The allegations of Paragraph 73 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

74.     The allegations of Paragraph 74 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

75.     The allegations of Paragraph 75 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

1    76.    The allegations of Paragraph 76 rest on sundry studies, which speak for themselves

2    and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are

3    denied.

4    77.    The allegations of the first sentence of Paragraph 77 are denied.  Intervenors lack

5    sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 77

6    and therefore deny those allegations.

7    78.    The allegations of the first sentence of Paragraph 78 are too vague and ambiguous to

8    enable Intervenors to admit or deny them, but to the extent a response is required the allegations are

9    denied.  Intervenors lack sufficient information to form a belief as to the truth of the remaining

10    allegations of Paragraph 78 and therefore deny those allegations.

11    79.    The allegations of the first five sentences of Paragraph 79 are too vague and

12    ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the

13    allegations are denied.  Intervenors lack sufficient information to form a belief as to the truth of the

14    remaining allegations of Paragraph 79 and therefore deny those allegations.

15    80.    Intervenors lack sufficient information to form a belief as to the truth of the

16    allegations of the first, second, fourth, fifth, and sixth sentences of Paragraph 80 and therefore deny

17    those allegations.  The allegations of the third sentence are admitted.  The seventh sentence purports

18    to characterize Plaintiff's Exhibit A, which speaks for itself and is the best evidence of its contents.

19    Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient

20    information to form a belief as to the truth of the substance of that exhibit and therefore deny any

21    allegations based on it.

22    81.    Intervenors lack sufficient information to form a belief as to the truth of the

23    allegations of the first, third, and fourth sentences of Paragraph 81 and therefore deny those

24    allegations.  The allegations of the second sentence are admitted.

25    82.    Intervenors lack sufficient information to form a belief as to the truth of the

26    allegations of Paragraph 82 and therefore deny those allegations.

27

28

83.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 83 and therefore deny those allegations.

84.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 84 and therefore deny those allegations.

85.     The allegations of Paragraph 85 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  The final sentence purports to characterize Plaintiff's Exhibit B, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

86.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first, second, third, fifth, sixth, seventh, and eighth sentences of Paragraph 86 and therefore deny those allegations.  The allegations of the fourth sentence are admitted.  The ninth and tenth sentences purports to characterize Plaintiff's Exhibit C, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

87.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first, second, and third sentences of Paragraph 87 and therefore deny those allegations.  The allegations of the fourth sentence are admitted.

88.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 88 and therefore deny those allegations.

89.     The allegations of Paragraph 89 purport to summarize and characterize a Biological Opinion, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

1    90.    The allegations of Paragraph 90 purport to summarize and characterize a regulation,

2  which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of

3  that best evidence are denied.

4    91.    The allegations of Paragraph 91 purport to summarize and characterize a letter, which

5  speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best

6  evidence are denied.

7    92.    The allegations of Paragraph 92 consist of conclusions of law, to which no response

8  is required.

9    93.    The allegations of the first sentence of Paragraph 93 purport to summarize and

10  characterize a memo, which speaks for itself and is the best evidence of its contents.  Any allegations

11  to the contrary of that best evidence are denied.  The remaining allegations purport to characterize

12  Plaintiff's Exhibit D, which speaks for itself and is the best evidence of its contents.  Any allegations

13  to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to

14  form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based

15  on it.

16    94.    Intervenors lack sufficient information to form a belief as to the truth of the

17  allegations of Paragraph 94 and therefore deny those allegations.

18    95.    Intervenors lack sufficient information to form a belief as to the truth of the

19  allegations of the first sentence of Paragraph 95 and therefore deny those allegations.  The

20  allegations of the second sentence are admitted.  The allegations of the third sentence are denied.

21    96.    Intervenors lack sufficient information to form a belief as to the truth of the

22  allegations of Paragraph 96 and therefore deny those allegations.  Further, insofar as the allegations

23  Paragraph 96 rest on studies, those studies speak for themselves and are the best evidence of their

24  contents.  Any allegations to the contrary of that evidence are denied.

25    97.    Intervenors lack sufficient information to form a belief as to the truth of the

26  allegations of Paragraph 97 and therefore deny those allegations.

27

28

1    98.    Intervenors lack sufficient information to form a belief as to the truth of the
2  allegations of Paragraph 98 and therefore deny those allegations.

