UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,　　　Case No. C07-02794 JCS

　　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　　　　　　**CASE MANAGEMENT AND PRETRIAL ORDER**

ENVIRONMENTAL PROTECTION AGENCY,

　　　　　Defendant(s).
_____/

Following a case management conference held on **September 21, 2007,**

IT IS HEREBY ORDERED THAT:

1. An updated joint case management conference statement shall be due by **October 19, 2007.**

2. A further case management conference is set for **October 26, 2007, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: October 1, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge