1  Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
   ARNOLD & PORTER LLP
2  370 Seventeenth Street, Suite 4500
   Denver, Colorado  80202-1370
3  Telephone:  (303) 863-1000
   Facsimile:   (303) 832-0428
4  thomas.stoever@aporter.com

5  Attorney for Intervenor-Defendant
   Reckitt Benckiser Inc.
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN FRANCISCO DIVISION
10

11 | **Center for Biological Diversity,** a non-profit organization, | Case No. 07-cv-02794-JCS |
   | Plaintiff, | |
   | v. | **[PROPOSED] ORDER GRANTING RECKITT BENCKISER INC'S MOTION TO INTERVENE** |
   | **Environmental Protection Agency**, and **Stephen Johnson**, Administrator, U.S. EPA | |
   | Defendants, | |
   | and | |
   | **Reckitt Benckiser Inc.**, | |
   | Intervenor-Defendant. | |

21     THIS MATTER having come before the Court upon the Motion of Reckitt Benckiser Inc.

22 To Intervene as Party Defendant ("Motion"), the Court having considered the party's

23 submissions related thereto, and it appearing that good cause exists for this order, now, therefore

24     IT IS ORDERED that the Motion is GRANTED and that Reckitt Benckiser is hereby

25 allowed to intervene in this action, in both the merits and remedy phase, and the clerk is directed

26 to file the proposed Answer.

27     DATED this _____ day of _____, 2007.

28
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE