Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
thomas.stoever@aporter.com

Attorney for Intervenor-Defendant
Reckitt Benckiser Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization,<br><br>  Plaintiff,<br><br>  v.<br><br>**Environmental Protection Agency**, and **Stephen Johnson**, Administrator, U.S. EPA<br><br>  Defendants,<br><br>  and<br><br>**Reckitt Benckiser Inc.**,<br><br>  Intervenor-Defendant. | Case No. 07-cv-02794-JCS<br><br>**[PROPOSED] CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  Reckitt Benckiser PLC

---

Dated: October 1, 2007                ARNOLD & PORTER LLP

By: ___/s/ Thomas W. Stoever, Jr.___
Thomas W. Stoever, Jr.
(Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado  80202-1370
Telephone:  (303) 863-1000
Facsimile:   (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such to counsel of record.

                                                /s/ Thomas W. Stoever, Jr.