Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
thomas.stoever@aporter.com

Attorney for Intervenor-Defendant
Reckitt Benckiser Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization,<br><br>        Plaintiff,<br><br>    v.<br><br>**Environmental Protection Agency**, and **Stephen Johnson**, Administrator, U.S. EPA<br><br>        Defendants,<br><br>        and<br><br>**Reckitt Benckiser Inc.**,<br><br>        Intervenor-Defendant. | Case No. 07-cv-02794-JCS<br><br>**[PROPOSED] ENTRY OF APPEARANCE FOR THOMAS W. STOEVER, JR.** |

      On behalf of Proposed Intervenor, Reckitt Benckiser Inc., Thomas W. Stoever, Jr., enters his appearance as counsel for this matter.

Dated: October 1, 2007                    ARNOLD & PORTER LLP

By:   /s/  Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr.
(Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado  80202-1370
Telephone:  (303) 863-1000
Facsimile:   (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such to counsel of record.

                                            /s/  Thomas W. Stoever, Jr.