UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff(s),

    v.

ENVIRONMENTAL PROTECTION AGENCY, et al.,

        Defendant(s).

No. C 07-2794-JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Oct. 2, 2007

Signature: J. Michael Klise

Counsel for Proposed Intervenors CropLife America & RISE
(Plaintiff, Defendant or indicate "pro se")