1  Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
   ARNOLD & PORTER LLP
2  370 Seventeenth Street, Suite 4500
   Denver, Colorado  80202-1370
3  Telephone:  (303) 863-1000
   Facsimile:   (303) 832-0428
4  thomas.stoever@aporter.com

5  Attorney for Intervenor-Defendant
   Reckitt Benckiser Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization, | Case No. 07-cv-02794-JCS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| **Environmental Protection Agency**, and **Stephen Johnson**, Administrator, U.S. EPA | |
| Defendants, | |
| and | |
| **Reckitt Benckiser Inc.**, | |
| Proposed Intervenor-Defendant. | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the order and entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | |
|---|---|
| Dated: October 1, 2007 | ARNOLD & PORTER LLP |

By: ___/s/ Thomas W. Stoever, Jr.___
Thomas W. Stoever, Jr.
(Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such to counsel of record.

                                                                /s/ Thomas W. Stoever, Jr.