Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
thomas.stoever@aporter.com

Attorney for Proposed Intervenor-Defendant
Reckitt Benckiser Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Environmental Protection Agency**, and **Stephen Johnson**, Administrator, U.S. EPA<br><br>　　　　Defendants,<br><br>　　and<br><br>**Reckitt Benckiser Inc.**,<br><br>　　　　Proposed Intervenor-Defendant. | Case No. 07-cv-02794-JCS<br><br>**RE-NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RECKITT BENCKISER INC'S MOTION TO INTERVENE**<br><br>Date:　November 9, 2007<br>Time:　9:30 a.m.<br>Place:　Courtroom A, 15th Floor<br>Judge:　Magistrate Judge Joseph C. Spero |

## RE-NOTICE TO ALL PARTIES AND THEIR COUNSEL OF RECORD

Notice is hereby given that on November 9, 2007 at 9:30 a.m., or as soon as this matter may be heard, in the Courtroom of the Honorable Joseph C. Spero (Courtroom A, 15th Floor), Reckitt Benckiser Inc's ("Reckitt's") motion to intervene in this action under Rule 24 of the Federal Rules of Civil Procedure ("Rule 24") will be heard.

1  Reckitt seeks leave to intervene as of right to protect its property interests in its government-issued registrations for brodifacoum, difethialone, and warfarin, and alternatively seeks permissive intervention.

Respectfully submitted this 3rd day of October, 2007,

By: ___/s/ Thomas W. Stoever, Jr.___
Thomas W. Stoever, Jr.
(Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado  80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428

Attorney for Proposed Intervenor-Defendant Reckitt Benckiser, Inc.

Re-Notice of Motion And Memorandum Of Points And Authorities In Support Of Reckitt Benckiser Inc's Motion To Intervene      -2-

CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such to counsel of record.

                                         /s/  Thomas W. Stoever, Jr.