Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
5656 S. Dorchester Ave. No. 3
Chicago, IL 60637
Tel: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

Michael Graf (CA Bar No. 136172)
Law Offices of Michael W. Graf
227 Behrens Street
El Cerrito, California 94530
Tel: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> **Environmental Protection Agency**, and **Stephen Johnson,** Administrator, U.S. EPA <br><br> Defendants. | Case No.:  C-07-2794-JCS <br><br> **DECLARATION OF MICHAEL W. GRAF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTIONS TO INTERVENE** <br><br> Hearing Date: Friday, Nov. 2, 2007 <br> Time: 9:30 a.m. <br> **Courtroom A, 15th Floor** <br><br> **Magistrate Judge Joseph C. Spero** |

GRAF DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO INTERVENTION
i
C-07-2794-JCS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GRAF DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO INTERVENTION
ii
C-07-2794-JCS

I, Michael W. Graf, declare that:

1.       I am an attorney at law duly admitted and licensed to practice before this Court and am an attorney of record for Plaintiff Center for Biological Diversity.

2.       Attached as Exhibit "A" is a true and correct copy of the United States District Court's decision in *Forest Guardians v. U.S. Forest Service*, CV 00-612 TUC RCC (GEE) (D. Az. June 6, 2001.)

3.       Attached as Exhibit "B is a true and correct copy of the United States District Court's decision in *Hells Canyon Preservation Council v. U.S. Forest Service*, CV 00-755-HU (D. Or. Dec. 18, 2000.)

4.       Attached as Exhibit "C" is a true and correct copy of the United States District Court's decision in *High Sierra Hikers Assn. v. Powell*, C-00-1239-EDL, slip order (N.D. Cal. July 24, 2000.)

5.       Attached as Exhibit "D" is a true and correct copy of the United States District Court's decision in *CBD v. Whitman,* C 02-1580 (N.D. Cal., Aug. 6, 2002).

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed on this 11th day of October 2007 in El Cerrito, California.

By:   \_/s/ Michael Graf\_\_
Michael W. Graf
Attorney for Plaintiff

GRAF DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO INTERVENTION

iii

C-07-2794-JCS