UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. C 07-02794 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING HEARING MOTIONS TO INTERVENE |
| ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the pending Motions to Intervene by proposed Intervenor-Defendants' CropLife America, RISE, and Reckitt Benckiser, Inc., before Magistrate Judge Spero, have been set for hearing on **November 9, 2007, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: October 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy