UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants.. <br>_____ | Case No: C-07-02794-JCS<br><br>**SECOND JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE; PROPOSED ORDER**<br><br>Date: October 26, 2007<br>Time: 1:30 p.m.<br>Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

**SECOND JOINT CASE MANAGEMENT STATEMENT**

The parties to the above-entitled action submit this Second Joint Case Management Statement, Request for Continuance and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

On September 21, 2007, the Court held a case management conference in this matter. At the CMC, counsel for plaintiff and defendants stated their preference for pursuing settlement rather than moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2) regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint) on eleven endangered and threatened species occurring in the San Francisco Bay Area.

Since the September 21, 2007 CMC, the parties have exchanged settlement proposals and discussed the potential for settlement of this case. At this time, the parties believe a continuance of the CMC currently scheduled for October 26, 2007 would be beneficial in allowing the parties to continue their settlement discussions and to determine whether settlement is possible.

The parties therefore jointly request a continuance of the CMC currently scheduled for October 26, 2007 to November 30, 2007.

DATED: October 16, 2007

/s/ Michael W. Graf
Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

Second Joint Case Management Statement
and Request for Continuance; Proposed Order

2     C-07-02794-JCS

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

1. The case management conference scheduled for October 26, 2007 is continued to November 30, 2007 at 1:30 p.m..

2. An updated joint case management conference statement shall be due by November 20, 2007.

IT IS SO ORDERED

Dated: October ___, 2007.

_____
Honorable Joseph C. Spero