**United States District Court**
For the Northern District of California

1

2

3

4                      UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6   CENTER FOR BIOLOGICAL DIVERSITY,        Case No.  07-02794 JCS

7            Plaintiff(s),                  **ORDER GRANTING CONTINUANCE
                                            OF CASE MANAGEMENT**
8        v.                                 **CONFERENCE AND CONTINUING
                                            HEARING ON PROPOSED**
9   ENVIRONMENTAL PROTECTION                **INTERVENOR DEFENDANT'S**
    AGENCY, ET AL.,                         **MOTIONS TO INTERVENE [Docket Nos.**
10                                          **19 and 21]**

11           Defendant(s).
                                    _____/
12   _____

13        On October 19, 2007, the parties filed a Second Joint Case Management Conference

14   Statement and Request for Continuance currently scheduled for October 26, 2007 at 1:30 p.m.

15        On October 18, 2007, the Court issued a Clerk's Notice setting hearing on the Proposed

16   Intervenor Defendant's Motions to Intervene for November 9, 2007, at 9:30 a.m.

17        IT IS HEREBY ORDERED THAT the Court GRANTS the continuance of the case

18   management conference, currently scheduled for October 26, 2007, at 1:30 p.m., to **November 30,**

19   **2007 at 9:30 a.m.**  The joint updated case management conference statement shall be due by

20   **November 20, 2007.**

21        IT IS HEREBY FURTHER ORDERED THAT in light of the case management conference

22   being continued, oral argument on the pending Motions to Intervene, currently set for November 9,

23   2007 at 9:30 a.m., have been continued to **November 30, 2007, at 9:30 a.m.**

24        IT IS SO ORDERED.

25

26   Dated:  October 22, 2007

27                                          _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge
28