# Exhibit E

**ORIGINAL**

Honorable John C. Coughenour

```
___ FILED      ___ ENTERED
_✓_ LODGED    ___ RECEIVED

        MAY 29 2001

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

```
___ FILED      ___ ENTERED
_✓_ LODGED    ___ RECEIVED

        MAY - 2 2001    D1

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WASHINGTON TOXICS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> and <br><br> AMERICAN CROP PROTECTION ASSOCIATION, et al., <br><br> Applicants for Intervention. | NO. C01-0132 C <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION OF AMERICAN CROP PROTECTION ASSOCIATION, ET AL., TO INTERVENE AS PARTY DEFENDANTS |

THIS MATTER having come before the Court upon the Motion of American Crop Protection Association, et al. to Intervene as Party Defendants ("Motion"), the Court having considered the parties' submissions related thereto, and it appearing that good cause exists for this order, now, therefore,

---

[PROPOSED] ORDER GRANTING MOTION OF
AMERICAN CROP PROTECTION ASSOCIATION, ET
AL., TO INTERVENE AS PARTY DEFENDANTS - 1

**LEARY · FRANKE · DROPPERT** PLLC
500 Burke Bldg.
316 Occidental Ave. S.
Seattle, WA 98104
t: 206.343.8835
f: 206.343.8895

IT IS ORDERED that the Motion is GRANTED and that the Proposed Intervenors[1] are hereby allowed to intervene in this action.

DATED this 29 day of May, 2001.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

LEARY FRANKE DROPPERT PLLC

_____
Terrence L. Fredrickson (WSBA No. 15279)
316 Occidental Ave. S., Suite 500
Seattle, WA 98104
(206) 343-8835

CROWELL & MORING LLP

Steven P. Quarles (D.C. Bar No. 351668)
J. Michael Klise (D.C. Bar No. 412420)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

Attorneys for Proposed Intervenors
American Crop Protection Association, et al.

---

[1] Proposed Intervenors include, in addition to the American Crop Protection Association, the California Plant Health Association, Oregon Agricultural Chemicals & Fertilizers Association, Agricultural Retailers Association, Far West Agribusiness Association, Agricultural Cooperative Council of Oregon, Fruit Growers League of Southern Oregon, Hood River Grower-Shipper Association, Hop Growers of Washington, Idaho Mint Growers Association, Malheur County Onion Growers Association, National Potato Council, Orchard View Farms, Oregon Alfalfa Seed Growers Association, Oregon Cranberry Farmers' Alliance, Oregon Farm Bureau Federation, Oregon Hop Growers Association, Oregon Horticultural Society, Oregon Seed Council, Oregon Wheat Growers League, USA Dry Pea and Lentil Council, Wasco County Fruit & Produce League, Washington Association of Wheat Growers, Washington Mint Growers Association, Washington State Farm Bureau, Washington State Horticultural Association, Washington State Potato Commission, Western Washington Agricultural Association, Oregon Cattlemen's Association, Oregon Dairy Farmers Association, American Forest Resource Council, Oregon Forest Industries Council, Washington Friends of Farms and Forests, Oregonians for Food and Shelter, Western Washington Golf Course Superintendents Association, National Agricultural Aviation Association, and California Agricultural Aircraft Association.

[PROPOSED] ORDER GRANTING MOTION OF AMERICAN CROP PROTECTION ASSOCIATION, ET AL., TO INTERVENE AS PARTY DEFENDANTS - 2

LEARY · FRANKE · DROPPERT PLLC
500 Burke Bldg.
316 Occidental Ave. S.
Seattle, WA 98104
t: 206.343.8835
f: 206.343.8895