UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant(s).<br>_____/ | No. C 07-02794 (JCS)<br><br>CLERK'S NOTICE RESETTING HEARING ON MOTIONS TO INTERVENE |

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the hearing on the pending Motions to Intervene by proposed Intervenor-Defendants' CropLife America, RISE, and Reckitt Benckiser, Inc., before Magistrate Judge Spero, previously notice for hearing on November 30, 2007, at 9:30 a.m., has been reset for hearing on **January 18, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: November 20, 2007

                                          FOR THE COURT,
                                          Richard W. Wieking, Clerk

                             by: _____
                                          Karen L. Hom
                                          Courtroom Deputy