# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants.. | Case No: C-07-02794-JCS<br><br>**THIRD JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE; PROPOSED ORDER**<br><br>Date: November 30, 2007<br>Time: 9:30 a.m.<br>Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

## THIRD JOINT CASE MANAGEMENT STATEMENT

The parties to the above-entitled action submit this Third Joint Case Management Statement, Request for Continuance and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

On September 21, 2007, the Court held a case management conference in this matter. At the CMC, counsel for plaintiff and defendants stated their preference for pursuing settlement rather than moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2) regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint) on eleven endangered and threatened species occurring in the San Francisco Bay Area.

After the September 21, 2007, CMC, the parties exchanged settlement proposals and discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a Second Joint Case Management Statement and requested additional time for settlement discussions. On October 22, 2007, the Court continued the case management conference until November 30,

2007.

Since October 22, 2007, the parties have exchanged further settlement proposals and believe progress has been made. At this time, the parties believe a continuance of the CMC currently scheduled for November 30, 2007, would be beneficial in allowing the parties to continue their settlement discussions and to determine whether settlement is possible.

The parties therefore jointly request a continuance of the CMC currently scheduled for November 30, 2007, to January 18, 2007, at 9:30 a.m.

.

DATED: November 20, 2007  /s/ Justin Augustine
Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

1. The case management conference scheduled for November 30, 2007 is continued to January 18, 2007 at 9:30 a.m..

2. An updated joint case management conference statement shall be due by January 11, 2007.

IT IS SO ORDERED.

Dated: November ___, 2007.

_____
Honorable Joseph C. Spero

3