1  Michael W. Graf (CA Bar No. 136172)
   Law Offices
2  227 Behrens Street
   El Cerrito, CA 94530
3  Telephone:  (510) 525-7222
   Facsimile:  (510) 525-1208
4  mwgraf@aol.com

5  Justin Augustine (CA Bar No. 235561)
   Center for Biological Diversity
6  1095 Market St., Suite 511
   San Francisco, CA 94103
7  Tel: (415) 436-9682 x302
   Fax: (415) 436-9683
8  jaugustine@biologicaldiversity.org

9  Attorneys for Plaintiff

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                          **SAN FRANCISCO DIVISION**

14
                                                    )     Case No: C-07-02794-JCS
15  CENTER  FOR  BIOLOGICAL                         )
    DIVERSITY, a non-profit corporation;            )     **FOURTH JOINT CASE MANAGEMENT**
16                                                  )     **STATEMENT AND REQUEST FOR**
            Plaintiff,                              )     **CONTINUANCE; PROPOSED ORDER**
17                                                  )
            v.                                      )     Date: January 18, 2008
18                                                  )     Time: 9:30 a.m.
    ENVIRONMENTAL  PROTECTION                       )     Courtroom A, 15th Floor
19  AGENCY *et al.*,                                )
                                                    )     Honorable Joseph C. Spero
20          Defendants..                            )
    _____         )
21                                                  )
                                                    )
22
                    **FOURTH JOINT CASE MANAGEMENT STATEMENT**
23
        The parties to the above-entitled action submit this Fourth Joint Case Management Statement
24
    Request for Continuance and Proposed Order and request the Court to adopt it as its Case
25
    Management Order in this case.
26
        On September 21, 2007, the Court held a case management conference ("CMC") in this
27
    matter.  At the CMC, counsel for plaintiff and defendants stated their preference for pursuing
28

Fourth Case Management Statement
and Request for Continuance; Proposed Order
                                           1          C-07-02794-JCS

1 settlement rather than moving forward with briefing on the allegations in plaintiff's complaint that
2 defendants are currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C.
3 § 1536(a)(2) regarding the impacts of certain pesticide registrations (as specifically identified in the
4 Complaint) on eleven endangered and threatened species occurring in the San Francisco Bay Area.

5   After the September 21, 2007, CMC, the parties exchanged settlement proposals and
6 discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a
7 Second Joint Case Management Statement and requested additional time for settlement discussions.
8 On October 22, 2007, the Court continued the case management conference until November 30,
9 2007. On November 20, 2007, the parties submitted their Third Joint Case Management Statement
10 requesting additional time to negotiate settlement, and on November 21, 2007, the Court continued
11 the case management conference until January 18, 2008.

12   Since November, the parties have discussed further settlement proposals and believe
13 significant progress has been made. At this time, the parties believe a continuance of the CMC
14 currently scheduled for January 18, 2008, would be beneficial in allowing the parties to continue
15 their settlement discussions. The parties therefore jointly request a continuance of the CMC
16 currently scheduled for January 18, 2008, at 9:30 a.m to March 14, 2008.

17

18 DATED: January 11, 2008          /s/ Justin Augustine
                                    Justin Augustine (CA Bar No. 235561)
19                                  Center for Biological Diversity
                                    1095 Market St., Suite 511
20                                  San Francisco, CA 94103
                                    Tel: (415) 436-9682 x302
21                                  Fax: (415) 436-9683
                                    jaugustine@biologicaldiversity.org
22
                                    Michael W. Graf (CA Bar No. 136172)
23                                  Law Offices
                                    227 Behrens Street
24                                  El Cerrito, CA 94530
                                    Telephone: (510) 525-7222
25                                  Facsimile: (510) 525-1208
                                    mwgraf@aol.com
26
                                    Attorneys for Plaintiff
27

28

Fourth Case Management Statement
and Request for Continuance; Proposed Order

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

1. The case management conference scheduled for January 18, 2008 is continued to March 14, 2008 at 9:30 a.m..

2. An updated joint case management conference statement shall be due by March 7, 2008.

IT IS SO ORDERED.

Dated: January ___, 2008.

_____
Honorable Joseph C. Spero