1  J. Michael Klise (*pro hac vice*)
   jmklise@crowell.com
2  Steven P. Quarles (D.C. Bar No. 351668)
   squarles@crowell.com
3  Thomas R. Lundquist (D.C. Bar No. 968123)
   tlundquist@crowell.com
4  CROWELL & MORING LLP
   1001 Pennsylvania Ave., NW
5  Washington, D.C. 20004-2595
   Telephone: (202) 624-2629
6  Facsimile: (202) 628-5116

7  Steven P. Rice (Cal. Bar No. 094321)
   CROWELL & MORING LLP
8  3 Park Plaza
   20th Floor
9  Irvine, CA 92614-8505
   Telephone: (949) 263-8400
10 Facsimile: (949) 263-8414
   srice@crowell.com
11
   Attorneys for Proposed Intervenors
12
                    IN THE UNITED STATES DISTRICT COURT
13
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                            SAN FRANCISCO DIVISION
15

16  CENTER FOR BIOLOGICAL                )   No. C-07-2794-JCS
    DIVERSITY,                           )
17                                       )
              Plaintiff,                 )   NOTICE BY PROPOSED
18                                       )   INTERVENORS CROPLIFE
         v.                              )   AMERICA AND RISE
19                                       )   CONCERNING HEARING ON
    ENVIRONMENTAL PROTECTION             )   PENDING MOTION TO
20  AGENCY, et al.,                      )   INTERVENE
                                         )
21            Defendants,                )
                                         )
22       and                             )   Hearing Date: Friday, Mar. 14, 2008
                                         )   Time: 1:30 p.m.
23  CROPLIFE AMERICA and RISE,           )   Courtroom A, 15th Floor
                                         )
24            Proposed Intervenors.      )   Magistrate Judge Joseph C. Spero
                                         )
25

26       In advance of the Case Management Statement to be filed by the parties by March 7, 2008,

27  Proposed Intervenors CropLife America ("CLA") and RISE respectfully submit this notice to advise

28

Proposed Intervenors' Notice Concerning Hearing on Mot. to Intervene, Case No. 07-2794-JCS

the Court and the parties of our preference that our pending motion to intervene remain on the calendar as currently scheduled for Friday, March 14, 2008.

The undersigned has conferred with counsel for the parties to determine whether there is opposition to maintaining the current calendar for hearing the motion. Plaintiff's counsel (Mr. Augustine) advises that his client is awaiting a response from Defendant Environmental Protection Agency ("EPA") in settlement discussions and, pending receipt of such response, has no position on calendaring. Counsel for Federal Defendants (Ms. Riley) advises that her clients take no position on calendaring.

## PROCEDURAL BACKGROUND

CLA and RISE filed a joint motion to intervene (Dkt. 19) on September 28, 2007, and calendared it for hearing on Friday, Nov. 2, 2007, pursuant to Civ. L.R. 7-2(a). Defendants took no position on the motion. Plaintiff Center for Biological Diversity ("CBD") filed a partial opposition that asked the Court to deny the motion to intervene "in the liability phase of this case" but did "not object to [CLA and RISE's] involvement in the remedial phase of the litigation." Pl's Combined Opp. to Mots. to Intervene (Dkt. 27) at 13.[1]

Since then, CBD and Defendants have filed three joint case management statements informing the Court that they have exchanged settlement proposals and believe that progress is being made towards settlement. Each statement requested a continuance of the upcoming case management conference ("CMC"). *See* Dkt. 30, 35, and 37. The Court granted those requests and at same time continued the hearing on the pending motions to intervene in tandem with the rescheduled CMC. *See* Dkt. 31, 34, and 38. The hearing and CMC are now calendared for March 14, 2008 (*see* Dkt. 38 and other unnumbered docket entries dated 1/14/2008).

