UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants.. | Case No: C-07-02794-JCS<br><br>**FIFTH JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE; PROPOSED ORDER**<br><br>Date: March 14, 2008<br>Time: 1:30 p.m.<br>Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

**FIFTH JOINT CASE MANAGEMENT STATEMENT**

The parties to the above-entitled action submit this Fifth Joint Case Management Statement, Request for Continuance and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**A.   REQUEST FOR CMC CONTINUANCE**

On September 21, 2007, the Court held a case management conference in this matter. At the CMC, counsel for Plaintiff and Defendants stated their preference for pursuing settlement rather than moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2) regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint) on eleven endangered and threatened species occurring in the San Francisco Bay Area.

Since the September 21, 2007 CMC, the parties have exchanged settlement proposals and discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a Second Joint Case Management Statement and requested additional time for settlement discussions.

On October 22, 2007, the Court continued the case management conference until November 30, 2007. On November 20, 2007, the parties submitted their Third Joint Case Management Statement requesting additional time to negotiate settlement, and on November 21, 2007, the Court continued the case management conference until January 18, 2008.  On January 11, 2008, the parties submitted their Fourth Joint Case Management Statement requesting additional time to negotiate settlement, and on January 14, 2008, the Court continued the case management conference until March 14, 2008.

Since January, the parties have discussed further settlement proposals and believe significant progress has been made. At this time, the parties believe a continuance of the CMC currently scheduled for March 14, 2008, would be beneficial in allowing the parties to continue their settlement discussions.  The parties therefore jointly request a continuance of the CMC currently scheduled for March 14, 2008, at 1:30 p.m. to May 16, 2008.

**B.     RESPONSE TO PROPOSED INTERVENORS' RECENT FILINGS**

Plaintiff has opposed Proposed Intervenors' Motions to intervene for purposes of liability, but have not opposed such intervention for purposes of remedy. *See* Docket Nos. 27-28.  Plaintiff's position is that a further continuance of the intervention hearing to the continued CMC date would allow Plaintiff and EPA to make further progress regarding the parameters of a potential settlement.

In the alternative, if the Court determines that Proposed Intervenors should participate at this juncture in the settlement discussions as an intervening party, Plaintiff reiterates the arguments set forth in its prior briefing that such participation should be limited to addressing the remedy aspects of the settlement and that Proposed Intervenors should not have standing as parties to contest EPA's liability under 15 U.S.C. § 1536(a)(2), as alleged by Plaintiff's complaint.

EPA takes no position on this issue.

DATED: March 7, 2008              /s/  Michael W. Graf
                                  Michael W. Graf (CA Bar # 136172)
                                  Law Offices
                                  227 Behrens Street
                                  El Cerrito, CA 94530
                                  Telephone:  (510) 525-7222
                                  Facsimile:  (510) 525-1208
                                  mwgraf@aol.com

Fifth Joint Case Management Statement
and Request for Continuance; Proposed Order

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

RONALD J. TENPAS,
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

Fifth Joint Case Management Statement
and Request for Continuance; Proposed Order

3     C-07-02794-JCS

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

    1.    The case management conference scheduled for March 14, 2008 is continued to May 16, 2008 at 1:30 p.m..

    2.    An updated joint case management conference statement shall be due by May 9, 2007.

IT IS SO ORDERED

Dated: March ___, 2008.

_____
Honorable Joseph C. Spero