Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
thomas.stoever@aporter.com

Attorney for Proposed Intervenor-Defendant
Reckitt Benckiser Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> **Environmental Protection Agency**, and **Stephen Johnson**, Administrator, U.S. EPA <br><br> Defendants, <br><br> and <br><br> **Reckitt Benckiser Inc.**, <br><br> Proposed Intervenor-Defendant. | Case No. 07-cv-02794-JCS <br><br> **PROPOSED INTERVENOR RECKITT BENCKISER'S RESPONSE TO FIFTH JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: March 14, 2008 <br> Time: 1:30 p.m. <br> Place: Courtroom A, 15th Floor <br> Judge: Magistrate Judge Joseph C. Spero |

On Friday, March 7, 2008, the parties filed their Fifth Joint Case Management Statement ("Statement") (Dckt. 41) with the Court in anticipation of the upcoming hearing currently scheduled for March 14, 2008. Reckitt Benckiser Inc. ("Reckitt") provides the following response to several points raised in the Statement.

First, the parties do not dispute Reckitt's understanding, as expressed in Reckitt's Status Report filed on February 29, 2008 (Dckt. 39), that the settlement discussions have moved into

1 discussions of remedy. Given that the settlement negotiations have turned to the issue of
2 remedy, all parties agree that Reckitt's property interests are affected and thus Reckitt should be
3 permitted to intervene as of right.

4      Second, CBD argues that, to the extent Reckitt is allowed to intervene, Reckitt's
5 participation should be limited to addressing the remedial aspects of any settlement and Reckitt
6 should not have standing to contest liability. *See* Statement at 2 (Dckt. 41). CBD cites no basis
7 for so limiting Reckitt's intervention. As discussed at length in Reckitt's Motion to Intervene
8 and Reply, Reckitt has a clear interest in the process by which EPA issues registrations. Motion
9 at 10 (Dckt. 21); Reply at 2-5 (Dckt. 33). To the extent the settlement negotiations address this
10 process, Reckitt has an interest in and would like to participate in such discussions. Whether this
11 issue goes to liability or remedy elevates form over substance, and attempts to parse Reckitt's
12 involvement in the settlement discussions at this level would not be practical. Furthermore,
13 Reckitt is only interested in those aspects of the settlement that affect its interests; Reckitt has no
14 interest in negotiating and litigating all aspects of the settlement agreement.

15      Finally, Reckitt notes that the parties have discussed settlement for five months and have
16 exchanged two drafts. As Reckitt noted in its Status Report, CBD has no basis at this stage to
17 claim it would slow down the settlement negotiations. *See* Status Report at 3 (Dckt. 39).
18 Furthermore, others have participated in similar settlement negotiations without derailing the
19 process. *See id.* Reckitt seeks to intervene in this matter to protect its interests and wants to do
20 so in a way that encourages rather than disrupts the settlement process.

21
22
23
24
25
26
27
28

1  Respectfully submitted this 10th day of March, 2008,

3  By: ___/s/  Thomas W. Stoever, Jr.___
    Thomas W. Stoever, Jr.
    (Cal. Bar No. 150056)
    ARNOLD & PORTER LLP
    370 Seventeenth Street
    Suite 4500
    Denver, Colorado  80202-1370
    Telephone:  (303) 863-1000
    Facsimile:   (303) 832-0428

    Attorney for Proposed Intervenor-
    Defendant Reckitt Benckiser, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that on March 10th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such to counsel of record.

                                            /s/  Thomas W. Stoever, Jr.