1
2
3
4                           **UNITED STATES DISTRICT COURT**
5                            **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation; | Case No: C-07-02794-JCS |
| | **MOTION TO APPEAR BY TELEPHONE** |
| Plaintiff, | Date: March 14, 2008 |
| | Time: 1:30 p.m. |
| v. | Courtroom A, 15th Floor |
| ENVIRONMENTAL PROTECTION AGENCY *et al.*, | Honorable Joseph C. Spero |
| Defendants.. | |

Counsel for the Federal Defendants, Rebecca J. Riley, hereby respectfully requests leave to appear by telephone at the case management conference and hearing scheduled for March 14, 2008 at 1:30 pm in the above-captioned case. Ms. Riley is an attorney at the Department of Justice in Washington, DC. Ms. Riley's phone number is 202-305-0202.

MOTION TO APPEAR BY TELEPHONE
                                    1           C-07-02794-JCS

1 | DATED: March 14, 2008

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                   /s/ Rebecca J. Riley
                                                   REBECCA J. RILEY