# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation;<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.,*<br><br>　　　　Defendants.. | Case No: C-07-02794-JCS<br><br>**MOTION TO APPEAR BY TELEPHONE**<br><br>Date: March 14, 2008<br>Time: 1:30 p.m.<br>Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

Counsel for the Federal Defendants, Rebecca J. Riley, hereby respectfully requests leave to appear by telephone at the case management conference and hearing scheduled for March 14, 2008 at 1:30 pm in the above-captioned case. Ms. Riley is an attorney at the Department of Justice in Washington, DC. Ms. Riley's phone number is 202-305-0202.

1  DATED: March 14, 2008

2                                          RONALD J. TENPAS
                                           Assistant Attorney General
3                                          JEAN E. WILLIAMS, Section Chief
                                           SETH M. BARSKY, Assistant Chief
4
                                            /s/ Rebecca J. Riley
5                                          REBECCA J. RILEY
                                           U.S. Department of Justice
6                                          Environment & Natural Resources Division
                                           Wildlife & Marine Resources Section
7                                          Ben Franklin Station, P.O. Box 7369
                                           Washington, D.C. 20044-7369
8                                          Telephone: (202) 305-0202
                                           Facsimile: (202) 305-0275
9
                                           Attorneys for Defendants
10

13  DAted: March 14, 2008



MOTION TO APPEAR BY TELEPHONE

                                2          C-07-02794-JCS

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

5           /s/ Rebecca J. Riley
6           REBECCA J. RILEY