# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-02794 JCS

**CASE NAME:** CENTER FOR BIOLOGICAL DIVERSITY v. EPA

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** March 14, 2008    **TIME:** 19 mins | **COURT REPORTER:** Lydia Zinn |
| **COUNSEL FOR PLAINTIFF:**<br>Justine Augustine<br>Michael Graf | **COUNSEL FOR DEFENDANT:**<br>Rebecca Riley *(T)<br>Mike Klise, Proposed Intv Dft<br>CropLife & RISE<br>Thomas Stoever, Proposed Intv Dft<br>Reckitt Benckiser |

**PROCEEDINGS:**

1. Prop. Intervenor Dfts' CropLife & RISE's Motion to Intervene [Docket No. 19]

2. Prop. Intervenor Dft Reckitt Benckiser's Motion to Intervene [Docket No. 21]

3. Further case management conference

**RULING:**

1. Granted in part, denied in part.

2. Granted in part, denied in part.

3. Held.

**ORDERED AFTER HEARING:**

Intervenor Defendants' shall be allowed to intervene only as to the remedy phase. A joint updated case management conference statement shall be due by 5/9/8.

**ORDER TO BE PREPARED BY:**   ( ) Plaintiff   ( ) Defendant   (X) Court

**CASE CONTINUED TO:** 05/16/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.   ( )Jury   ( )Court   Set for   days | | |

**cc:** Chambers; Karen
* (T) = Telephonic Appearance