UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendant(s).<br>_____/ | Case No.  C07-2794 JCS<br><br>**ORDER GRANTING IN PART, DENYING IN PART MOTIONS TO INTERVENE [Docket Nos. 19 and 21] AND CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER.** |

On January 14, 2008, proposed Intervenor Defendants CropLife America, RISE-Responsible Industry for a Sound Environment, and Reckitt Benckiser filed Motions to Intervene (the "Motions").

On March 14, 2008, the Motions came on for hearing.  Michael Graf and Justine Augustine, counsel for Plaintiff, appeared.  Rebecca Riley, counsel for Defendant, appeared.  Michael Klise, counsel for proposed Intervenor Defendant CropLife America and RISE, appeared.  Thomas Stoever, counsel for proposed Intervenor Defendant Reckitt Benckiser, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motions are GRANTED under Fed. R. Civ. P. 24(b) as to the remedy phase of this case.  The remainder of the Motions are DENIED.

IT IS HEREBY FURTHER ORDERED that a joint case management conference statement from all parties shall be due on **May 9, 2008**.  A further case management conference is set for **May 16, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  March 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge