Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado  80202-1370
Telephone:  (303) 863-1000
Facsimile:   (303) 832-0428
thomas.stoever@aporter.com

Attorney for Intervenor-Defendant
Reckitt Benckiser Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> **Environmental Protection Agency**, and **Stephen Johnson**, Administrator, U.S. EPA <br><br> Defendants, <br><br> and <br><br> **CropLife America**, **RISE, and Reckitt Benckiser, Inc.,** <br><br> Intervenor-Defendants. | Case No. 07-cv-02794-JCS <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Reckitt Benckiser Group PLC

Dated: April 2, 2008                                  ARNOLD & PORTER LLP

By:   /s/ Thomas W. Stoever, Jr.
    Thomas W. Stoever, Jr.
    (Cal. Bar No. 150056)
    ARNOLD & PORTER LLP
    370 Seventeenth Street
    Suite 4500
    Denver, Colorado 80202-1370
    Telephone: (303) 863-1000
    Facsimile: (303) 832-0428

    Attorney for Intervenor-Defendant
    Reckitt Benckiser, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such to counsel of record.

                                         /s/ Thomas W. Stoever, Jr.