J. Michael Klise (*pro hac vice*)
jmklise@crowell.com
Steven P. Quarles
squarles@crowell.com
Thomas R. Lundquist
tlundquist@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Phone:  202-624-2629
Facsimile:  202-628-5116

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Phone:  949-263-8400
Facsimile:  949-263-8414
srice@crowell.com

Attorneys for Intervenor-Defendants CropLife America and RISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| CROPLIFE AMERICA and RISE, | ) ) |
| Intervenor-Defendants. | ) ) ) |

No. C-07-2794-JCS

ANSWER OF INTERVENOR-DEFENDANTS CROPLIFE AMERICA AND RISE

Magistrate Judge Joseph C. Spero

Intervenor-Defendants CropLife America and RISE ("Intervenors") file this Answer pursuant to Rules 12 and 24 of the Federal Rules of Civil Procedure.  Any allegation not specifically admitted

below is denied.  Answering the numbered paragraphs of the Complaint (May 30, 2007), Intervenors admit, deny, and aver as follows:

1.    Paragraph 1 consists of Plaintiff's characterization of its lawsuit, to which no response is required.

2.    Paragraph 2 consists of Plaintiff's characterization of its lawsuit, to which no response is required.

3.    Paragraph 3 consists of Plaintiff's characterization of its lawsuit, to which no response is required.

4.    The first two sentences of Paragraph 4 state conclusions of law, to which no response is required.  The third sentence consists of Plaintiff's characterization of its lawsuit, to which no response is required.

5.    Intervenors lack sufficient information to form a belief as to the truth of the allegations contained in the first two sentences of Paragraph 5.  The third sentence of Paragraph 5 is denied.

6.    Paragraph 6 states conclusions of law, to which no response is required.

7.    Paragraph 7 states conclusions of law, to which no response is required.  Further, Intervenors lack sufficient information to form a belief as to the truth of the allegation that certain events occurred and continue to occur "in this district" and therefore deny such allegation.

8.    Paragraph 8 states conclusions of law, to which no response is required.  Further, Intervenors lack sufficient information to form a belief as to the truth of the allegation that certain events occurred and continue to occur in the identified counties and therefore deny such allegation.

9.    Intervenors lack sufficient information about Plaintiff to form a belief as to the truth of the allegations of Paragraph 9 and therefore deny those allegations.

10.    Intervenors lack sufficient information about Plaintiffs to form a belief as to the truth of the allegations of Paragraph 10 and therefore deny those allegations.  Intervenors expressly deny that Plaintiff or its members are adversely affected as alleged.

11.     Intervenors admit that Defendant Environmental Protection Agency ("EPA") is a federal agency.  As to Plaintiff's allegation concerning EPA's duties and authorities under sundry federal statutes, the provisions of the statutes speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

12.     Intervenors admit that Defendant Stephen Johnson is the Administrator of EPA.  The second sentence of Paragraph 12 consists of Plaintiff's characterization of its lawsuit, to which no response is required.

13.     Paragraph 13 purports to characterize the Endangered Species Act ("ESA"), which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

14.     Paragraph 14 purports to characterize the ESA, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

15.     Paragraph 15 purports to characterize the ESA and implementing regulations, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

16.     Paragraph 16 purports to characterize regulations, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

17.     Paragraph 17 purports to characterize regulations, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

18.     Paragraph 18 purports to characterize regulations, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

19.     Paragraph 19 purports to characterize regulations and a court decision, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

20.     Paragraph 20 purports to characterize the ESA and implementing regulations, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

1      21.    Paragraph 21 purports to characterize the ESA and implementing regulations, which

2 speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of

3 that best evidence are denied.

4      22.    Paragraph 22 purports to characterize the ESA, which speaks for itself and is the best

5 evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

6      23.    Paragraph 23 purports to characterize the ESA, which speaks for itself and is the best

7 evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

8      24.    Paragraph 24 purports to characterize the Federal Insecticide, Fungicide and

9 Rodenticide Act ("FIFRA"), which speaks for itself and is the best evidence of its contents.  Any

10 allegations to the contrary of that best evidence are denied.

