1  Steven P. Quarles (D.C. Bar No. 351668)
   CROWELL & MORING LLP
2  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
3  (202) 624-2665
   Fax: (202) 628-5116
4  squarles@crowell.com

FILED

08 APR 28 PM 4:06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>    Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br>    Defendants,<br><br>and<br><br>CROPLIFE AMERICA and RISE,<br>    Intervenor-Defendants. | No. C-07-2794-JCS<br><br>APPLICATION OF STEVEN P. QUARLES TO APPEAR *PRO HAC VICE*, AND DECLARATION IN SUPPORT<br><br>Magistrate Judge Joseph C. Spero |

Pursuant to Civil Local Rule 11-3, Steven P. Quarles, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Intervenor-Defendants CropLife America and RISE in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Alternative Dispute Resolution programs of this Court; and,

1  3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney are:

Steven P. Rice (SBN 094321)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
Phone: 949-263-8400
Facsimile: 949-263-8414
srice@crowell.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2008

Steven P. Quarles

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018588
Cashier ID: bucklem
Transaction Date: 04/28/2008
Payer Name: crowell moring

---

PRO HAC VICE
For: steven p quarles
Case/Party: D-CAN-3-08-AT-PROHAC-001
Amount: $210.00

---

CHECK
Check/Money Order Num: 319879
Amt Tendered: $210.00

---

Total Due: $210.00
Total Tendered: $210.00
Change Amt: $0.00

c07-2794jcs

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.