Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 APR 28 PM
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity,

Plaintiff(s),

v.

Environmental Protection Agency, et al.,

Defendant(s).

CASE NO. C-07-02794-JCS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Steven P. Quarles , an active member in good standing of the bar of the District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor-Defendants CropLife America and RISE,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Joseph C. Spero
United States Magistrate Judge