Reset Form

FILED

RECEIVED

2008 MAY -1 PM 4:02

APR 28 PM 4:07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Center for Biological Diversity,

Plaintiff(s),

v.

Environmental Protection Agency, et al.,

Defendant(s).

**CASE NO.** C-07-02794-JCS

(Proposed)

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Steven P. Quarles , an active member in good standing of the bar of

the District of Columbia whose business address and telephone number
(particular court to which applicant is admitted)

is Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac
vice* basis, representing  Intervenor-Defendants CropLife America and RISE,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: · 5/1/08

Joseph C. Spero
United States Magistrate Judge