Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation; <br><br> Plaintiff, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY *et al.*, <br><br> Defendants. | Case No: C-07-02794-JCS <br><br> **SIXTH JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE;** ~~**PROPOSED**~~ **ORDER** <br><br> Date: May 16, 2008 <br> Time: 1:30 p.m. <br> Courtroom A, 15th Floor <br><br> Honorable Joseph C. Spero |

**SIXTH JOINT CASE MANAGEMENT STATEMENT**

The parties to the above-entitled action submit this Sixth Joint Case Management Statement, Request for Continuance and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**REQUEST FOR CMC CONTINUANCE**

On September 21, 2007, the Court held a case management conference in this matter. At the

1   CMC, counsel for plaintiff and defendants stated their preference for pursuing settlement rather than
2   moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are
3   currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2)
4   regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint)
5   on eleven endangered and threatened species occurring in the San Francisco Bay Area.

6   Since the September 21, 2007 CMC, the parties have exchanged settlement proposals and
7   discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a
8   Second Joint Case Management Statement and requested additional time for settlement discussions.
9   On October 22, 2007, the Court continued the case management conference until November 30,
10  2007. On November 20, 2007, the parties submitted their Third Joint Case Management Statement
11  requesting additional time to negotiate settlement, and on November 21, 2007, the Court continued
12  the case management conference until January 18, 2008. On January 11, 2008, the parties submitted
13  their Fourth Joint Case Management Statement requesting additional time to negotiate settlement,
14  and on January 14, 2008, the Court continued the case management conference until March 14,
15  2008.

16  On March 14, 2008, a Case Management Conference was held, as well as a Motion Hearing on
17  Proposed Intervenor Dfts' Motions to Intervene. On March 19, 2008, the Court issued an Order granting
18  in part and denying in part the Motions to Intervene and consequently, Intervenor Defendants
19  CropLife America, RISE-Responsible Industry for a Sound Environment, and Reckitt Benckiser are now
20
21  involved in the remedy phase of this case.

22  Since March, the parties have discussed further settlement proposals and believe significant
23  progress has been made. At this time, the parties believe a continuance of the CMC currently
24  scheduled for May 16, 2008, would be beneficial in allowing the parties to continue their settlement
25
26  discussions. The parties therefore jointly request a continuance of the CMC currently scheduled for
27  May 16, 2008, at 1:30 p.m. to July 18, 2008.
28

Sixth Joint Case Management Statement
and Request for Continuance; ~~Proposed~~ Order

DATED: May 9, 2008

/s/ Justin Augustine
Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff


Ronald J. Tenpas
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants


/s/ Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Facsimile:  (303) 832-0428

    Attorney for Intervenor-Defendant
    Reckitt Benckiser, Inc.

    <u>/s/ J. Michael Klise</u>
    J. Michael Klise (pro hac vice)
    jmklise@crowell.com
    Steven P. Quarles (pro hac vice)
    squarles@crowell.com
    Thomas R. Lundquist (D.C. Bar No. 968123)
    CROWELL & MORING LLP
    1001 Pennsylvania Ave., NW
    Washington, D.C. 20004-2595
    Telephone:  (202) 624-2629
    Facsimile:  (202) 628-5116

    Attorneys for Intervenor-Defendant
    CropLife America and
    RISE-Responsible Industry for a Sound Environment

Sixth Joint Case Management Statement
and Request for Continuance; ~~Proposed~~ Order

    4    C-07-02794-JCS

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

1. The case management conference scheduled for May 16, 2008 is continued to July 18, 2008 at 1:30 p.m..

2. An updated joint case management conference statement shall be due by July 11, 2008.

IT IS SO ORDERED

Dated: May 12, 2008.

_____
Honorable Joseph C. Spero

5