Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants, | Case No.: 07-2794-JCS<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that effective immediately, the contact information for Justin Augustine, attorney for Plaintiff, is as follows:

Justin Augustine
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
Email: jaugustine@biologicaldiversity.org

Contact information for Plaintiff's other counsel remains unchanged as reflected in the caption of this document.

DATE: June 4, 2008                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Justin Augustine　　　　　　　

　　　　　　　　　　　　　　　　　　　　　Justin Augustine (CA Bar No. 235561)
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

NOTICE OF CHANGE OF ATTORNEY INFORMATION
Case No.  C-07-2794-JCS