Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants. | Case No: C-07-02794-JCS<br><br>**EIGHTH JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE; PROPOSED ORDER**<br><br>Date: September 19, 2008<br>Time: 1:30 p.m.<br>Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

**EIGHTH JOINT CASE MANAGEMENT STATEMENT**

The parties to the above-entitled action submit this Eighth Joint Case Management Statement, Request for Continuance, and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**REQUEST FOR CMC CONTINUANCE**

On September 21, 2007, the Court held a case management conference in this matter. At the

CMC, counsel for plaintiff and defendants stated their preference for pursuing settlement rather than moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2), regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint) on eleven endangered and threatened species occurring in the San Francisco Bay Area.

Since the September 21, 2007 CMC, the parties have exchanged settlement proposals and discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a Second Joint Case Management Statement and requested additional time for settlement discussions. On October 22, 2007, the Court continued the case management conference until November 30, 2007. On November 20, 2007, the parties submitted their Third Joint Case Management Statement requesting additional time to negotiate settlement, and on November 21, 2007, the Court continued the case management conference until January 18, 2008. On January 11, 2008, the parties submitted their Fourth Joint Case Management Statement requesting additional time to negotiate settlement, and on January 14, 2008, the Court continued the case management conference until March 14, 2008.

On March 14, 2008, a Case Management Conference was held, as well as a Motion Hearing on Proposed Intervenor Defendants' Motions to Intervene. On March 19, 2008, the Court issued an Order granting in part and denying in part the Motions to Intervene and consequently, Intervenor Defendants CropLife America, RISE-Responsible Industry for a Sound Environment, and Reckitt Benckiser are now involved in the remedy phase of this case.

Since March, the parties have discussed further settlement proposals and believe significant progress has been made. In May and July, the parties submitted their Sixth and Seventh Case Management Statements which the Court adopted. Since then, further discussions have been held and additional progress made. However, new issues have recently been added to the discussions, and consequently, at this time, the parties believe a continuance of the CMC currently scheduled for

September 19, 2008, would be beneficial in allowing the parties to continue their settlement discussions. The parties therefore jointly request a continuance of the CMC currently scheduled for September 19, 2008, at 1:30 p.m. to November 21, 2008.

DATED: September 12, 2008

/s/ Justin Augustine
Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff


Ronald J. Tenpas
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Rebecca J. Riley
REBECCA J. RILEY
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

Eighth Joint Case Management Statement
and Request for Continuance; Proposed Order

3          C-07-02794-JCS

/s/ Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.


/s/ J. Michael Klise
J. Michael Klise (pro hac vice)
jmklise@crowell.com
Steven P. Quarles (pro hac vice)
squarles@crowell.com
Thomas R. Lundquist (D.C. Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2629
Facsimile: (202) 628-5116

Attorneys for Intervenor-Defendant
CropLife America and
RISE-Responsible Industry for a Sound Environment

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

1. The case management conference scheduled for September 19, 2008 is continued to November 21, 2008 at 1:30 p.m..

2. An updated joint case management conference statement shall be due by November 14, 2008.

IT IS SO ORDERED

Dated: September___, 2008.

_____

Honorable Joseph C. Spero