1 Michael W. Graf (CA Bar No. 136172)
Law Offices
2 227 Behrens Street
El Cerrito, CA 94530
3 Telephone:  (510) 525-7222
Facsimile:  (510) 525-1208
4 mwgraf@aol.com

5 Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
6 351 California St., Suite 600
San Francisco, CA 94104
7 Tel: (415) 436-9682 x302
Fax: (415) 436-9683
8 jaugustine@biologicaldiversity.org

9 Attorneys for Plaintiff

10

**UNITED STATES DISTRICT COURT**
11
**NORTHERN DISTRICT OF CALIFORNIA**
12
**SAN FRANCISCO DIVISION**
13

14                                                   )     Case No: C-07-02794-JCS
   CENTER    FOR    BIOLOGICAL )
15 DIVERSITY, a non-profit corporation;   )     **EIGHTH JOINT CASE MANAGEMENT**
                                                      )     **STATEMENT   AND   REQUEST   FOR**
16        Plaintiff,                                 )     **CONTINUANCE; ~~PROPOSED~~ ORDER**
                                                      )
17        v.                                          )     Date: September 19, 2008
                                                      )     Time: 1:30 p.m.
18 ENVIRONMENTAL   PROTECTION )     Courtroom A, 15th Floor
   AGENCY *et al.,*                              )
19                                                   )     Honorable Joseph C. Spero
          Defendants.                             )
20 _____ )
                                                      )
21                                                   )

22            **EIGHTH JOINT CASE MANAGEMENT STATEMENT**

23        The parties to the above-entitled action submit this Eighth Joint Case Management

24 Statement, Request for Continuance, and Proposed Order and request the Court to adopt it as its

25 Case Management Order in this case.

26        **REQUEST FOR CMC CONTINUANCE**

27        On September 21, 2007, the Court held a case management conference in this matter.  At the

28

Eighth Joint Case Management Statement
and Request for Continuance; Proposed Order

                              1          C-07-02794-JCS

1 CMC, counsel for plaintiff and defendants stated their preference for pursuing settlement rather than

2 moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are

3 currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2),

4 regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint)

5 on eleven endangered and threatened species occurring in the San Francisco Bay Area.

6      Since the September 21, 2007 CMC, the parties have exchanged settlement proposals and

7 discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a

8 Second Joint Case Management Statement and requested additional time for settlement discussions.

9 On October 22, 2007, the Court continued the case management conference until November 30,

10 2007. On November 20, 2007, the parties submitted their Third Joint Case Management Statement

11 requesting additional time to negotiate settlement, and on November 21, 2007, the Court continued

12 the case management conference until January 18, 2008. On January 11, 2008, the parties submitted

13 their Fourth Joint Case Management Statement requesting additional time to negotiate settlement,

14 and on January 14, 2008, the Court continued the case management conference until March 14,

15 2008.

16      On March 14, 2008, a Case Management Conference was held, as well as a Motion Hearing on

17 Proposed Intervenor Defendants' Motions to Intervene. On March 19, 2008, the Court issued an Order

18 granting in part and denying in part the Motions to Intervene and consequently, Intervenor Defendants

19

20 CropLife America, RISE-Responsible Industry for a Sound Environment, and Reckitt Benckiser are now

21 involved in the remedy phase of this case.

22      Since March, the parties have discussed further settlement proposals and believe significant

23 progress has been made. In May and July, the parties submitted their Sixth and Seventh Case

24 Management Statements which the Court adopted. Since then, further discussions have been held

25

26 and additional progress made. However, new issues have recently been added to the discussions, and

27 consequently, at this time, the parties believe a continuance of the CMC currently scheduled for

28

Eighth Joint Case Management Statement
and Request for Continuance; Proposed Order

1  September 19, 2008, would be beneficial in allowing the parties to continue their settlement

2  discussions.  The parties therefore jointly request a continuance of the CMC currently scheduled for

3  September 19, 2008, at 1:30 p.m. to November 21, 2008.

4

5

6  DATED: September 12, 2008                    /s/_Justin Augustine
                                               Michael W. Graf (CA Bar No. 136172)
7                                              Law Offices
                                               227 Behrens Street
8                                              El Cerrito, CA 94530
                                               Telephone:  (510) 525-7222
9                                              Facsimile:  (510) 525-1208
                                               mwgraf@aol.com
10

11                                             Justin Augustine (CA Bar No. 235561)
                                               Center for Biological Diversity
12                                             351 California St., Suite 600
                                               San Francisco, CA 94104
13                                             Tel: (415) 436-9682 x302
                                               Fax: (415) 436-9683
14                                             jaugustine@biologicaldiversity.org
15

16                                             Attorneys for Plaintiff

17

18                                             Ronald J. Tenpas
                                               Assistant Attorney General
19                                             JEAN E. WILLIAMS, Section Chief
                                               SETH M. BARSKY, Assistant Chief
20

21                                              /s/ Rebecca J. Riley
                                               REBECCA J. RILEY
22                                             U.S. Department of Justice
                                               Environment & Natural Resources Division
23                                             Wildlife & Marine Resources Section
                                               Ben Franklin Station, P.O. Box 7369
24                                             Washington, D.C. 20044-7369
                                               Telephone: (202) 305-0202
25                                             Facsimile: (202) 305-0275

26                                             Attorneys for Defendants

27

28

Eighth Joint Case Management Statement
and Request for Continuance; Proposed Order

3          C-07-02794-JCS

1

2

3                                          /s/  Thomas W. Stoever, Jr.
                                            Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
                                            ARNOLD & PORTER LLP
4                                          370 Seventeenth Street
                                            Suite 4500
5                                          Denver, Colorado 80202-1370
                                            Telephone:  (303) 863-1000
6                                          Facsimile:  (303) 832-0428

7
                                            Attorney for Intervenor-Defendant
8                                          Reckitt Benckiser, Inc.

9

10                                         /s/ J. Michael Klise
                                            J. Michael Klise (pro hac vice)
11                                         jmklise@crowell.com
                                            Steven P. Quarles (pro hac vice)
12                                         squarles@crowell.com
                                            Thomas R. Lundquist (D.C. Bar No. 968123)
13                                         CROWELL & MORING LLP
                                            1001 Pennsylvania Ave., NW
14                                         Washington, D.C. 20004-2595
                                            Telephone:  (202) 624-2629
15                                         Facsimile:  (202) 628-5116

16

17                                         Attorneys for Intervenor-Defendant
                                            CropLife America and
18                                         RISE-Responsible Industry for a Sound Environment

19

20

21

22

23

24

25

26

27

28

Eighth Joint Case Management Statement
and Request for Continuance; Proposed Order

                              4              C-07-02794-JCS

**CASE MANAGEMENT ORDER**

      The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

      1.     The case management conference scheduled for September 19, 2008 is continued to November 21, 2008 at 1:30 p.m..

      2.     An updated joint case management conference statement shall be due by November 14, 2008.

IT IS SO ORDERED

Dated: September __15__, 2008.



IT IS SO ORDERED

Judge Joseph C. Spero

Hon_____eph C. Spero

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA