Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants. | Case No: C-07-02794-JCS<br><br>**TENTH JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE;** ~~**PROPOSED**~~ **ORDER**<br><br>Date: January 9, 2008<br>Time: 1:30 p.m.<br>Courtroom A, 15th Floor<br><br>Honorable Joseph C. Spero |

**TENTH JOINT CASE MANAGEMENT STATEMENT**

The parties to the above-entitled action submit this Tenth Joint Case Management Statement, Request for Continuance, and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**REQUEST FOR CMC CONTINUANCE**

On September 21, 2007, the Court held a case management conference in this matter. At the

Tenth Joint Case Management Statement
and Request for Continuance; ~~Proposed~~ Order

1   C-07-02794-JCS

CMC, counsel for plaintiff and defendants stated their preference for pursuing settlement rather than moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2), regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint) on eleven endangered and threatened species occurring in the San Francisco Bay Area.

Since the September 21, 2007 CMC, the parties have exchanged settlement proposals and discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a Second Joint Case Management Statement and requested additional time for settlement discussions. On October 22, 2007, the Court continued the case management conference until November 30, 2007. On November 20, 2007, the parties submitted their Third Joint Case Management Statement requesting additional time to negotiate settlement, and on November 21, 2007, the Court continued the case management conference until January 18, 2008. On January 11, 2008, the parties submitted their Fourth Joint Case Management Statement requesting additional time to negotiate settlement, and on January 14, 2008, the Court continued the case management conference until March 14, 2008.

On March 14, 2008, a Case Management Conference was held, as well as a Motion Hearing on Proposed Intervenor Defendants' Motions to Intervene. On March 19, 2008, the Court issued an Order granting in part and denying in part the Motions to Intervene and consequently, Intervenor Defendants CropLife America, RISE-Responsible Industry for a Sound Environment, and Reckitt Benckiser are now involved in the remedy phase of this case.

Since March, the parties have discussed further settlement proposals and believe significant progress has been made. In May, July, and September, and November, the parties submitted their Sixth, Seventh, Eighth and Ninth Case Management Statements which the Court adopted. Since then, further discussions have been held and additional progress made.

The Parties had hoped to complete their settlement discussions prior to January 9, 2009. The Parties believe they are very close to completion but will not be able to meet the January 9 date. Therefore, the Parties respectfully request a continuance of the CMC currently scheduled for January 9, 2009, to February 13, 2009.

DATED: December 22, 2008

/s/ Justin Augustine
Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682 x302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

Ronald J. Tenpas
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

/s/ Erik Petersen
ERIK PETERSEN
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Defendants

/s/ Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.


/s/ J. Michael Klise
J. Michael Klise (pro hac vice)
jmklise@crowell.com
Steven P. Quarles (pro hac vice)
squarles@crowell.com
Thomas R. Lundquist (D.C. Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2629
Facsimile: (202) 628-5116

Attorneys for Intervenor-Defendant
CropLife America and
RISE-Responsible Industry for a Sound Environment

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case.

IT IS HEREBY ORDERED THAT:

1. The case management conference scheduled for January 9, 2009 is continued to February 13, 2009 at 1:30 p.m..

2. An updated joint case management conference statement shall be due by February 6, 2009.

IT IS SO ORDERED

January 5, 2009
Dated: ~~December___, 2008~~.



_____
Honorable Joseph C. Spero