1  Michael W. Graf (CA Bar No. 136172)
   Law Offices
2  227 Behrens Street
   El Cerrito, CA 94530
3  Telephone:  (510) 525-7222
   Facsimile:  (510) 525-1208
4  mwgraf@aol.com

5  Justin Augustine (CA Bar No. 235561)
   Center for Biological Diversity
6  351 California St., Suite 600
   San Francisco, CA 94104
7  Tel: (415) 436-9682 x302
   Fax: (415) 436-9683
8  jaugustine@biologicaldiversity.org

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14                                  )        Case No: C-07-02794-JCS
   CENTER    FOR    BIOLOGICAL )
15 DIVERSITY, a non-profit corporation;   )  **TWELFTH JOINT CASE MANAGEMENT**
                                    )        **STATEMENT   AND   REQUEST   FOR**
16        Plaintiff,                )        **CONTINUANCE;** ~~**PROPOSED**~~ **ORDER**
                                    )
17        v.                        )        Date: April 10, 2009
                                    )        Time: 1:30 p.m.
18 ENVIRONMENTAL    PROTECTION )             Courtroom A, 15th Floor
   AGENCY *et al.,*                 )
19                                  )        Honorable Joseph C. Spero
              Defendants.           )
20 _____ )
                                    )
21                                  )

22           **TWELFTH JOINT CASE MANAGEMENT STATEMENT**

23        The parties to the above-entitled action submit this Twelfth Joint Case Management

24 Statement, Request for Continuance, and Proposed Order and request the Court to adopt it as its

25 Case Management Order in this case.

26        **REQUEST FOR CMC CONTINUANCE**

27        On September 21, 2007, the Court held a case management conference in this matter.  At the

28
   Twelfth Joint Case Management Statement
   and Request for Continuance; ~~Proposed~~ Order
                                     1        C-07-02794-JCS

CMC, counsel for plaintiff and defendants stated their preference for pursuing settlement rather than moving forward with briefing on the allegations in Plaintiff's complaint that Defendants are currently in violation of Section 7 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2), regarding the impacts of certain pesticide registrations (as specifically identified in the Complaint) on eleven endangered and threatened species occurring in the San Francisco Bay Area.

Since the September 21, 2007 CMC, the parties have exchanged settlement proposals and discussed the potential for settlement of this case. On October 16, 2007, the parties submitted a Second Joint Case Management Statement and requested additional time for settlement discussions. On October 22, 2007, the Court continued the case management conference until November 30, 2007. On November 20, 2007, the parties submitted their Third Joint Case Management Statement requesting additional time to negotiate settlement, and on November 21, 2007, the Court continued the case management conference until January 18, 2008. On January 11, 2008, the parties submitted their Fourth Joint Case Management Statement requesting additional time to negotiate settlement, and on January 14, 2008, the Court continued the case management conference until March 14, 2008.

On March 14, 2008, a Case Management Conference was held, as well as a Motion Hearing on Proposed Intervenor Defendants' Motions to Intervene. On March 19, 2008, the Court issued an Order granting in part and denying in part the Motions to Intervene and consequently, Intervenor Defendants CropLife America, RISE-Responsible Industry for a Sound Environment, and Reckitt Benckiser are now involved in the remedy phase of this case.

Since March, the parties have discussed further settlement proposals and believe significant progress has been made. In May, July, and September, and November, January, and February, the parties submitted their Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Case Management Statements which the Court adopted. Since then, further discussions have been held and additional progress made.

Plaintiff and Federal Defendants believe that they are very close now to agreement on a draft settlement. Once a draft settlement is agreed upon, the Plaintiff and Federal Defendants have agreed

Twelfth Joint Case Management Statement
and Request for Continuance; Proposed Order

1  that the Federal Defendants will submit a draft of the settlement agreement to the Federal Register in

2  order to solicit and receive public comment.  The Parties intend to make their best efforts to reach

3  agreement on the draft settlement in time for the Federal Defendants to submit the draft settlement to

4  the Federal Register by May 10, 2009.  The public comment period will last 15 days, and afterwards,

5  the Parties will need additional time to address any public comments received before finalizing an

6  agreement to submit to this court. Therefore, the Parties respectfully request that the Case

7  Management Conference be postponed from April 10, 2009, to June 12, 2009.

8

9  DATED: April 3, 2009                    /s/  Justin Augustine
                                            Michael W. Graf (CA Bar No. 136172)
10                                          Law Offices
                                            227 Behrens Street
11                                          El Cerrito, CA 94530
                                            Telephone:  (510) 525-7222
12                                          Facsimile:  (510) 525-1208
                                            mwgraf@aol.com
13
                                            Justin Augustine (CA Bar No. 235561)
14                                          Center for Biological Diversity
                                            351 California St., Suite 600
15                                          San Francisco, CA 94104
                                            Tel: (415) 436-9682 x302
16                                          Fax: (415) 436-9683
                                            jaugustine@biologicaldiversity.org
17
                                            Attorneys for Plaintiff
18

19                                          John C. Cruden
                                            Acting Assistant Attorney General
20                                          JEAN E. WILLIAMS, Section Chief
                                            SETH M. BARSKY, Assistant Chief
21
                                             /s/ Erik Petersen
22                                          ERIK PETERSEN
                                            U.S. Department of Justice
23                                          Environment & Natural Resources Division
                                            Wildlife & Marine Resources Section
24                                          Ben Franklin Station, P.O. Box 7369
                                            Washington, D.C. 20044-7369
25                                          Telephone: (202) 305-0339
                                            Facsimile: (202) 305-0275
26
                                            Attorneys for Defendants
27

28

Twelfth Joint Case Management Statement
and Request for Continuance; ~~Proposed~~ Order

                    3          C-07-02794-JCS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/  Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Telephone:  (303) 863-1000
Facsimile:  (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.


/s/ J. Michael Klise
J. Michael Klise (pro hac vice)
jmklise@crowell.com
Steven P. Quarles (pro hac vice)
squarles@crowell.com
Thomas R. Lundquist (D.C. Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone:  (202) 624-2629
Facsimile:  (202) 628-5116

Attorneys for Intervenor-Defendant
CropLife America and
RISE-Responsible Industry for a Sound Environment

Twelfth Joint Case Management Statement
and Request for Continuance; ~~Proposed~~ Order

4          C-07-02794-JCS

1

**CASE MANAGEMENT ORDER**

2

3          The Case Management Statement and Proposed Order is hereby adopted by the Court as the

4    Case Management Order for the case.

5

6    IT IS HEREBY ORDERED THAT:

7

8          1.          The case management conference scheduled for April 10, 2009 is continued to June

9    12, 2009 at 1:30 p.m..

10

11          2.          An updated joint case management conference statement shall be due by June 5, 2009.

12

13    IT IS SO ORDERED

14

15    Dated: April___6___, 2009.

16

17

18                                                                                   _____

19                                                                                   Honorable Joseph C. Spero

20

21

22

23

24

25

26

27

28