Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit organization,<br><br>        Plaintiff,<br><br>    v.<br><br>**Environmental Protection Agency**, et al.,<br><br>        Defendants. | Case No. 07-2794-JCS<br><br>**JOINT STIPULATED REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Joint Stipulation for Leave to File Amended Complaint                                    1

Plaintiff Center for Biological Diversity (the "Center") and Defendants, Environmental Protection Agency, et al., and Intervenor-Defendant Reckitt Benckiser, Inc. jointly request leave for Plaintiff to file its First Amended Complaint for Declaratory and Injunctive Relief in this action pursuant to Fed. R. Civ. P. 15(a).  The First Amended Complaint includes additional pesticides that were not part of the original Complaint, removes pesticides that are no longer at issue, and updates the original Complaint.  Fed. R. Civ. P. 15(a)(2) provides that after an answer has been filed a plaintiff may amend its complaint only with the opposing party's written consent or the court's leave.  Here, the opposing party has provided its written consent, and consequently, this Joint Stipulated Request should be granted.

Plaintiff, Defendants, and Intervenor-Defendant Reckitt Benckiser, Inc. also jointly request that EPA's deadline to file an answer be extended to September 30, 2009, and that Intervenor-Defendant Reckitt Benckiser, Inc. be deemed to have denied all allegations in the Amended Complaint, except those allegations admitted in their prior answers, to avoid the need for filing an amended answer.

The Amended Complaint does not change the settlement negotiations that are currently ongoing; rather, it simply updates the pesticides that are at issue in those negotiations.

Respectfully submitted this 20th day of June, 2009,

/s/ Justin Augustine
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone:  (510) 525-7222
Facsimile:  (510) 525-1208
mwgraf@aol.com

|   |   |
|---|---|
| 1 | JOHN C. CRUDEN |
|   | Acting Assistant Attorney General |
| 2 | JEAN E. WILLIAMS, Chief |
|   | SETH M. BARSJY, Assistant Chief |
| 3 | /s/ Erik E. Petersen |
|   | ERIK E. PETERSEN, Trial Attorney |
| 4 | DC Bar No. 489073 |

JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSJY, Assistant Chief
/s/ Erik E. Petersen
ERIK E. PETERSEN, Trial Attorney
DC Bar No. 489073
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Federal Defendants


/s/  Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-1370
Telephone:  (303) 863-1000
Facsimile:  (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June  22, 2009.

_____
Honorable Judge Joseph C. Spero