JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief
ERIK E. PETERSEN (DC Bar No. 489073)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY *et al.*, <br><br> Defendants, and <br><br> CROPLIFE AMERICA, RISE, AND RECKITT BENCKISER, INC., <br><br> Intervenor-Defendants. | Case No.: 07-2794-JCS <br><br> **JOINT STIPULATED REQUEST FOR STATUS CONFERENCE** |

**JOINT MOTION FOR RELIEF**

Pursuant to Local Rule 16-2(d), Plaintiff and Federal Defendants hereby jointly move this Court for relief from the existing case management schedule.

On September 21, 2007, this Court held a case management conference ("CMC") in this matter. At the CMC, counsel for both Plaintiff and the Federal Defendants stated their preference to pursue settlement rather than moving forward with briefing on the allegations in Plaintiff's complaint. To that end, the parties exchanged settlement proposals and discussed the potential for settlement.

On March 14, 2008, another CMC was held, as well as a hearing on several motions to intervene. On March 19, 2008, this Court issued an order granting in part and denying in part the motions to intervene. Consequently, Intervenor Defendants CropLife America, RISE - Responsible Industry for a Sound Environment, and Reckitt Benckiser were permitted to intervene in the remedy phase of this case.

On June 8, 2009, this Court set a CMC for August 14, 2009, and stated that a continuance of this CMC would not be granted. Dkt. No. 72. On July 1, 2009, the Federal Defendants solicited comments from the public on the draft settlement, see 74 Fed. Reg. 31427 (July 1, 2009), and on July 17, 2009, all parties to this case requested that this Court grant the parties relief from the existing case management schedule. As part of their filing, the parties agreed that if the settlement agreement was not filed with this Court within 45 days after the close of the public comment period, the parties would promptly request a CMC with this Court. On July 27, 2009, this Court granted relief from the existing case management schedule.

The public comment period closed on August 17, 2009, and various discussions have been held since then regarding the terms of the settlement. Among other things, those discussions led Plaintiff to believe that an additional pesticide, difenacoum, should be added to this case. Plaintiff intends to move this Court to add this pesticide to the case via an amended complaint and has provided the Environmental Protection Agency with a 60-day notice pursuant to the terms of the Endangered Species Act ("ESA").

At this time, the Federal Defendants do not intend to oppose Plaintiff's motion to amend their complaint, once 60 days have passed as required by the ESA. The Intervenor-Defendants reserve the right to respond to any motion for leave to file an amended complaint.

On October 30, 2009, Plaintiff and Federal Defendants filed a joint motion requesting relief from the existing case management schedule. Dkt. No. 86. Intervenor-Defendants did not oppose that request. On November 2, 2009, this Court issued an order denying the motion. Dkt No. 87. In response, the undersigned counsel for the Federal Defendants, with the permission of the other parties, contacted chambers to determine how the Court wanted to proceed in light of the Court's order and was informed that this Court would like to hold a status conference.

In light of the above explained circumstances, the parties hereby offer a joint stipulated request for a status conference on November 13, 2009.

Dated: November 3, 2009

Presented by:

JOHN C. CRUDEN
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Chief

 /s/ Erik Petersen
ERIK PETERSEN
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Defendants

/s/ Justin Augustine

Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
SAN FRANCISCO BAY AREA OFFICE
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683

jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

/s/ J. Michael Klise
J. Michael Klise (pro hac vice)
jmklise@crowell.com
Steven P. Quarles (pro hac vice)
squarles@crowell.com
Thomas R. Lundquist (D.C. Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone:  (202) 624-2629
Facsimile:  (202) 628-5116

Attorneys for Intervenor-Defendant
CropLife America and
RISE-Responsible Industry for a Sound Environment

/s/ Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428

Attorney for Intervenor-Defendant
Reckitt Benckiser, Inc.

Dated: 11/3/9

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Joseph C. Spero

3

Joint Stipulation                                                                                                          07-2794-JCS