November 9, 2009

J. Michael Klise
202 624-2629
jmklise@crowell.com

290:jmk
002126.0000028
4227132

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:    *Center for Biological Diversity v. Environmental Protection Agency, et al.*,
             No. C-07-02794-JCS (N.D. Cal.)

Dear Judge Spero:

    This is to request leave to appear by telephone in the status conference scheduled in the above matter for 1:30 p.m. on Friday, November 13, 2009.

    If this request is granted, I can be reached at (202) 624-2629.

                                                              Respectfully submitted,

                                                               /s/ J. Michael Klise
                                                               J. Michael Klise
                                                               Counsel for Intervenor-Defendants CropLife
                                                               America and RISE



Dated: 11/10/9