# ARNOLD & PORTER LLP

Thomas W. Stoever, Jr.
Thomas.Stoever@aporter.com

303.863.2328
303.832.0428 Fax

Suite 4500
370 Seventeenth Street
Denver, CO 80202-1370

November 9, 2009

**VIA E-FILING**

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Center for Biological Diversity v. Environmental Protection Agency et al.
Civi Case No. 07-2794-JCS

Dear Judge Spero:

Please accept this letter as a request to participate via telephone in the status conference scheduled for Friday, November 13, 2009 at 1:30 p.m.in the above captioned matter

If this request is granted, I understand I will be contacted by your chambers shortly before the status conference. The direct land line to reach me for this call is 303-863-2328.

Thank you for your consideration.

Respectfully submitted,

*Thomas W. Stoever, Jr.*
Thomas W. Stoever, Jr.

cc :All Counsel of Record via CM/ECF

Dated: 11/10/9

IT IS SO ORDERED
Judge Joseph C. Spero

DN: 143245v1