

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*                    *Telephone (202) 305-0210*
*P.O. Box 7369*                                            *Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC  20044-7369*

<u>Via Electronic Mail</u>

November 10, 2009

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

   Re: <u>Center for Biological Diversity v. Environmental Protection Agency, et al.</u>, Civil
   Case No. 07-2794-JCS

Dear Judge Spero:

   I hereby request the Court's permission to appear by telephone at the status conference scheduled in the above-referenced matter at 1:30 p.m. on Friday, November 13, 2009.

   If this request is granted, the direct land line to reach me is 703.684.0684.

         Best regards,

         */s/ Erik E. Petersen*

         Erik E. Petersen
         Trial Attorney



Dated:  11/10/9