Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone:  (510) 525-7222
Facsimile:  (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al*.,<br><br>Defendants, and<br><br>CROPLIFE AMERICA, RISE, AND RECKITT BENCKISER, INC.,<br><br>Intervenor-Defendants. | Case No.: 07-2794-JCS<br><br>**JOINT STIPULATION REGARDING PROPOSED BRIEFING SCHEDULE** |

Joint Stipulation                                                    1

On November 13, 2009, a Status Conference was held and the Court requested that all Parties confer and submit a proposed briefing schedule and hearing date by November 27, 2009.

Plaintiff, Federal Defendants, and Intervenor-Defendants have now conferred and propose the following schedule:

December 15, 2009: Plaintiff and Federal Defendants will submit a Joint Stipulation/Proposed Second Amended Complaint;

January 12, 2010: Plaintiff and Federal Defendants will submit a Joint Proposed Stipulated Injunction.  Plaintiff and Federal Defendants will also submit an accompanying Joint Motion for Entry of the Stipulated Injunction. Plaintiff and Federal Defendants may file separate memorandums in support of the Joint Motion that shall not exceed 25 pages each;

February 19, 2010: Intervenor-Defendants will submit their Oppositions to the Joint Motion for Entry of the Stipulated Injunction.  Intervenor-Defendants may file separate Oppositions that shall not exceed 25 pages each;

March 5, 2010: Plaintiff and Federal Defendants will submit their Replies to Intervenor-Defendants' Oppositions; Plaintiff and Federal Defendants may file separate Replies that shall not exceed 15 pages each.

March ~~19~~ 26 - JCS, 2010: Court Hearing at 9:30 a.m.

Furthermore, this Court recently set a Case Management Conference for February 19, 2010.  In light of the above briefing schedule that the Parties have agreed to, the Parties respectfully request that the Case Management Conference be vacated.

Respectfully submitted this 25th day of November, 2009,

/s/ Justin Augustine
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104

Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone:  (510) 525-7222
Facsimile:  (510) 525-1208
mwgraf@aol.com


IGNACIA MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSJY, Assistant Chief
/s/ Erik E. Petersen
ERIK E. PETERSEN, Trial Attorney
DC Bar No. 489073
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Federal Defendants


 /s/ J. Michael Klise
J. Michael Klise (*pro hac vice*)
jmklise@crowell.com
Steven P. Quarles (*pro hac vice*)
Thomas R. Lundquist (D.C. Bar No. 968123)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone:  (202) 624-2629
Facsimile:  (202) 628-5116

Attorneys for Intervenor-Defendants CropLife America and RISE


/s/  Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr.
(Cal. Bar No. 150056)
ARNOLD & PORTER LLP

Joint Stipulation                             3

370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 832-0428

Attorney for Proposed Intervenor-Defendant Reckitt Benckiser, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 30, 2009.



Honorable Joseph C. Spero

Joint Stipulation 4