
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants, and<br><br>CROPLIFE AMERICA, RISE, AND RECKITT BENCKISER, INC.,<br><br>Intervenor-Defendants. | Case No.: 07-2794-JCS<br><br>**JOINT STIPULATED REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Center for Biological Diversity (the "Center") and Federal Defendants, Environmental Protection Agency, et al. jointly request leave for Plaintiff to file its Second Amended Complaint for Declaratory and Injunctive Relief in this action pursuant to Fed. R. Civ. P. 15(a).  The Second Amended Complaint adds claims for the salt marsh harvest mouse, the San Joaquin kit fox, and the Alameda whipsnake regarding one additional pesticide, difenacoum.  *See* Plaintiff's Proposed Second Amended Complaint at ¶¶ 243, 377, 397.  The Second Amended Complaint also includes additional claims for the salt marsh harvest mouse and the San Joaquin kit fox regarding a pesticide that is already part of this case, difethialone.  *See* Plaintiff's Proposed Second Amended Complaint at ¶¶ 244, 378.

Fed. R. Civ. P. 15(a)(2) provides that after an answer has been filed a plaintiff may amend its complaint only with the opposing party's written consent or the court's leave.  Here, the opposing party has provided its written consent, and consequently, this Joint Stipulated Request should be granted.

Intervenor-Defendants take no position regarding the stipulation to amend and request that, in lieu of filing answers, they be deemed to have denied all additional/modified paragraphs of the second amended complaint.

Respectfully submitted this 15th day of December, 2009,

/s/ Justin Augustine
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone:  (510) 525-7222
Facsimile:  (510) 525-1208
mwgraf@aol.com


IGNACIA MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Chief

SETH M. BARSJY, Assistant Chief
/s/ Erik E. Petersen
ERIK E. PETERSEN, Trial Attorney
DC Bar No. 489073
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: December 16, 2009.

Honorable Judge Joseph C. Spero