March 15, 2010

J. Michael Klise
202 624-2629
jmklise@crowell.com

290:jmk
002126.0000028
10889272

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *Center for Biological Diversity v. Environmental Protection Agency, et al.*,
             No. C-07-02794-JCS (N.D. Cal.)

Dear Judge Spero:

    This is to request leave to appear by telephone at the motion hearing and further case management conference scheduled in the above matter for 1:30 p.m. on Friday, March 26, 2010.

    If this request is granted, I can be reached at (202) 624-2629.

                                        Respectfully submitted,

                                        */s/ J. Michael Klise*
                                        J. Michael Klise
                                        Counsel for Intervenor-Defendants CropLife
                                        America and RISE

Dated:  March 15, 2010



IT IS SO ORDERED
Judge Joseph C. Spero