Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants, and<br><br>CROPLIFE AMERICA, RISE, AND RECKITT BENCKISER, INC.,<br><br>Intervenor-Defendants. | Case No.: 07-2794-JCS<br><br>**JOINT STIPULATED REQUEST FOR ORDER ENLARGING TIME WITHIN WHICH TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER** |

1  Plaintiff Center for Biological Diversity and Federal Defendants, Environmental Protection Agency, et al. jointly request leave for an extension of sixty days for Plaintiff to file a motion for an award of litigation costs and attorneys' fees.

On May 17, 2010, this Court issued an Order in this case granting Plaintiff and Defendants' joint motion for entry of stipulated injunction. That Order allowed for sixty days in which to resolve fees and costs. Plaintiff and Defendants have recently begun discussing settlement of fees and costs and believe an additional sixty days for discussions may preclude the need to file a fee motion, and therefore respectfully request that the Court grant an additional sixty days until September 14, 2010.

Respectfully submitted this 7th day of July, 2010,

/s/ Justin Augustine
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

IGNACIA MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
/s/ Erik E. Petersen
ERIK E. PETERSEN, Trial Attorney
DC Bar No. 489073
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275
Attorneys for Federal Defendants

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Dated: July __8__, 2010.

5     /s/ Joseph C. Spero

6     Honorable Joseph C. Spero

07-2794-JCS
Joint Stipulation                                             3