Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants, and<br><br>CROPLIFE AMERICA, RISE, AND RECKITT BENCKISER, INC.,<br><br>Intervenor-Defendants. | Case No.: 07-2794-JCS<br><br>**SECOND JOINT STIPULATED REQUEST FOR ORDER ENLARGING TIME WITHIN WHICH TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND [~~PROPOSED~~] ORDER** |

07-2794-JCS
Joint Stipulation                                                                                     1

Plaintiff Center for Biological Diversity (the "Center") and Federal Defendants, Environmental Protection Agency, et al. jointly request leave for an extension of sixty days for Plaintiff to file a motion for an award of litigation costs and attorneys' fees.

On May 17, 2010, this Court issued an Order in this case granting Plaintiff and Defendants' joint motion for entry of stipulated injunction. That Order allowed for sixty days in which to resolve fees and costs.

On July 8, 2010, the Court approved the Parties' First Request for an Extension of Time for Plaintiff to File its Attorneys' Fees Motion, and set a new deadline of September 14, 2010.

The Parties continue to discuss settlement and believe an additional sixty days for discussions may preclude the need to file a fee motion, and therefore respectfully request that the Court grant an additional sixty days until November 15, 2010.

Respectfully submitted this 7th day of September, 2010,

/s/ Justin Augustine_____
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

IGNACIA MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSJY, Assistant Chief
/s/ Erik E. Petersen_____
ERIK E. PETERSEN, Trial Attorney
DC Bar No. 489073
U.S. Department of Justice

                Environment & Natural Resources Division
                Wildlife & Marine Resources Section
                Ben Franklin Station, P.O. Box 7369
                Washington, D.C. 20044-7369
                Telephone: (202) 305-0339
                Facsimile: (202) 305-0275

                Attorneys for Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September  8 , 2010.



_____
Honorable Joseph C. Spero

07-2794-JCS
Joint Stipulation                                               3