Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants, and<br><br>CROPLIFE AMERICA, RISE, AND RECKITT BENCKISER, INC.,<br><br>Intervenor-Defendants. | Case No.: 07-2794-JCS<br><br>**JOINT STIPULATION SETTLING PLAINTIFF'S CLAIMS FOR ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER** |

07-2794-JCS
Stipulation on Attorneys Fees and Costs                                                                                                    1

Plaintiff Center for Biological Diversity (the "Center") and Federal Defendants, Environmental Protection Agency, et al. agree to the following:

WHEREAS on May 17, 2010, this Court issued an Order in this case granting Plaintiff and Defendants' joint motion for entry of stipulated injunction. That Order allowed for sixty days in which to resolve fees and costs.

WHEREAS, on July 8, 2010, the Court approved the Parties' First Request for an Extension of Time for Plaintiff to File its Attorneys' Fees Motion, and set a new deadline of September 14, 2010.

WHEREAS, on September 8, 2010, the Court approved the Parties' Second Request for an Extension of Time for Plaintiff to File its Attorneys' Fees Motion, and set a new deadline of November 15, 2010.

WHEREAS, the parties agree that it is in the interest of the parties and judicial economy to settle this claim for attorneys' fees and costs without protracted litigation; and,

WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

NOW, THEREFORE, Plaintiff and the Federal Defendants hereby stipulate and agree as follows:

1. Federal Defendants agree to settle Plaintiff's claim for the costs and attorneys' fees in this matter for a total of $172,000. A check will be made payable in that amount to the Center for Biological Diversity, and shall be mailed to Center for Biological Diversity; Attn: Justin Augustine; 351 California St., Suite 600; San Francisco, CA 94104.

2. Federal Defendants agree to submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office pursuant to 16 U.S.C. § 1540(g)(4) within ten (10) business days of receipt of the signed court order approving this stipulation.

3. Plaintiff agrees to accept payment of $172,000 in full satisfaction of any and all claims for attorneys' fees and costs of litigation in this matter, including any and all attorneys' fees and costs incurred compiling, presenting, and negotiating its claim for attorneys' fees and costs.

4. Plaintiff agrees that receipt of this payment from the Federal Defendants shall operate as a release of Plaintiff's claims for all attorneys' fees and costs in this matter, and also any and all attorneys' fees and costs incurred compiling, presenting, and negotiating its claim for attorneys' fees and costs.

07-2794-JCS
Stipulation on Attorneys Fees and Costs                                                                                           2

5. By this stipulation, the Federal Defendants do not waive any right to contest any further fees or costs claimed by Plaintiff or Plaintiff's counsel, including the hourly rate, in the present litigation or any future litigation. Further, this stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

Respectfully submitted this 18th day of October, 2010,

/s/ Justin Augustine
Justin Augustine (CA Bar # 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
jaugustine@biologicaldiversity.org

IGNACIA MORENO
Assistant Attorney General
SETH M. BARSJY, Acting Section Chief
/s/ Erik E. Petersen
ERIK E. PETERSEN, Trial Attorney
DC Bar No. 489073
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October 18, 2010.

_____
Honorable Joseph C. Spero

07-2794-JCS
Stipulation on Attorneys Fees and Costs                                                    3