UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>Defendants, and<br><br>CROPLIFE AMERICA, RISE, AND RECKITT BENCKISER, INC.,<br><br>Intervenor-Defendants. | Case No.: 07-2794-JCS<br><br>**PROPOSED ORDER** |

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN CBD AND EPA AS FOLLOWS:

1. In light of the above, the parties agree to extend the existing deadlines for effects determinations for the remaining 16 chemicals by three months beyond the dates provided in Paragraph 2 of the Stipulated Injunction and Order in order to to allow CBD and EPA to engage in an ongoing discussion on the appropriate deadlines for effects determinations for the remaining 16 chemicals for which effects determinations have not been completed;

2. The parties commit to propose new deadlines for effects determinations for the remaining 16 chemicals no later than December 15, 2013;

_____    8/28/13
IT IS SO ORDERED