Submitted by:
ROBERT G. DREHER,
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
JAMES A. MAYSONETT, Senior Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Washington D.C. 20044
(202) 305-0216, facsimile (202) 305-0275
james.a.maysonett@usdoj.gov
COUNSEL FOR FEDERAL DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit corporation,<br><br>        Plaintiff,<br><br>              v.<br><br>**Environmental Protection Agency et al.,**<br><br>        Defendants,<br><br>              and<br><br>**Croplife America, RISE, and Reckitt Benckiser, Inc.,**<br><br>        Intervenor-Defendants. | Case No. 07-2794-JCS<br><br>**[Proposed] Order on Parties' Second Stipulation Regarding Amendment to Stipulated Injunction and Order** |

     NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN CBD AND EPA AS FOLLOWS:

     1.  In light of the above, the parties agree to extend the existing deadlines for effects determinations for the remaining 16 chemicals by an additional three months, for a total extension of six months beyond the dates provided in Paragraph 2 of the Stipulated Injunction and Order in order to

allow CBD and EPA to continue the ongoing discussions on the appropriate deadlines for effects determinations for the remaining 16 chemicals for which effects determinations have not been completed;

    2.  The parties commit to propose new deadlines for effects determinations for the remaining 16 chemicals by no later than March 15, 2014.

IT IS SO ORDERED. 

Dated: 12/16/13