JOHN C. CRUDEN, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
J. BRETT GROSKO, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Washington D.C. 20044
(202) 305-0342, facsimile (202) 305-0275
brett.grosko@usdoj.gov

COUNSEL FOR FEDERAL DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**Environmental Protection Agency et al.,**<br><br>    Defendants,<br><br>    and<br><br>**Croplife America, RISE, and Reckitt Benckiser, Inc.,**<br><br>    Intervenor-Defendants. | Case No. 07-2794-JCS<br><br>**Eighth Stipulation Regarding Amendment to Stipulated Injunction and Order** |

Plaintiffs Center for Biological Diversity (hereinafter "CBD") and Defendants Environmental Protection Agency and Gina McCarthy (hereinafter "EPA") declare as follows:

WHEREAS, CBD filed a complaint in the above-captioned case on May 30, 2007, in the District Court for the Northern District of California;

WHEREAS, CBD subsequently filed amended complaints, that,

together with the original complaint, sought declaratory and injunctive relief pursuant to Section 7 of the Endangered Species Act ("ESA") with respect to 75 pesticide active ingredients and 11 threatened and endangered species;

WHEREAS, CBD and EPA entered into a proposed Stipulated Injunction and Order in the above-captioned case on January 12, 2010 (Dkt. No. 104-1);

WHEREAS, this Court approved the Stipulated Injunction and Order in the above-captioned case on May 17, 2010 (Dkt. No. 104);

WHEREAS, the schedule included in the Stipulated Injunction and Order requires EPA, among other things, to issue a number of effects determinations and initiate consultation, as appropriate, by dates certain;

WHEREAS, on March 10, 2011, EPA, on behalf of itself, the Department of the Interior, the Department of Commerce and the Department of Agriculture ("USDA") asked the National Academy of Sciences ("NAS") to evaluate the differing risk assessment approaches used by these agencies with regard to pesticides and endangered species;

WHEREAS, on April 30, 2013, the NAS issued a report entitled "Assessing Risks to Endangered and Threatened Species from Pesticides";

WHEREAS, the report makes a number of suggestions, including that EPA, the National Marine Fisheries Service ("NMFS") of the Department of Commerce, and the Fish and Wildlife Service ("FWS") of the Department of Interior, use a common approach to facilitate coordination among federal agencies;

WHEREAS, EPA, NMFS, FWS and USDA are now working in close cooperation to evaluate the several NAS recommendations and develop responses, approaches and methodologies to address the recommendations;

WHEREAS, based on the findings of the report and the work initiated

thus far to implement that report, EPA has determined that it needs additional time to complete effects determinations for the 16 remaining chemicals originally to be completed between September 30, 2013, and September 30, 2014;

WHEREAS, since this Court's orders of August 28, 2013, December 16, 2013, March 17, 2014, August 13, 2014, September 29, 2014, and December 23, 2014, extending those deadlines, the parties have been in productive discussions to develop appropriate deadlines for the remaining 16 chemicals but have not concluded those discussions;

WHEREAS, Paragraph 14 of the May 17, 2010, Stipulated Injunction and Order provides that:

> CBD and EPA reserve the right to seek to have this Court modify this Stipulated Injunction because of EPA's and the FWS's ongoing actions to comply with the ESA, to meet the requirements of other federal agencies or departments, or to deal with circumstances not presently anticipated. The Court will consider such future requests as it deems appropriate.

WHEREAS, Paragraph 16 of the May 17, 2010, Stipulated Injunction and Order provides that:

> CBD and EPA . . . recognize that CBD reserves the right to seek additional fees and costs incurred arising from a need to enforce or defend against efforts to modify this Stipulated Injunction or for any other unforeseen continuation of this action.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN CBD AND EPA AS FOLLOWS:

1. In light of the above, the parties agree to extend the existing deadlines for effects determinations for the remaining 16 chemicals by an additional 90 days, in order to allow CBD and EPA to continue the ongoing

discussions on the appropriate deadlines for effects determinations for the remaining 16 chemicals for which effects determinations have not been completed;

2. The parties intend to propose a revised settlement regarding EPA's obligations on the remaining effects determinations by June 22, 2015.

Respectfully submitted March 17, 2015,

JOHN C. CRUDEN

Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief

/s/ J. Brett Grosko
_____
J. BRETT GROSKO, Trial Attorney

Wildlife & Marine Resources Section
P.O. Box 7611, Washington D.C. 20044
(202) 305-0342, facsimile (202) 305-0275
brett.grosko@usdoj.gov

COUNSEL FOR FEDERAL DEFENDANTS


/s/ Justin Augustine  (with permission)
_____
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682
jaugustine@biologicaldiversity.org

*Attorneys for Plaintiffs*