IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Center for Biological Diversity,** a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**Environmental Protection Agency et al.,**<br><br>　　　　Defendants,<br><br>　　　　and<br><br>**Croplife America, RISE, and Reckitt Benckiser, Inc.,**<br><br>　　　　Intervenor-Defendants. | Case No. 07-2794-JCS<br><br>[~~Proposed~~] **Order on Parties' Stipulation Amending Original Stipulated Settlement** |

　　　　This matter having come before the Court upon Plaintiff's and Federal Defendants' Stipulation Amending the parties' Original Stipulated Settlement (Dkt. 154) ("Amendment"), and the Court being fully advised in the premises and good cause appearing,

　　　　IT IS HEREBY ORDERED that the Amendment is hereby approved and adopted by the Court.

IT IS SO ORDERED.

Date:　July  21 , 2015



_____
Joseph C. Spero
Chief Magistrate Judge

Case No. 07-2794　　　　　　　　　1