3    99.    The allegations of the first three sentences of Paragraph 99 purport to characterize a
4  Habitat Conservation Plan ("HCP") and Draft HCP, which speak for themselves and are the best
5  evidence of their contents.  Any allegations to the contrary of that best evidence are denied.
6  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of
7  Paragraph 99 and therefore deny those allegations.

8    100.    The first sentence of Paragraph 100 is denied.  Intervenors lack sufficient information
9  to form a belief as to the truth of the allegations of the second and third sentences of Paragraph 100
10  and therefore deny those allegations.  The allegations of the fourth sentence purport to characterize
11  Plaintiff's Exhibit E, which speaks for itself and is the best evidence of its contents.  Any allegations
12  to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to
13  form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based
14  on it.

15    101.    The allegations of the second sentence of Paragraph 101 are admitted.  Intervenors
16  lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph
17  101 and therefore deny those allegations.

18    102.    The allegations of the first sentence of Paragraph 102 are too vague and speculative to
19  enable Intervenors to admit or deny them, but to the extent a response is required the allegations are
20  denied.  Intervenors lack sufficient information to form a belief as to the truth of the remaining
21  allegations of Paragraph 102 and therefore deny those allegations.

22    103.    The allegations of the Paragraph 103 purport to summarize and characterize a memo,
23  which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of
24  that best evidence are denied.

25    104.    The allegations of the Paragraph 104 purport to summarize and characterize a
26  Biological Opinion, which speaks for itself and is the best evidence of its contents.  Any allegations
27  to the contrary of that best evidence are denied.

28

105.    The allegations of the first two sentences of Paragraph 105 purport to summarize and characterize a letter, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  The allegations of the third sentence purport to characterize Plaintiff's Exhibit F, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

106.    The allegations of the third sentence of Paragraph 106 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 106 and therefore deny those allegations.

107.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 107 and therefore deny those allegations.

108.    The allegations of the first sentence of Paragraph 108 purport to summarize and characterize a Biological Opinion and memo, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.  The allegations of the second sentence purport to characterize Plaintiff's Exhibit G, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied. Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

109.    The allegations of the sixth sentence of Paragraph 109 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 109 and therefore deny those allegations.

110.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 110 and therefore deny those allegations.

111.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 111 and therefore deny those allegations.

1    112.    Intervenors lack sufficient information to form a belief as to the truth of the

2    allegations of Paragraph 112 and therefore deny those allegations.

3    113.    The allegations of the first sentence of Paragraph 113 are too vague and speculative to

4    enable Intervenors to admit or deny them, but to the extent a response is required the allegations are

5    denied.  Intervenors lack sufficient information to form a belief as to the truth of the remaining

6    allegations of Paragraph 113 and therefore deny those allegations.

7    114.    The allegations of the first and third sentences of Paragraph 114 purport to summarize

8    and characterize a memo, which speaks for itself and is the best evidence of its contents.  Any

9    allegations to the contrary of that best evidence are denied.  The allegations of the second sentence

10   of Paragraph 114 are too vague and speculative to enable Intervenors to admit or deny them, but to

11   the extent a response is required the allegations are denied.

12   115.    The allegations of the first through fourth sentences of Paragraph 115 purport to

13   summarize and characterize a Biological Opinion and letter, which speak for themselves and are the

14   best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.  The

15   allegations of the fifth sentence purport to characterize Plaintiff's Exhibit H, which speaks for itself

16   and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are

17   denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the

18   substance of that exhibit and therefore deny any allegations based on it.

19   116.    The allegations of the sixth sentence of Paragraph 116 are admitted.  Intervenors lack

20   sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 116

21   and therefore deny those allegations.

22   117.    Intervenors lack sufficient information to form a belief as to the truth of the

23   allegations of Paragraph 117 and therefore deny those allegations.

24   118.    Intervenors lack sufficient information to form a belief as to the truth of the

25   allegations of the first and third sentences of Paragraph 118 and therefore deny those allegations.

26   The allegations of the second sentence of Paragraph 118 purport to summarize and characterize a

27   letter, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary

28

of that best evidence are denied.  The allegations of the fourth sentence purport to characterize Plaintiff's Exhibit I, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

119.    The allegations of the fourth sentence of Paragraph 116 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 119 and therefore deny those allegations.

120.    The allegations of the first through fourth sentences of Paragraph 120 purport to summarize and characterize a memo, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied.  The allegations of the fifth sentence purport to characterize Plaintiff's Exhibit J, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

121.    The allegations of the second sentence of Paragraph 121 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 121 and therefore deny those allegations.