## DISCUSSION

CLA and RISE understand that CBD and Defendants may seek another continuance of the CMC to allow them to continue to discuss settlement. While we would not oppose continuing the

---

[1] A separately represented company, Reckitt Benckiser Inc., filed a motion to intervene (Dkt. 21) on Oct. 1, 2007. The Court subsequently set that motion and CLA/RISE's motion to intervene for hearing on Nov. 9, 2007. *See* Dkt. 29.

CMC, we ask the Court to hear the motion to intervene on March 14 regardless of whether the CMC occurs as scheduled.

Our need to intervene is significant and time-sensitive. Our interest in this case stems from a need to protect the product registrations granted by EPA that our member companies hold under the Federal Insecticide, Fungicide and Rodenticide Act. Those registrations constitute licenses and dictate the terms under which our member companies' products can be manufactured, sold, and used. *See* Mot. to Intervene (Dkt. 19) at 8-11. CBD's Complaint directly implicates these legally protected interests: CBD asks the Court to order EPA to begin the consultation process under § 7(a)(2) of the Endangered Species Act ("ESA") for each of 46 pesticides (including 40 registered to CLA or RISE members), and to enjoin EPA from authorizing use of those pesticides until the ESA consultation process is complete. Compl. at 49 (Prayer for Relief).

As *Proposed* Intervenors, CLA and RISE have not been not privy to the substance of the settlement discussions between CBD and Defendants – yet, our motion to intervene rests in part on a need to ensure that our members' voices are heard and their interests not compromised in any settlement or agreed remedy. *See* Dkt. 19 at 12-13. Given of the duration and reported growing progress of the current settlement dialogue (*see* Dkt. 35 at 2 ("progress"); Dkt. 37 at 2 ("significant progress")) since the parties first expressed interest in it five months ago at the September 21, 2007 initial CMC, in all likelihood the parties by now are discussing some form of remedy, along with interim constraints on pesticide registration or use pending the completion of whatever steps EPA agrees to take. That aspect of settlement would be consistent with CBD's request for an injunction in this case, and would mirror measures that have been included in remedies or settlements reached (with the participation of industry interests as intervenor-defendants) in other cases similar to this one.[2] Those constraints can last a significant time. For example, the "interim" restrictions imposed

---

[2] *See, e.g., Washington Toxics Coal. v. EPA*, No. 01-0132C (W.D. Wash. July 2, 2002 and Jan. 22, 2004), *aff'd*, 413 F.3d 1024 (9th Cir. 2005) (injunction and interim constraints imposed after court heard views of all parties, including industry intervenors); *Center for Biological Diversity v. Johnson*, No. C-02-1580-JSW (N.D. Cal. Sept. 19, 2005 and Oct. 20, 2006) (stipulated injunction and interim measures negotiated by all parties, including industry intervenors).

by the district court on pesticide use in *Washington Toxics Coalition* on January 22, 2004, are still in place today, over four years later.

The parties' long-running settlement discussions here have moved this case, in substance, into the remedy stage. CLA and RISE believe we are entitled to full intervention, but in any event the case is now at a remedial stage, where our intervention is no longer opposed by CBD. *See* Dkt. 27 at 9 ("[p]laintiffs do not oppose the limited intervention of Proposed Intervenors at the remedial stage because that is when the Proposed Intervenors' interests may actually be affected"); *id.* at 10 ("[p]roposed Intervenors' interests lie in the remedial phase of this suit, at which point all agree it is appropriate for them to have party status to protect those interests").

## **CONCLUSION**

For these reasons, CLA and RISE respectfully ask that our motion to intervene be granted or, if not, that it remain on the Court's calendar for argument and submission on March 14, 2008.

Respectfully submitted,

By:   /s/

Steven P. Rice (Cal. Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
srice@crowell.com

J. Michael Klise (*pro hac vice*)
jmklise@crowell.com
Steven P. Quarles (D.C. Bar No. 351668)
squarles@crowell.com
Thomas R. Lundquist (D.C. Bar No. 968123)
tlundquist@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2629
Facsimile: (202) 628-5116

Attorneys for Proposed Intervenors CropLife America and RISE

Dated: February 29, 2008