11      25.    Paragraph 25 purports to characterize FIFRA, which speaks for itself and is the best

12 evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

13      26.    Paragraph 26 purports to characterize FIFRA, which speaks for itself and is the best

14 evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

15      27.    Paragraph 27 purports to characterize FIFRA, which speaks for itself and is the best

16 evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

17      28.    Paragraph 28 purports to characterize FIFRA, which speaks for itself and is the best

18 evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

19      29.    Paragraph 29 purports to characterize FIFRA, which speaks for itself and is the best

20 evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

21      30.    Paragraph 30 consists of generalized allegations about the contents of Reregistration

22 Eligibility Determinations ("REDs"), which speak for themselves and are the best evidence of their

23 contents.  Any allegations to the contrary of that best evidence are denied.

24      31.    Paragraph 31 consists of generalized allegations about environmental assessments

25 allegedly contained in REDs.  Such assessments speak for themselves and are the best evidence of

26 their contents.  Any allegations to the contrary of that best evidence are denied.

27

28

32.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 32 and therefore deny those allegations.  Further, insofar as Paragraph 32 purports (either expressly or by implication) to characterize FIFRA and regulations implementing FIFRA, the statute and regulations speak for themselves and are the best evidence of their contents. Any allegations to the contrary of that best evidence are denied.

33.    Intervenors admit that EPA issued the referenced Notice in September 1997.  As to the remaining allegations of Paragraph 33, that Notice speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

34.    Paragraph 34 consists of generalized allegations about the contents of REDs, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

35.    Paragraph 35 purports to characterize FIFRA amendments, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

36.    Paragraph 36 consists of generalized allegations about the contents of Interim Reregistration Eligibility Determinations ("IREDs"), which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

37.    Paragraph 37 consists of generalized allegations about certain EPA Reports, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

38.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 38 and therefore deny those allegations.  Further, insofar as Paragraph 38 purports (either expressly or by implication) to characterize FIFRA and regulations implementing FIFRA, the statute and regulations speak for themselves and are the best evidence of their contents. Any allegations to the contrary of that best evidence are denied.

39.     Intervenors admit that EPA issued the referenced Notice in November 2005.  As to the remaining allegations of Paragraph 39, that Notice speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

40.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 40 and therefore deny those allegations.

41.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 41 and therefore deny those allegations.

42.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 42 and therefore deny those allegations.

43.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 43 and therefore deny those allegations.

44.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first sentence of Paragraph 44 and therefore deny those allegations.  The second sentence purports to summarize the results of a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

45.     Intervenors deny the allegations of Paragraph 45.

46.     Paragraph 46 purports to summarize sundry reports, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

47.     The allegations of the first sentence of Paragraph 47 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  The remaining allegations of Paragraph 47 purport to summarize sundry reports, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

48.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 48 and therefore deny those allegations.

49.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 49 and therefore deny those allegations.

50.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 50 and therefore deny those allegations.  In addition, insofar as Paragraph 50 purports to summarize or characterize a study, that study speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

51.    Paragraph 51 purports to summarize or characterize a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

52.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 52 and therefore deny those allegations.

53.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 53 and therefore deny those allegations.

54.    The allegations of Paragraph 54 are too vague, ambiguous, and subjective to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

55.    The allegations of Paragraph 55 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

56.    The allegations of the first sentence of Paragraph 56 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.  Intervenors lack sufficient information to form a belief as to the truth of the allegations of the second sentence of Paragraph 56 and therefore deny those allegations.

57.    Paragraph 57 purports to summarize or characterize a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

58.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 58 and therefore deny those allegations.

1    59.    The first four sentences of Paragraph 59 purport to summarize or characterize a

2  report, which speaks for itself and is the best evidence of its contents.  Any allegations to the

3  contrary of that best evidence are denied.  Intervenors lack sufficient information to form a belief as

4  to the truth of the remaining allegations of Paragraph 59 and therefore deny those allegations.

5    60.    The allegations of Paragraph 60 are too vague and ambiguous to enable Intervenors to

6  admit or deny them, but to the extent a response is required the allegations are denied.  In addition,

7  insofar as Paragraph 60 purports to summarize or characterize studies or reports, the studies and

8  reports speak for themselves and are the best evidence of their contents.  Any allegations to the

9  contrary of that best evidence are denied.

10    61.    The allegations of Paragraph 61 are too vague and ambiguous to enable Intervenors to

11  admit or deny them, but to the extent a response is required the allegations are denied.  In addition,

12  insofar as Paragraph 61 purports to summarize or characterize studies or reports, the studies and

13  reports speak for themselves and are the best evidence of their contents.  Any allegations to the

14  contrary of that best evidence are denied.