122.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 122 and therefore deny those allegations.

123.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 123 and therefore deny those allegations.

124.    The allegations of the first through fourth sentences of Paragraph 124 purport to summarize and characterize a Biological Opinion and memo, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied. Intervenors lack sufficient information to form a belief as to the truth of the allegations of the fifth sentence of Paragraph 124 and therefore deny those allegations.  The allegations of the sixth

sentence of Paragraph 124 are too vague and speculative to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  The allegations of the seventh sentence purport to characterize Plaintiff's Exhibit K, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

125.    Intervenors incorporate their responses to Paragraphs 1 through 124, inclusive, as though fully set forth herein.

126.    Paragraph 126 states conclusions of law, to which no response is required.  Further, this paragraph purports to paraphrase or summarize a statutory provision, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

127.    Paragraph 127 is admitted with respect to all the referenced pesticides except for pebulate, pival, and sulfotep; and except for those cross-referenced in Paragraphs 246 and 247, which paragraphs do not exist.  Intervenors lack sufficient information to form a belief as to whether pebulate, pival, and sulfotep are currently registered for use by EPA and therefore deny those allegations.

128.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 128 and therefore deny those allegations.

129.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 129 and therefore deny those allegations.

130.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 130 and therefore deny those allegations.

131.    Paragraph 131 states conclusions of law, to which no response is required.

132.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

133.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

134.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

135.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

136.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

137.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

138.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

139.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

1  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2  conclusions of law, no response is required.

3        140.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6  conclusions of law, no response is required.

7        141.    Intervenors lack sufficient information to form a belief as to the truth of this

8  Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of

9  conclusions of law, no response is required.

10        142.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

11  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

12  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

13  conclusions of law, no response is required.

14        143.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

15  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

16  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

17  conclusions of law, no response is required.

18        144.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

19  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

20  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

21  conclusions of law, no response is required.

22        145.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

23  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

24  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

25  conclusions of law, no response is required.

26        146.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

27  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

28

1   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2   conclusions of law, no response is required.

3          147.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6   conclusions of law, no response is required.

7          148.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10  conclusions of law, no response is required.

11         149.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14  conclusions of law, no response is required.

15         150.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18  conclusions of law, no response is required.

19         151.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22  conclusions of law, no response is required.

23         152.    Intervenors lack sufficient information to form a belief as to the truth of this

24  Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of

25  conclusions of law, no response is required.

26         153.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

27  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

28

1  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
2  conclusions of law, no response is required.

3      154.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
4  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
5  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
6  conclusions of law, no response is required.

7      155.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
8  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
9  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
10 conclusions of law, no response is required.

11     156.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
12 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
13 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
14 conclusions of law, no response is required.

15     157.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
16 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
17 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
18 conclusions of law, no response is required.

19     158.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
20 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
21 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
22 conclusions of law, no response is required.

23     159.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
24 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
25 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
26 conclusions of law, no response is required.

27
28

1    160.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

2    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

3    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

4    conclusions of law, no response is required.

5    161.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

6    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

7    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

8    conclusions of law, no response is required.

9    162.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

10    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

11    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

12    conclusions of law, no response is required.

13    163.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

14    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

15    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

16    conclusions of law, no response is required.

17    164.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

18    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

19    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

20    conclusions of law, no response is required.

21    165.    The allegations of the first sentence of this Paragraph are admitted.  The allegations

22    of the second sentence of this Paragraph are denied.  Intervenors lack sufficient information to form

23    a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those

24    allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no

25    response is required.

26    166.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

27    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

28

1  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2  conclusions of law, no response is required.

3      167.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6  conclusions of law, no response is required.

7      168.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10  conclusions of law, no response is required.

11      169.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14  conclusions of law, no response is required.

15      170.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18  conclusions of law, no response is required.

19      171.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22  conclusions of law, no response is required.

23      172.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

24  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

25  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

26  conclusions of law, no response is required.

27

28

173.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

174.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

175.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

176.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

177.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

178.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

179.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

180.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

181.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

182.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

183.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

184.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

185.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

186.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

187.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

188.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

189.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

190.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

191.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

192.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

193.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

194.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

195.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

196.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

197.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

198.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

199.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

200.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

1    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2    conclusions of law, no response is required.

3         201.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6    conclusions of law, no response is required.

7         202.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10   conclusions of law, no response is required.

11        203.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14   conclusions of law, no response is required.

15        204.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18   conclusions of law, no response is required.