15    62.    Intervenors lack sufficient information to form a belief as to the truth of the

16  allegations of Paragraph 62 and therefore deny those allegations.  In addition, insofar as Paragraph

17  62 purports to summarize or characterize unattributed "evidence," the allegations are too vague and

18  ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the

19  allegations are denied.  Finally, insofar as the allegations of Paragraph 62 rest on unidentified studies

20  or reports, the studies and reports speak for themselves and are the best evidence of their contents.

21  Any allegations to the contrary of that best evidence are denied.

22    63.    The allegations of Paragraph 63 are denied.

23    64.    The allegations of Paragraph 64 are too general, vague, and ambiguous to enable

24  Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

25    65.    The allegations of Paragraph 65 rest on unidentified studies, which speak for

26  themselves and are the best evidence of their contents.  Any allegations to the contrary of that best

27  evidence are denied.

28

66.     The allegations of Paragraph 66 rest on unidentified studies, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

67.     The allegations of Paragraph 67 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

68.     The allegations of Paragraph 68 rest on an unidentified study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

69.     The allegations of Paragraph 69 rest on unidentified studies, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

70.     The allegations of the first sentence of Paragraph 70 are denied.  The remaining allegations of Paragraph 70 rest on studies and research, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.

71.     The allegations of Paragraph 71 rest on an unidentified study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

72.     The allegations of Paragraph 72 rest on an unidentified study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

73.     The allegations of Paragraph 73 are too vague and ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

74.     The allegations of Paragraph 74 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

75.     The allegations of Paragraph 75 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

1    76.    The allegations of Paragraph 76 rest on sundry studies, which speak for themselves

2    and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are

3    denied.

4    77.    The allegations of the first sentence of Paragraph 77 are denied.  Intervenors lack

5    sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 77

6    and therefore deny those allegations.

7    78.    The allegations of the first sentence of Paragraph 78 are too vague and ambiguous to

8    enable Intervenors to admit or deny them, but to the extent a response is required the allegations are

9    denied.  Intervenors lack sufficient information to form a belief as to the truth of the remaining

10   allegations of Paragraph 78 and therefore deny those allegations.

11   79.    The allegations of the first five sentences of Paragraph 79 are too vague and

12   ambiguous to enable Intervenors to admit or deny them, but to the extent a response is required the

13   allegations are denied.  Intervenors lack sufficient information to form a belief as to the truth of the

14   remaining allegations of Paragraph 79 and therefore deny those allegations.

15   80.    Intervenors lack sufficient information to form a belief as to the truth of the

16   allegations of the first, second, fourth, fifth, and sixth sentences of Paragraph 80 and therefore deny

17   those allegations.  The allegations of the third sentence are admitted.  The seventh sentence purports

18   to characterize Plaintiff's Exhibit A, which speaks for itself and is the best evidence of its contents.

19   Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient

20   information to form a belief as to the truth of the substance of that exhibit and therefore deny any

21   allegations based on it.

22   81.    Intervenors lack sufficient information to form a belief as to the truth of the

23   allegations of the first, third, and fourth sentences of Paragraph 81 and therefore deny those

24   allegations.  The allegations of the second sentence are admitted.

25   82.    Intervenors lack sufficient information to form a belief as to the truth of the

26   allegations of Paragraph 82 and therefore deny those allegations.

27

28

83.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 83 and therefore deny those allegations.

84.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 84 and therefore deny those allegations.

85.     The allegations of Paragraph 85 rest on a study, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  The final sentence purports to characterize Plaintiff's Exhibit B, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

86.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first, second, third, fifth, sixth, seventh, and eighth sentences of Paragraph 86 and therefore deny those allegations.  The allegations of the fourth sentence are admitted.  The ninth and tenth sentences purports to characterize Plaintiff's Exhibit C, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

87.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first, second, and third sentences of Paragraph 87 and therefore deny those allegations.  The allegations of the fourth sentence are admitted.

88.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 88 and therefore deny those allegations.

89.     The allegations of Paragraph 89 purport to summarize and characterize a Biological Opinion, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

90.     The allegations of Paragraph 90 purport to summarize and characterize a regulation, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

91.     The allegations of Paragraph 91 purport to summarize and characterize a letter, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.

92.     The allegations of Paragraph 92 consist of conclusions of law, to which no response is required.

93.     The allegations of the first sentence of Paragraph 93 purport to summarize and characterize a memo, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  The remaining allegations purport to characterize Plaintiff's Exhibit D, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

94.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 94 and therefore deny those allegations.