19        205.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22   conclusions of law, no response is required.

23        206.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

24   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

25   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

26   conclusions of law, no response is required.

27

28

207.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

208.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

209.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

210.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

211.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

212.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

213.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

1    214.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

2    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

3    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

4    conclusions of law, no response is required.

5    215.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

6    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

7    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

8    conclusions of law, no response is required.

9    216.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

10    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

11    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

12    conclusions of law, no response is required.

13    217.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

14    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

15    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

16    conclusions of law, no response is required.

17    218.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

18    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

19    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

20    conclusions of law, no response is required.

21    219.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

22    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

23    and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

24    conclusions of law, no response is required.

25    220.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

26    sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

27

28

1 | and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
2 | conclusions of law, no response is required.

3 |     221.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
4 | sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
5 | and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
6 | conclusions of law, no response is required.

7 |     222.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
8 | sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
9 | and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
10 | conclusions of law, no response is required.

11 |     223.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
12 | sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
13 | and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
14 | conclusions of law, no response is required.

15 |     224.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
16 | sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
17 | and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
18 | conclusions of law, no response is required.

19 |     225.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
20 | sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
21 | and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
22 | conclusions of law, no response is required.

23 |     226.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack
24 | sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph
25 | and therefore deny those allegations.  Further, insofar as those remaining allegations consist of
26 | conclusions of law, no response is required.

27
28

227.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

228.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

229.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

230.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

231.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

232.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

233.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

234.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

235.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

236.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

237.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

238.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

239.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

240.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

1   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2   conclusions of law, no response is required.

3       241.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6   conclusions of law, no response is required.

7       242.   Intervenors lack sufficient information to form a belief as to the truth of this

8   Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of

9   conclusions of law, no response is required.

10      243.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

11  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

12  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

13  conclusions of law, no response is required.

14      244.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

15  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

16  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

17  conclusions of law, no response is required.

18      245.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

19  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

20  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

21  conclusions of law, no response is required.

22      The remainder of the Complaint consists of Plaintiff's Prayer for Relief, to which no

23  response is required.  To the extent a response is deemed required, Intervenors deny that Plaintiff is

24  entitled to the relief requested or to any relief whatsoever.

25                                **GENERAL DENIAL**

26      Intervenors deny each and every allegation in Plaintiff's Complaint not specifically admitted

27  herein.

28

1

**AFFIRMATIVE DEFENSES**

2     1.     The Court lacks subject-matter jurisdiction over this action.

3     2.     Plaintiff has failed to state a claim on which relief can be granted.

4     3.     Plaintiff's challenge is not ripe for review.

5     4.     Plaintiff's claims are barred by the statute of limitations and/or laches.

6     5.     Plaintiff has failed to comply with the 60-day notice requirement of 16 U.S.C. § 1540.

7     6.     Plaintiff lacks standing.

8     7.     Granting the relief Plaintiff seeks would violate Section 6 of the Federal Insecticide,

9     Fungicide and Rodenticide Act, which specifies the procedures that must be followed for issuing an

10     order suspending a registration.  7 U.S.C. § 136d.

11                                    *     *     *

12     WHEREFORE, Intervenors respectfully request that this Court deny all relief sought by

13     Plaintiffs, grant judgment to Defendants and Intervenors, and grant Defendants and Intervenors such

14     additional relief as the Court may deem just and proper.

15                                    Respectfully submitted,

16

17                                    CROWELL & MORING LLP

Steven P. Rice (Cal. Bar No. 094321)     By:     _____/s/_____
18     CROWELL & MORING LLP                     Steven P. Quarles (D.C. Bar No. 351668)
3 Park Plaza                              squarles@crowell.com
19     20th Floor                              J. Michael Klise (D.C. Bar No. 412420; *pro hac
Irvine, CA 92614-8505                     vice* application pending)
20     Telephone:  (949) 263-8400              jmklise@crowell.com
Facsimile:  (949) 263-8414              Thomas R. Lundquist (D.C. Bar No. 968123)
21     srice@crowell.com                       tlundquist@crowell.com
CROWELL & MORING LLP
22                                             1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
23                                             Telephone:  (202) 624-2629
Facsimile:  (202) 628-5116
24

25     Attorneys for Intervenor-Defendants

26     Dated:  September 28, 2007

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated:  September 28, 2007                              /s/_____
                                                                        J. Michael Klise
                                                                        Attorney for Intervenor-Defendants