95.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first sentence of Paragraph 95 and therefore deny those allegations.  The allegations of the second sentence are admitted.  The allegations of the third sentence are denied.

96.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 96 and therefore deny those allegations.  Further, insofar as the allegations Paragraph 96 rest on studies, those studies speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that evidence are denied.

97.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 97 and therefore deny those allegations.

98.     Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 98 and therefore deny those allegations.

99.     The allegations of the first three sentences of Paragraph 99 purport to characterize a Habitat Conservation Plan ("HCP") and Draft HCP, which speak for themselves and are the best evidence of their contents. Any allegations to the contrary of that best evidence are denied. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 99 and therefore deny those allegations.

100.     The first sentence of Paragraph 100 is denied. Intervenors lack sufficient information to form a belief as to the truth of the allegations of the second and third sentences of Paragraph 100 and therefore deny those allegations. The allegations of the fourth sentence purport to characterize Plaintiff's Exhibit E, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied. Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

101.     The allegations of the second sentence of Paragraph 101 are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 101 and therefore deny those allegations.

102.     The allegations of the first sentence of Paragraph 102 are too vague and speculative to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 102 and therefore deny those allegations.

103.     The allegations of the Paragraph 103 purport to summarize and characterize a memo, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied.

104.     The allegations of the Paragraph 104 purport to summarize and characterize a Biological Opinion, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied.

105.   The allegations of the first two sentences of Paragraph 105 purport to summarize and characterize a letter, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  The allegations of the third sentence purport to characterize Plaintiff's Exhibit F, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

106.   The allegations of the third sentence of Paragraph 106 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 106 and therefore deny those allegations.

107.   Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 107 and therefore deny those allegations.

108.   The allegations of the first sentence of Paragraph 108 purport to summarize and characterize a Biological Opinion and memo, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.  The allegations of the second sentence purport to characterize Plaintiff's Exhibit G, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

109.   The allegations of the sixth sentence of Paragraph 109 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 109 and therefore deny those allegations.

110.   Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 110 and therefore deny those allegations.

111.   Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 111 and therefore deny those allegations.

112. Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 112 and therefore deny those allegations.

113. The allegations of the first sentence of Paragraph 113 are too vague and speculative to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 113 and therefore deny those allegations.

114. The allegations of the first and third sentences of Paragraph 114 purport to summarize and characterize a memo, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied. The allegations of the second sentence of Paragraph 114 are too vague and speculative to enable Intervenors to admit or deny them, but to the extent a response is required the allegations are denied.

115. The allegations of the first through fourth sentences of Paragraph 115 purport to summarize and characterize a Biological Opinion and letter, which speak for themselves and are the best evidence of their contents. Any allegations to the contrary of that best evidence are denied. The allegations of the fifth sentence purport to characterize Plaintiff's Exhibit H, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied. Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

116. The allegations of the sixth sentence of Paragraph 116 are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 116 and therefore deny those allegations.

117. Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 117 and therefore deny those allegations.

118. Intervenors lack sufficient information to form a belief as to the truth of the allegations of the first and third sentences of Paragraph 118 and therefore deny those allegations. The allegations of the second sentence of Paragraph 118 purport to summarize and characterize a letter, which speaks for itself and is the best evidence of its contents. Any allegations to the contrary

of that best evidence are denied.  The allegations of the fourth sentence purport to characterize Plaintiff's Exhibit I, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

119.    The allegations of the fourth sentence of Paragraph 116 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 119 and therefore deny those allegations.

120.    The allegations of the first through fourth sentences of Paragraph 120 purport to summarize and characterize a memo, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  The allegations of the fifth sentence purport to characterize Plaintiff's Exhibit J, which speaks for itself and is the best evidence of its contents.  Any allegations to the contrary of that best evidence are denied.  Further, Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit and therefore deny any allegations based on it.

121.    The allegations of the second sentence of Paragraph 121 are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 121 and therefore deny those allegations.

122.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 122 and therefore deny those allegations.

123.    Intervenors lack sufficient information to form a belief as to the truth of the allegations of Paragraph 123 and therefore deny those allegations.

124.    The allegations of the first through fourth sentences of Paragraph 124 purport to summarize and characterize a Biological Opinion and memo, which speak for themselves and are the best evidence of their contents.  Any allegations to the contrary of that best evidence are denied.  Intervenors lack sufficient information to form a belief as to the truth of the allegations of the fifth sentence of Paragraph 124 and therefore deny those allegations.  The allegations of the sixth

1    sentence of Paragraph 124 are too vague and speculative to enable Intervenors to admit or deny

2    them, but to the extent a response is required the allegations are denied. The allegations of the

3    seventh sentence purport to characterize Plaintiff's Exhibit K, which speaks for itself and is the best

4    evidence of its contents. Any allegations to the contrary of that best evidence are denied. Further,

5    Intervenors lack sufficient information to form a belief as to the truth of the substance of that exhibit

6    and therefore deny any allegations based on it.

7        125.    Intervenors incorporate their responses to Paragraphs 1 through 124, inclusive, as

8    though fully set forth herein.

9        126.    Paragraph 126 states conclusions of law, to which no response is required. Further,

10   this paragraph purports to paraphrase or summarize a statutory provision, which speaks for itself and

11   is the best evidence of its contents. Any allegations to the contrary of that best evidence are denied.

12       127.    Paragraph 127 is admitted with respect to all the referenced pesticides except for

13   pebulate, pival, and sulfotep; and except for those cross-referenced in Paragraphs 246 and 247,

14   which paragraphs do not exist. Intervenors lack sufficient information to form a belief as to whether

15   pebulate, pival, and sulfotep are currently registered for use by EPA and therefore deny those

16   allegations.

17       128.    Intervenors lack sufficient information to form a belief as to the truth of the

18   allegations of Paragraph 128 and therefore deny those allegations.

19       129.    Intervenors lack sufficient information to form a belief as to the truth of the

20   allegations of Paragraph 129 and therefore deny those allegations.

21       130.    Intervenors lack sufficient information to form a belief as to the truth of the

22   allegations of Paragraph 130 and therefore deny those allegations.

23       131.    Paragraph 131 states conclusions of law, to which no response is required.

24       132.    The allegations of the first sentence of this Paragraph are admitted. Intervenors lack

25   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

26   and therefore deny those allegations. Further, insofar as those remaining allegations consist of

27   conclusions of law, no response is required.

28

133. The allegations of the first sentence of this Paragraph are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations. Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

134. The allegations of the first sentence of this Paragraph are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations. Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

135. The allegations of the first sentence of this Paragraph are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations. Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

136. The allegations of the first sentence of this Paragraph are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations. Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

137. The allegations of the first sentence of this Paragraph are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations. Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

138. The allegations of the first sentence of this Paragraph are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations. Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

139. The allegations of the first sentence of this Paragraph are admitted. Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

140.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

141.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

142.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

143.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

144.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

145.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

146.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

1  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2  conclusions of law, no response is required.

3      147.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6  conclusions of law, no response is required.

7      148.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10  conclusions of law, no response is required.

11      149.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14  conclusions of law, no response is required.

15      150.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18  conclusions of law, no response is required.

19      151.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22  conclusions of law, no response is required.

23      152.    Intervenors lack sufficient information to form a belief as to the truth of this

24  Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of

25  conclusions of law, no response is required.

26      153.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

27  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

28

1  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2  conclusions of law, no response is required.

3         154.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6  conclusions of law, no response is required.

7         155.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10  conclusions of law, no response is required.

11         156.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14  conclusions of law, no response is required.

15         157.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18  conclusions of law, no response is required.

19         158.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22  conclusions of law, no response is required.

23         159.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

24  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

25  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

26  conclusions of law, no response is required.

27

28

160.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

161.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

162.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

163.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

164.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

165.    The allegations of the first sentence of this Paragraph are admitted.  The allegations of the second sentence of this Paragraph are denied.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

166.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

1  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2  conclusions of law, no response is required.

3       167.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6  conclusions of law, no response is required.

7       168.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10  conclusions of law, no response is required.

11       169.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14  conclusions of law, no response is required.

15       170.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18  conclusions of law, no response is required.

19       171.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22  conclusions of law, no response is required.

23       172.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

24  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

25  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

26  conclusions of law, no response is required.

27

28

173.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

174.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

175.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

176.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

177.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

178.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

179.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

180.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

181.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

182.   Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

183.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

184.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

185.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

186.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

187.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

188.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

189.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

190.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

191.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

192.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

193.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

194.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

195.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

196.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

197.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

198.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

199.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

200.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

1   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2   conclusions of law, no response is required.

3         201.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6   conclusions of law, no response is required.

7         202.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8   sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9   and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10  conclusions of law, no response is required.

11        203.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14  conclusions of law, no response is required.

15        204.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18  conclusions of law, no response is required.

19        205.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22  conclusions of law, no response is required.

23        206.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

24  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

25  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

26  conclusions of law, no response is required.

27

28

207.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

208.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

209.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

210.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

211.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

212.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

213.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

214.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

215.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

216.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

217.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

218.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

219.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

220.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

1  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

2  conclusions of law, no response is required.

3          221.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

4  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

5  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

6  conclusions of law, no response is required.

7          222.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

8  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

9  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

10 conclusions of law, no response is required.

11         223.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

12 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

13 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

14 conclusions of law, no response is required.

15         224.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

16 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

17 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

18 conclusions of law, no response is required.

19         225.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

20 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

21 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

22 conclusions of law, no response is required.

23         226.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

24 sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

25 and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

26 conclusions of law, no response is required.

27

28

227.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

228.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

229.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

230.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

231.   Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

232.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

233.   The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

1    234.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

2  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

3  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

4  conclusions of law, no response is required.

5    235.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

6  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

7  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

8  conclusions of law, no response is required.

9    236.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

10  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

11  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

12  conclusions of law, no response is required.

13    237.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

14  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

15  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

16  conclusions of law, no response is required.

17    238.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

18  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

19  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

20  conclusions of law, no response is required.

21    239.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

22  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

23  and therefore deny those allegations.  Further, insofar as those remaining allegations consist of

24  conclusions of law, no response is required.

25    240.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack

26  sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph

27

28

and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

241.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

242.    Intervenors lack sufficient information to form a belief as to the truth of this Paragraph and therefore deny those allegations.  Further, insofar as those allegations consist of conclusions of law, no response is required.

243.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

244.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

245.    The allegations of the first sentence of this Paragraph are admitted.  Intervenors lack sufficient information to form a belief as to the truth of the remaining allegations of this Paragraph and therefore deny those allegations.  Further, insofar as those remaining allegations consist of conclusions of law, no response is required.

The remainder of the Complaint consists of Plaintiff's Prayer for Relief, to which no response is required.  To the extent a response is deemed required, Intervenors deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

**GENERAL DENIAL**

Intervenors deny each and every allegation in Plaintiff's Complaint not specifically admitted herein.

1

**AFFIRMATIVE DEFENSES**

2    1.    The Court lacks subject-matter jurisdiction over this action.

3    2.    Plaintiff has failed to state a claim on which relief can be granted.

4    3.    Plaintiff's challenge is not ripe for review.

5    4.    Plaintiff's claims are barred by the statute of limitations and/or laches.

6    5.    Plaintiff has failed to comply with the 60-day notice requirement of 16 U.S.C. § 1540.

7    6.    Plaintiff lacks standing.

8    7.    Granting the relief Plaintiff seeks would violate Section 6 of the Federal Insecticide,

9    Fungicide and Rodenticide Act, which specifies the procedures that must be followed for issuing an

10    order suspending a registration.  7 U.S.C. § 136d.

11                                  *    *    *

12         WHEREFORE, Intervenors respectfully request that this Court deny all relief sought by

13    Plaintiffs, grant judgment to Defendants and Intervenors, and grant Defendants and Intervenors such

14    additional relief as the Court may deem just and proper.

15                          Respectfully submitted,

16

17                                        CROWELL & MORING LLP

Steven P. Rice (Cal. Bar No. 094321)        By:        /s/
18    CROWELL & MORING LLP                        J. Michael Klise (*pro hac vice*)
3 Park Plaza                                   jmklise@crowell.com
19    20th Floor                                   Steven P. Quarles (D.C. Bar No. 351668)
Irvine, CA 92614-8505                          squarles@crowell.com
20    Telephone:  (949) 263-8400                   Thomas R. Lundquist (D.C. Bar No. 968123)
Facsimile:  (949) 263-8414                     tlundquist@crowell.com
21    srice@crowell.com                            CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
22                                             Washington, D.C. 20004-2595
Telephone:  (202) 624-2629
23                                             Facsimile:  (202) 628-5116

24

25    Attorneys for Intervenor-Defendants

26    Dated:  April 8, 2008

27

28

1

2

**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**

3        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

named parties, there is no such interest to report.

4

5

Dated:  April 8, 2008                                    /s/

6                                                             J. Michael Klise
                                                            Attorney for Intervenor-Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28